## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. _____ |
| WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correctional Complex, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF RELATED ACTION

Plaintiff Dale (Seigen) Hartkemeyer, by and through counsel, and pursuant to Southern District of Indiana Local Rule 40-1(d)(2)(A), hereby notifies the Court of a related action.

1.      Plaintiff Hartkemeyer serves as spiritual advisor to Wesley Purkey, the plaintiff in the action captioned *Purkey v. Barr, et al.*, Case No. 2:19-cv-00517-JMS-DLP ("*Purkey*"), currently pending in this Court.

2.      *Purkey* is a civil rights action brought pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), arising out of the defendants' intent to execute Mr. Purkey.

3.      As Plaintiff Hartkemeyer's causes of action in this case relate to his role as spiritual advisor for Mr. Purkey, and specifically to Plaintiff Hartkemeyer's religiously

compelled duties pursuant to that role in relation to Mr. Purkey's execution scheduled for July 15, 2020, Plaintiff Hartkemeyer notifies the Court that the actions may arise from the same transaction or occurrence.  *See* S.D. Ind. L.R. 40-1(d)(2)(A).

WHEREFORE, Plaintiff Hartkemeyer respectfully notifies the Court that *Purkey v. Barr, et al.*, Case No. 2:19-cv-00517-JMS-DLP is a potentially related action pursuant to Southern District of Indiana Local Rule 40-1(d)(2)(A).

Dated:  July 2, 2020

Respectfully submitted,

/s/      *David C. Fathi*

Douglas Hallward-Driemeier*
Maria G. Calvet*
Michelle H. Behrens*
John T. Dey*
ROPES & GRAY LLP
2099 Pennsylvania Avenue NW
Washington D.C. 20006
Tel:  (202) 508-4600
Douglas.Hallward-Driemeier@ropesgray.com
Maria.Calvet@ropesgray.com
Michelle.Behrens@ropesgray.com
John.Dey@ropesgray.com

David C. Fathi**
Daniel Mach*
Heather L. Weaver*
Jennifer Wedekind*
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org
dmach@aclu.org
hweaver@aclu.org
jwedekind@aclu.org

Cassandra Stubbs*
Amy Fly*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
201 W. Main St., Suite 402
Durham, NC 27701
(919) 688-4605
cstubbs@aclu.org
afly@aclu.org

*pro hac vice* motion forthcoming

-3-

**Not admitted in D.C.; practice limited to federal courts

*Attorneys for Plaintiff*