AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana ▾

| | | |
|---|---|---|
| Dale Hartkemeyer (AKA Seigen) | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| William P. Barr, Michael Carvajal, T.J. Watson | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Plaintiff Dale Hartkemeyer (AKA Seigen)                          .

Date:    07/02/2020

/s/ David C. Fathi
*Attorney's signature*

David C. Fathi (24893 DC)
*Printed name and bar number*

American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005

*Address*

dfathi@aclu.org
*E-mail address*

(202) 548-6603
*Telephone number*

(202) 393-4931
*FAX number*