## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:20-cv-00336-JMS-MJD |
| WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correctional Complex, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65(a) and S.D. Ind. L.R. 65-2(a), Plaintiff Dale (Seigen) Hartkemeyer hereby moves for a preliminary injunction prohibiting Defendants from carrying out the execution of prisoner Wesley Purkey, scheduled to occur on July 15, 2020 at United States Penitentiary Terre Haute, until such time as treatment or a vaccine for COVID-19 is available and the threat to public health posed by the COVID-19 pandemic has otherwise passed.

For reasons explained in the accompanying Memorandum in Support, Plaintiff Hartkemeyer is likely to succeed on the merits in this case and will suffer irreparable harm in the absence of a preliminary injunction.  In addition, the balance of harms weighs in Plaintiff Hartkemeyer's favor, and a preliminary injunction preserving his right to freedom of religious expression is in the public interest.

In addition to the accompanying Memorandum, Plaintiff Hartkemeyer submits the accompanying Declarations of Timothy Floyd, Dr. Joe Goldenson, Dale Hartkemeyer (aka Seigen), Sister Helen Prejean, Elizabeth Vartkessian, and Rebecca Woodman, and a copy of the Declaration of Rick Winter filed in *Roane et al. v. Barr*, 1:19-mc-00145-TSC (D.D.C. Nov. 21, 2019), in support of this Motion.

Dated:  July 2, 2020

Respectfully submitted,

/s/        *David C. Fathi*

Douglas Hallward-Driemeier*
Maria G. Calvet*
Michelle H. Behrens*
John T. Dey*
ROPES & GRAY LLP
2099 Pennsylvania Avenue NW
Washington D.C. 20006
Tel:  (202) 508-4600
Douglas.Hallward-
Driemeier@ropesgray.com
Maria.Calvet@ropesgray.com
Michelle.Behrens@ropesgray.com
John.Dey@ropesgray.com

David C. Fathi**
Daniel Mach*
Heather L. Weaver*
Jennifer Wedekind*
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org
dmach@aclu.org
hweaver@aclu.org
jwedekind@aclu.org

Cassandra Stubbs*
Amy Fly*
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
201 W. Main St., Suite 402
Durham, NC 27701
(919) 688-4605
cstubbs@aclu.org
afly@aclu.org

*pro hac vice* motion forthcoming

**Not admitted in D.C.; practice limited
 to federal courts

*Attorneys for Plaintiff*

2