**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:20-cv-00336-JMS-MJD |
| WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correctional Complex, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**INDEX OF EXHIBITS TO PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Southern District of Indiana Local Rule 5-1(b), Plaintiff Dale Hartkemeyer (aka Seigen) submits the following index of exhibits to the Memorandum of Law in Support of Motion for Preliminary Injunction.

| Exhibit | Description |
|---|---|
| A | Declaration of Dale (Seigen) Hartkemeyer ("Hartkemeyer Decl.") |
| 1 | Emails from BOP regarding Rev. Hartkemeyer's Minister of Record designation |
| 2 | May 26, 2020 Email from BOP to Rev. Hartkemeyer regarding "Shelter in Place" Order |
| B | Declaration of Sister Helen Prejean ("Prejean Decl.") |
| C | Declaration of Rebecca E. Woodman ("Woodman Decl.") |

| 1 | March 13, 2020 BOP email to Mr. Purkey's Counsel suspending visitation for 30 days |
| 2 | March 13, 2020 email from Federal Public Defender stating BOP suspended visitation for 30 days bureau-wide |
| 3 | March 16, 2020 email exchange between BOP and Mr. Purkey's counsel |
| 4 | March 16, 2020 BOP email refusing to schedule visitation with experts |
| 5 | March 30, 2020 BOP email suspending visitation until at least May 3, 2020 |
| 6 | BOP COVID-19 Action Plan effective April 1, 2020 |
| 7 | April 8, 2020 email stating Federal Public Defender employees are not allowed to visit USP Terre Haute |
| 8 | April 15, 2020 BOP email suspending visits until at least May 18, 2020 |
| 9 | May 14, 2020 BOP email canceling scheduled visits and stating visitation will not resume on May 18, 2020 |
| 10 | June 15, 2020 email exchanges between Mr. Purkey's Counsel and BOP when Defendants issued Mr. Purkey an execution warrant |
| 11 | June 18, 2020 screenshot of BOP website announcing suspension of all visits at Terre Haute until further notice |
| 12 | June 19, 2020 email from Mr. Purkey's Counsel to BOP |
| 13 | June 23-24, 2020 email exchange between Mr. Purkey's Counsel and BOP |
| 14 | BOP Implementing Modification Operations taken from BOP website June 27, 2020 |
| 15 | June 23-26, 2020 email thread between BOP and Mr. Purkey's Counsel |
| 16 | BOP Visitor Screening Policy taken from BOP website June 29, 2020 |
| 17 | June 29, 2020 Letter from Mr. Purkey's Counsel to USP Terre Haute Warden |
| D | Declaration of Timothy Floyd ("Floyd Decl.") |
| E | Declaration of Dr. Joe Goldenson ("Goldenson Decl.") |
| 1 | Dr. Goldenson CV |

| F | Declaration of Elizabeth Vartkessian ("Vartkessian Decl.") |
|---|---|
| 1 | November 21, 2019 BOP Letter with day of execution instructions and accompanying Notification to Visitor form |
| 2 | Screenshot of Google Map distance between Sheriff's Officer Parking Lot and USP Terre Haute |
| G | *In Re Matter of Federal Bureau of Prisons' Execution Protocol Cases*, No. 1:19-mc-145-TSC, Declaration of Rick Winter, ECF No. 54 (D.D.C. Nov. 21, 2019) ("Winter Decl.") |

Dated: July 2, 2020

Respectfully submitted,

/s/     *David C. Fathi*

Douglas Hallward-Driemeier\*
Maria G. Calvet\*
Michelle H. Behrens\*
John T. Dey\*
ROPES & GRAY LLP
2099 Pennsylvania Avenue NW
Washington D.C. 20006
Tel:  (202) 508-4600
Douglas.Hallward-Driemeier@ropesgray.com
Maria.Calvet@ropesgray.com
Michelle.Behrens@ropesgray.com
John.Dey@ropesgray.com

David C. Fathi\*\*
Daniel Mach\*
Heather L. Weaver\*
Jennifer Wedekind\*
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org
dmach@aclu.org
hweaver@aclu.org
jwedekind@aclu.org

Cassandra Stubbs\*
Amy Fly\*
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
201 W. Main St., Suite 402
Durham, NC 27701
(919) 688-4605
cstubbs@aclu.org
afly@aclu.org

\**pro hac vice* motion forthcoming

3

\*\*Not admitted in D.C.; practice limited
to federal courts

*Attorneys for Plaintiff*