# Exhibit 2



# U.S. Department of Justice
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

---

*Religious Services*

May 26, 2020

Greetings,

We hope you and your family are staying safe during this unprecedented world- wide public health emergency.

The Federal Bureau of Prisons has issued a "Shelter in Place" order that will remain in effect throughout June 30, 2020, at which time it will be re-evaluated.

Thank you for your patience.   An update will be provided, once volunteers are allowed to return to the Federal Correctional Complex.

Sincerely,

_____
Mrs. Kiersten Orr
Religious Services Assistant
812-238-1531 ext. 3434
kshepherd@bop.gov