# Exhibit 1

| | |
|---|---|
| **From:** | THP/SCU~ |
| **To:** | Michelle Law |
| **Subject:** | Legal Visit w/ Purkey on 03-20-20 and 03-27-20 |
| **Date:** | Friday, March 13, 2020 1:56:53 PM |

Ms. Law,

Due to concerns pertaining to the COVID-19 outbreak, FCC Terre Haute staff have just been advised to postpone all legal visits. Specifically, legal visits will be suspended for 30 days, at which time the suspension will be reevaluated. Case-by-case approval at the local level and confidential legal calls will be allowed in order to ensure access to counsel. If you would like to visit your client in the Special Confinement Unit (SCU) you are strongly encouraged to contact a member of the SCU Unit Team via past practice as soon as possible. All requests will be reviewed in the order received and as timely as possible. If approved, all legal representatives will be screened prior to being admitted inside the facility.

Thank you in advance for your understanding in this matter.

T. Royer
SCU Unit Manager