Exhibit 2

**From:** Nicole McFarland <nmcfarland@bop.gov>
**Sent:** Friday, March 13, 2020 2:30 PM
**To:** Adam Johnson <a10johnson@bop.gov>; kirshner@clayro.com; David Patton <David_Patton@fd.org>; Deirdre Vondornum <Deirdre_Vondornum@fd.org>; Jennifer Brown <Jennifer_Brown@fd.org>; Peggy Cross-Goldenberg <Peggy_Cross-Goldenberg@fd.org>; nick.lewin@kklllp.com; paul.krieger@kklllp.com; a.robin@londonrobin.com; tracy_miller@nysd.uscourts.gov; dawn_doino@nysp.uscourts.gov; rriopelle@sercarzandriopelle.com; bc@sternheimlaw.com; Jeffrey Oestericher <Jeffrey.Oestericher@usdoj.gov>; dbanders@wlrk.com
**Cc:** Holly Pratesi <hpratesi@bop.gov>; Lee Plourde <lplourde@bop.gov>; lindsaylewis@gmail.com; snecheles@hnrlawoffices.com; richrosenberg@msn.com; edward_friedland@nysd.uscourts.gov; justin.danilewitz@saul.com
**Subject:** MCC and MDC legal visiting

Effective immediately legal visits will be suspended for 30 days, at which time the suspension will be re-evaluated. Case -by-case approval at the local level and confidential legal calls will be allowed in order to ensure access to counsel.

This applies to MDC Brooklyn and MCC NY and across the BOP.

I am attaching a copy of the message going to inmates at both institutions.