Exhibit 3

**Wednesday, June 17, 2020 at 16:55:55 Central Daylight Time**

| | |
|---|---|
| **Subject:** | Re: COVID-19 Legal Visit Scheduling and Screening Policy |
| **Date:** | Monday, March 16, 2020 at 2:54:35 PM Central Daylight Time |
| **From:** | Katherine Siereveld |
| **To:** | Michelle Law |
| **CC:** | Elizabeth Vartkessian, THP/SCU~@bop.gov, Kathleen Cleary, rewlaw_outlook.com |
| **Attachments:** | ATT00001.png |

Hi Michelle,

As of now, the screening includes self-reporting of symptoms and temperature checks based on current CDC guidance.  When you know the date you would like to visit, we ask that you minimize the number of people you wish to attend, and let us know as soon as possible.  Any approved legal visit will be non-contact.  If any of the individuals are symptomatic based on the guidelines available to the BOP at the time of the visit, they will not be allowed into the institution.  Additionally, please consider whether or not you can conduct the visit by phone conference.  We would be happy to allow additional time if necessary.  Current BOP information is available here:  https://www.bop.gov/resources/news/20200313_covid-19.jsp.

Hope that helps.
Thank you,
Katherine

Katherine N. Siereveld
Senior Attorney
FCC Terre Haute
4200 Bureau Road North
Terre Haute, Indiana 47802
(812) 238-3476


>>> Michelle Law <Michelle_Law@fd.org> 3/16/2020 3:22 PM >>>

Katherine:

We received notice that our in-person legal visits with Mr. Purkey have been suspended for 30 days due to the COVID-19 virus pandemic.  The notice indicated that during this time, legal visits may be approved at the local level, but visitors will be "screened" before visiting.  In anticipation that it may be necessary to visit Mr. Purkey in person in the coming weeks, I am writing to request a copy of the COVID-19 visitation and screening policy so we can arrange to comply with the policy before visiting.  We do not want to be in a position where an in-person visit with Mr. Purkey is urgently needed, but an unanticipated aspect of the COVID-19 policy prevents us from visiting.

Thank you –

Michelle




**Michelle M. Law**