# Exhibit 4

**Wednesday, June 17, 2020 at 16:54:47 Central Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Dr. Agharkar visit with Wes Purkey |
| **Date:** | Monday, March 16, 2020 at 8:54:12 AM Central Daylight Time |
| **From:** | Andrew Sutton |
| **To:** | Katherine Siereveld, Michelle Law |
| **CC:** | Elizabeth Vartkessian, Kathleen Cleary, rewlaw_outlook.com |
| **Attachments:** | ATT00001.png |

This was never scheduled and is now not considered under the circumstances.

>>> Andrew Sutton 3/3/2020 6:57 AM >>>
Awaiting response...

A. Sutton
Special Confinement Unit
Correctional Counselor
FCC Terre Haute
812-244-4400
asutton@bop.gov

I have no way of knowing the number of things that I said I would never forget, but have already forgotten.

"This message is intended for official use and may contain SENSITIVE information.  If this message contains SENSITIVE information, it should be properly delivered, labeled, stored, and disposed of according to policy."


>>> Andrew Sutton 2/27/2020 12:26 PM >>>
Do you have a court order for an evaluation?

A. Sutton
Special Confinement Unit
Correctional Counselor
FCC Terre Haute
812-244-4400
asutton@bop.gov

I have no way of knowing the number of things that I said I would never forget, but have already forgotten.

"This message is intended for official use and may contain SENSITIVE information.  If this message contains SENSITIVE information, it should be properly delivered, labeled, stored, and disposed of according to policy."


>>> Michelle Law <Michelle_Law@fd.org> 2/27/2020 8:13 AM >>>
Katherine and Counselor Sutton:

Is March 31, 2020 available for Dr. Agharkar to visit Mr. Purkey?  He would like to visit with Mr. Purkey from 11:30 a.m. – 2:30 p.m., and would require the same items as before -- his brief case, written materials, and pens/pencils.  I will double check with him about a laptop, but I do not think he brought a laptop the last time he visited Wes.  Please let me know soon as Dr. Agharkar is holding open March 31, and would otherwise schedule patient visits on that day.

Please let me know if you have questions for me.

Thanks-

Michelle



## Michelle M. Law

Assistant Federal Public Defender
Western District of Missouri
Springfield, MO 65806

Phone: (417) 873-9022
FAX: (417) 873-9038

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail.  Thank you for your cooperation.