# Exhibit 5

**From:** Andrew Sutton <asutton@bop.gov>
**Sent:** Monday, March 30, 2020 11:18 AM
**To:** Michelle Law <Michelle_Law@fd.org>
**Subject:** Purkey visits 4-13, 4-22, and 5-1

Good Afternoon,

Due to the ongoing concerns pertaining to the COVID-19 outbreak, FCC Terre Haute staff have been advised to continue to postpone all legal and social visits. Specifically, all visits will be suspended through May 3, 2020, at which time the suspension will be reevaluated. Case-by-case review, upon receiving request, with reasoning why telephone conference is not adequate, and a verified court ordered deadlines, may be considered. If you must request a visit your client in the Special Confinement Unit (SCU), you are strongly encouraged to contact a member of the SCU Unit Team via email as soon as possible. All requests will be reviewed and verified, in the order received, as timely as possible. If approved, all legal representatives will be screened prior to being admitted inside the facility. All approved visits would be non-contact.  We strongly encourage you to utilize telephone and written correspondence during this difficult time.

Thank you in advance for your understanding in this matter.


A. Sutton


**Page 1 of 2**

Special Confinement Unit
Correctional Counselor
FCC Terre Haute
812-244-4400
asutton@bop.gov

I have no way of knowing the number of things that I said I would never forget, but have already forgotten.

"This message is intended for official use and may contain SENSITIVE information.  If this message contains SENSITIVE information, it should be properly delivered, labeled, stored, and disposed of according to policy."