# Exhibit 7

Wednesday, June 17, 2020 at 17:03:22 Central Daylight Time

| | |
|---|---|
| **Subject:** | In-person visit follow-up |
| **Date:** | Wednesday, April 8, 2020 at 10:46:16 AM Central Daylight Time |
| **From:** | Michelle Law |
| **To:** | rewlaw_outlook.com |
| **Attachments:** | image001.png |

Checked with Laine and Larry about Kathleen visiting Wes – the answer was a resounding no, as I thought it would be.  I think we should tell Wes that we are re-evaluating as we go, and we will schedule a visit as soon as the experts tell us it is safe for everyone.



## Michelle M. Law

Assistant Federal Public Defender
Western District of Missouri
Springfield, MO 65806

Phone: (417) 873-9022
FAX: (417) 873-9038

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail.  Thank you for your cooperation.