# Exhibit 8

| **From:** | Andrew Sutton |
| **To:** | Michelle Law |
| **Subject:** | Purkey Visits Canceled May 8th and 15th |
| **Date:** | Wednesday, April 15, 2020 5:39:32 AM |

Ms. Law,

Due to concerns pertaining to the COVID-19 outbreak, FCC Terre Haute staff have just been advised to further postpone all visits. Specifically, visits will be suspended until at least May 18th, 2020, at which time the suspension will be reevaluated.

Thank you in advance for your understanding in this matter.


A. Sutton
Special Confinement Unit
Correctional Counselor
FCC Terre Haute
812-244-4400
asutton@bop.gov

I have no way of knowing the number of things that I said I would never forget, but have already forgotten.

"This message is intended for official use and may contain SENSITIVE information.  If this message contains SENSITIVE information, it should be properly delivered, labeled, stored, and disposed of according to policy."