Exhibit 9

| | |
|---|---|
| **From:** | Andrew Sutton |
| **To:** | Michelle Law |
| **Subject:** | Purkey Legal Visits 5/20, 5/29, 6/17 |
| **Date:** | Thursday, May 14, 2020 9:53:00 AM |

Good Morning,

Due to ongoing concerns pertaining to the Wuhan Virus outbreak, FCC Terre Haute staff have just been advised to further postpone all visits. Specifically, the Special Confinement Unit Team has just advised that there will not be a resumption of visitation on May 18th, 2020. There is no date set that visiting will begin to resume. Therefore, all visits scheduled for the rest of May and continuing through June are hereby postponed until further notice.

Thank you in advance for your understanding in this matter.

A. Sutton
Special Confinement Unit
Correctional Counselor
FCC Terre Haute
812-244-4400
asutton@bop.gov


Reference below:

4/15/2020 6:39 AM >>>

Due to concerns pertaining to the COVID-19 outbreak, FCC Terre Haute staff have just been advised to further postpone all visits. Specifically, visits will be suspended until at least May 18th, 2020, at which time the suspension will be reevaluated.

Thank you in advance for your understanding in this matter.


~ 3/13/2020 3:33 PM >>>


Due to concerns pertaining to the COVID-19 outbreak, FCC Terre Haute staff have just been advised to postpone all legal visits. Specifically, legal visits will be suspended for 30 days, at which time the suspension will be reevaluated. Case-by-case approval at the local level and confidential legal calls will be allowed in order to ensure access to counsel. If you would like to visit your client in the Special Confinement Unit (SCU) you are strongly encouraged to contact a member of the SCU Unit Team via past practice as soon as possible. All requests will be reviewed in the order received and as timely as possible. If approved, all legal representatives will be screened prior to being admitted inside the facility.

Thank you in advance for your understanding in this matter.