# Exhibit 16

# VISITOR/VOLUNTEER/CONTRACTOR COVID-19 SCREENING TOOL

| 1. Have you……. | |
|---|---|
| ☐ Yes ☐ No | a. Traveled from or through, any of the following locations identified by the CDC as increasing epidemiologic risk for COVID-19 within the last 14 days?<br>China, Iran, South Korea, Italy, Japan |
| ☐ Yes ☐ No | b. Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? |
| | |

| 2. Do you currently have a ………… | |
|---|---|
| ☐ Yes ☐ No | a. Fever or Chills |
| ☐ Yes ☐ No | b. Cough |
| ☐ Yes ☐ No | c. Shortness of Breath |

**3. Perform a temperature check _____°F Method: oral / forehead (temporal) / tympanic**

*Staff see instruction sheet for screening form.*

**Purpose of Visit (Circle one):**

Attorney-legal / Contractor / Volunteer

Social (visiting an inmate) – Inmate name/reg. number _____

Other - _____

**Visitor Name (Last, First):** _____

**Date:** _____

**Institution**: _____

*3/13/20, Version 1.0*