# Exhibit 17

**Monday, June 29, 2020 at 16:29:43 Central Daylight Time**

| | |
|---|---|
| **Subject:** | Letter to Warden |
| **Date:** | Monday, June 29, 2020 at 3:45:32 PM Central Daylight Time |
| **From:** | Rebecca Woodman |
| **To:** | Katherine Siereveld |
| **Attachments:** | 2020_06_29 Woodman letter to Warden.pdf |

Dear Katherine: I am attaching a copy of a letter I have written to the Warden at USP Terre Haute and placed in the mail today. I do not have an email address for the Warden, so I am sending a copy so that you have notice of the letter for BOP records. If you can forward me an email address for the Warden I am happy to transmit the letter via email, but otherwise the original letter is forthcoming by mail. Thank you.

Sincerely,
Rebecca

Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
(785) 979-3672
rewlaw@outlook.com

**Rebecca E. Woodman, Attorney at Law, L.C.**
**1263 W. 72nd Ter.**
**Kansas City, Missouri 64114**
(785) 979-3672
*rewlaw@outlook.com*

June 29, 2020

T.J. Watson, Complex Warden
USP Terre Haute
U.S. Penitentiary
4700 Bureau Road South
Terre Haute, IN 47802

Re:    Wesley I. Purkey, Inmate No. 14679-045

Dear Warden Watson:

As you are aware, Wesley Purkey designated the following witnesses to be present at his execution: 1) attorney Michelle Law; 2) mitigation specialist Dr. Elizabeth Vartkessian; and 3) Spiritual Advisor Dale Hartkemeyer (aka Seigen).

Given these designations remain in effect for the July 15, 2020 execution date, I wanted to ensure you had up-to-date contact information in order provide the designees with current procedures and protocols that will take place on the day of the execution, including any COVID-19 related safety measures.

Michelle Law
Federal Defender Officer for Western District of Missouri
Hammons Tower
901 East Saint Louis Street, Suite 801
Springfield, MO 65806

Elizabeth Vartkessian
309 N. Charles Street, Third Floor
Baltimore, MD 21201

Dale Seigen Hartkemeyer
2343 S. Brandon Ct.
Bloomington, In 47401

Please let me know if you have any questions.

Sincerely,

Rebecca Woodman