# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER (AKA SEIGEN), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| WILLIAM P. BARR, in his official | ) | |
| Capacity as the Attorney General of the | ) | |
| United States; MICHAEL CARVAJAL, in | ) | |
| his official capacity as the Director of the | ) | |
| Federal Bureau of Prisons; and T.J. | ) | |
| WATSON, in his official capacity as | ) | |
| Complex Warden for Terre Haute Federal | ) | |
| Correctional Complex, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF TIMOTHY FLOYD

I, Timothy W. Floyd, declare and state the following:

1.      I am an attorney licensed to practice in the state of Georgia, and I have been a law professor at Texas Tech University School of Law and Mercer University School of Law for the last several decades. I represented Louis "Lou" Jones Jr., a federally sentenced death row prisoner, in his direct appeal, post-conviction litigation, and clemency proceedings.  I attended his execution at the United States Prison (USP) in Terre Haute, Indiana on March 18, 2003.

2.      On March 14, 2003— four days before the scheduled execution—I flew into Terre Haute from my homein Lubbock, Texas. I arranged to stay several nights at a motel located a few miles from the prison, and rented a car for the duration of my stay in Terre Haute.

1

3.      The same day I arrived in Terre Haute, I drove to the prison to visit Mr. Jones. At that time, he was housed in the Special Confinement Unit (SCU) in the main building of the prison. When I visited him at the SCU on both March 14 and 15, I was able to have full-contact meetings sitting across from him at a table.  By March 16, Mr. Jones had been moved from the SCU to the "Death House," where prisoners are detained in the last couple of days leading up to the execution.

4.      Though the Death House is separated from the main prison building, Death House visitors are required to clear a security checkpoint at the main building before they are cleared to visit the Death House.  Each day, I made several trips off the prison grounds for meals and to work on obtaining a stay of execution.  Each time I returned I followed the same process.

5.      The Death House was a very small building, with several rooms. While there, Mr. Jones was held in a very small cell with a twin-sized cot. When I visited Mr. Jones, I was brought by prison staff to a small enclosed area connected to Mr. Jones's cell where I could speak to him through a plexiglass window. The plexiglass had holes that allowed us to hear one another more clearly, and a compartment that we used to pass documents back and forth. Mr. Jones used this compartment to pass me a message that he asked me to read to the media on the morning of his execution.

6.      In the days leading up to Mr. Jones's execution, I shared this cramped visitation space with three spiritual advisors and with Mr. Jones's daughter, who flew from Columbus, Georgia to be with her father on his last days. Regardless of whether we were sitting or standing, we were shoulder-to-shoulder so that we could all fit in the room at once.

7.      It was crucial during the time before Mr. Jones' execution for me as his attorney to be able to freely communicate with him. In between the hours I spent with Mr. Jones, I was

2

frequently stepping outside of the Death House to provide emergency advocacy on his behalf. I was regularly speaking with the White House Counsel's office about possible clemency, speaking with the Clerk of the United States Supreme Court, strategizing with co-counsel, and speaking with members of the media.

8.      The night before Mr. Jones's execution was a long one for his loved ones, counsel, and spiritual advisors. To give Mr. Jones privacy to speak with his daughter, I waited at the motel until his daughter returned from her visit. Around midnight, I returned to the Death House and spent several hours with Mr. Jones.  Because Mr. Jones was not allowed visitors past 5 a.m. on the morning of the execution, I was joined by three spiritual advisors, a prison chaplain, and Mr. Jones' daughter at 4 a.m. Together, in the tiny visitation space across from Mr. Jones's cell, the six of us hosted one final religious service for Mr. Jones. We shared communion wafers and grape juice. The prison chaplain physically entered Mr. Jones's cell to hand him communion.

9.      We then briefly returned to the motel as Mr. Jones was prepared for the execution. At around 6:30 a.m., the three spiritual advisors and I met at what I remember to be a local state patrol office in accordance with USP protocol. The four of us were then escorted in a van from the patrol office to the Death House. I remember feeling cramped in this van, which was also transporting prison staff at the same time. Upon arrival at the Death House, we were escorted by prison staff into the execution chamber, which was feet away from the area with the visitation space and Mr. Jones's cell. The chamber was flanked on each side by plexiglass windows that separated the main chamber from four viewing rooms. I shared one small viewing room with the three friends of Mr. Jones and spiritual advisors. The other three viewing rooms, as I recall, were reserved for government staff, members of the media, and the victim's family members. Though there were a couple rows of chairs, everyone in my viewing room stood shoulder-to-shoulder

3

pressed up against the glass separating us from Mr. Jones, as this was the only way we could see him and he could see our faces during the execution. Our view was obstructed even when we stood just a few feet behind the plexiglass. Because there was a microphone inside the execution room, we could hear what was said from that side of the glass, including Mr. Jones's last words, butMr. Jones could not hear us. We could only communicate with him by mouthing words and making gestures.

10.     After Mr. Jones's last moments, the four people in our execution viewing room were quickly escorted by guards down a small hallway to exit the building. Just after the execution, a press conference took place in front of reporters and news cameras from all over the country. The government officials were given the opportunity to speak before Mr. Jones's defense team, so I waited in a small room with Mr. Jones' spiritual advisor until it was my turn to address the media. When I had the opportunity to speak to reporters. I read the physical message that Lou had scribbled and passed to me from his holding cell the day before.

11.     Unless the death house and other facilities and protocols have changed dramatically since 2003, I cannot imagine how an execution could be carried out at Terre Haute safely during the COVID-19 pandemic. For example, it would be impossible for more than one person to visit a prisoner in the Death House visitation room while practicing social distancing. Additionally, the holes in the glass separating the prisoner's cell from the visitation prevent the plexiglass from being an adequate barrier. I also cannot imagine how Mr. Jones and I would have been able to safely pass legal materials to each other. Without safe, physical access to the holding cell, I cannot imagine how Mr. Jones would have been able to receive final communion before his execution.

4

12.     The execution viewing rooms would be equally problematic spaces during the pandemic. First, I assume the Death House had a singular ventilation system circulating the same air throughout the whole building and into each of the viewing rooms. Second, it is impossible to socially distance in the viewing rooms when there are two or more witnesses who wish to see and be seen by the prisoner during the execution. Even if the witnesses had no desire to see the prisoner, the viewing room I was in could not hold more than three or four people at once practicing social distancing.

13.     After Mr. Jones's execution, it would have been nearly impossible to practice social distancing given the sheer number of people present at the prison. This includes prison staff, attorneys, spiritual advisors, friends and family of the prisoner, government officials, victim's loved ones, and the many members of the press on site at the prison complex that day. Had Mr. Jones's execution taken place today, the events that took place every day I was in Terre Haute would have carried substantial risk of spreading COVID-19.

I declare pursuant to 28 U.S.C. § 1746(2) and under penalty of perjury that the foregoing facts are true and correct.

Date: June 30, 2020

_____
Timothy Floyd

5