# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM P. BARR, in his official ) <br> capacity as the Attorney General of the ) <br> United States; MICHAEL CARVAJAL, in ) <br> his official capacity as the Director of the ) <br> Federal Bureau of Prisons; and T.J. ) <br> WATSON, in his official capacity as ) <br> Complex Warden for Terre Haute Federal ) <br> Correctional Complex, ) <br> ) <br> Defendants. ) <br> ) | Case No. _____ |

**DECLARATION OF DR. JOE GOLDENSON**

I, Dr. Joe Goldenson, declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

**<u>Background</u>**

1.      I am a medical physician with 33 years of experience in correctional health care. For 28 years, I worked for Jail Health Services of the San Francisco Department of Public Health. For 22 of those years, I served as the Director and Medical Director.  In that role, I provided direct clinical services, managed public health activities in the San Francisco County jail, including the management of HIV, tuberculosis, Hepatitis C, and other infectious diseases in the facility, planned and coordinated the jail's response to H1N1, and administered the correctional health enterprise, including its budget, human resources services, and medical, mental health, dental, and pharmacy services.

2.      I served as a member of the Board of Directors of the National Commission on Correctional Health Care for eight years and was past President of the California chapter of the American Correctional Health Services Association. In 2014, I received the Armond Start Award of Excellence from the Society of Correctional Physicians, which recognizes its recipient as a representative of the highest ideals in correctional medicine.

3.      For 35 years, I held an academic appointment as an Assistant Clinical Professor at the University of California, San Francisco.

4.      I have worked extensively as a correctional health medical expert and court monitor. I have served as a medical expert for the United States District Court for the Northern District of California for 25 years. I am currently retained by that Court as a medical expert in *Plata v. Newsom*, Case No. 3:01-cv-01351 (N.D. Cal.), to evaluate medical care provided to inmate patients in the California Department of Correctional Rehabilitation. I have also served as a medical expert/monitor at Cook County Jail in Chicago and Los Angeles County Jail, at other jails in Washington, Texas, and Florida, and at prisons in Illinois, Ohio, and Wisconsin.

5.      My CV is attached as Exhibit A.

6.      I am not being compensated for my time reviewing materials and preparing this report.

7.      As a researcher of prisoner health care and infectious diseases, I have studied the scientific literature about COVID-19, including the literature regarding symptoms, testing, infection rates and transmission.  In addition, I have studied and am familiar with the public health guidance regarding prevention and containment of COVID-19, including U.S. Centers For Disease Control and Prevention's ("CDC") Guidance for Population in Jails and the CDC's Interim Infection Prevention and Control  Recommendations for Patients with Suspected or Confirmed Coronavirus Disease 2019 (COVID-19) in Healthcare Settings.

8.      I have been asked by counsel for Seigen, the spiritual advisor for a death row prisoner detained at the United States Penitentiary at Terre Haute in Terre Haute, Indiana, to describe the risks to visitors, prisoners, staff and the community posed by resuming visitation and carrying out executions at Terre Haute during the COVID-19 pandemic, and in particular, the risks to individuals with medical vulnerabilities. Seigen is the spiritual advisor for Wes Purkey, whose execution is scheduled for July 15, 2020.

**COVID-19**

9.      COVID-19 is a serious disease that reached pandemic status in March 2020.  As of June 28, 2020, there are at least 10,039,286 confirmed cases of COVID-19 worldwide, including 2,504,175 cases in the United States.[1] At least 499,633 people have died, including 125,484 in the United States.[2] As of June 28, 2020 there were 44,575 confirmed cases of COVID in Indiana and 2,616 reported deaths.[3] Vigo County, where Terre Haute is located,

---

[1] Johns Hopkins University COVID-19 Data Center, https://coronavirus.jhu.edu/ (last visited June 28, 2020); Centers for Disease Control and Prevention, Covid Data Tracker, https://www.cdc.gov/covid-data-tracker/#cases (last visited June 28, 2020).
[2] *Id.*
[3] *Id.*

has had 219 confirmed cases and 8 deaths.[4] Because these numbers include only laboratory confirmed cases, they likely understate the actual number of cases and deaths.  Even as some jurisdictions relax social distancing restrictions, new hotspots of infection continue to emerge and cases continue to rise in states across the South, West and Midwest.[5]  Cases have increased 15% over the last few weeks and, as of June 20, were rising in 18 states across the South, West, and Midwest.  Twelve states hit single-day case records the week of June 20.[6]

10.     COVID-19 is a highly contagious respiratory illness. It is transmitted between persons in close proximity (within about six feet) by airborne droplets released by infected individuals when they cough or sneeze.[7] The droplets can survive in the air for up to three hours. It may also be possible for an individual to become infected by touching a surface or object that has the virus on it and then touching his or her own mouth, nose, or possibly eyes. Infected droplets can survive on surfaces for variable lengths of time, ranging from up to four hours on copper, to 24 hours on cardboard, to two to three days on plastic or stainless steel.

11.     Signs and symptoms of COVID-19 may appear two to 14 days after exposure and may include fever, cough, shortness of breath or difficulty breathing, chills, fatigue, muscle pain, headache, sore throat, new loss of taste or smell, congestion or runny nose, nausea or vomiting, or diarrhea.[8] In severe cases, COVID-19 can require hospitalization and lead to respiratory failure or death. While more than 80% of the cases are mild, overall some 20% of cases will have severe disease requiring medical intervention and support.

12.     Patients who suffer from serious disease may progress to Acute Respiratory Distress Syndrome (ARDS), which is a type of respiratory failure.  Many patients suffering from ARDS will require mechanical ventilation.  ARDS has a 30 percent mortality rate overall, and a higher mortality rate in people with other medical conditions.

---

[4] Johns Hopkins University Coronavirus Resource Center, COVID-19 United States Cases by County, https://coronavirus.jhu.edu/us-map (last visited June 28, 2020).

[5] Julie Bosman, W.H.O. Warns of 'Dangerous Phase' of Pandemic as Outbreaks Widen, New York Times (June 19, 2020), https://www.nytimes.com/2020/06/19/us/coronavirus-new-dangerous-phase.html;  New York Times, *Coronavirus Live Updates: Cases Across U.S. Surge Toward May's High* (June 20, 2020).

[6] New York Times, *Coronavirus Live Updates,* June 21, 2020, https://www.nytimes.com/2020/06/21/world/coronavirus-updates.html?action=click&module=Top%20Stories&pgtype=Homepage

[7] Centers for Disease Control and Prevention, Interim Infection Prevention and Control Recommendations for Patients with Suspected or Confirmed Coronavirus Disease 2019 (COVID-19) in Healthcare Settings, https://www.cdc.gov/coronavirus/2019-ncov/hcp/infection-control-recommendations.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Finfection-control%2Fcontrol-recommendations.html.

[8] Centers for Disease Control and Prevention, Symptoms of Coronavirus (updated May 13, 2020), https://www.cdc.gov/coronavirus/2019-ncov/symptoms-testing/symptoms.html

13.     Certain populations are particularly vulnerable to severe cases of COVID-19.  The case fatality rate and need for advanced medical intervention and support increase significantly with advancing age in people aged over 50 and for people of any age with certain underlying medical conditions (the "medically vulnerable").  The CDC has identified people with the following medical conditions as high risk for  severe illness (hospitalization, intensive care, ventilatory support or death) from COVID-19:

- Type 2 diabetes mellitus
- Chronic obstructive pulmonary disease
- Serious heart conditions, such as heart failure, coronary artery disease, or cardiomyopathies
- Sickle cell disease
- Chronic kidney disease
- Immunocompromised state (weakened immune system) from solid organ transplant
- Obesity (body mass index (BMI) of 30 or higher)

The CDC notes that people with the following conditions might also be at risk for severe illness from COVID-19:

- Asthma (moderate to severe)
- Cerebrovascular disease (affects blood vessels and blood supply to the brain)
- Cystic fibrosis
- Hypertension or high blood pressure
- Immunocompromised state (weakened immune system) from blood or bone marrow transplant, immune deficiencies, HIV, use of corticosteroids, or use of other immune weakening medicines
- Neurologic conditions, such as dementia
- Liver disease
- Pregnancy
- Pulmonary fibrosis (having damaged or scarred lung tissues)
- Smoking
- Thalassemia (a type of blood disorder)
- Type 1 diabetes mellitus[9]

---

[9] Centers for Disease Control and Prevention, *People of Any Age with Underlying Medical Conditions* (updated June 25, 2020), https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Fneed-extra-precautions%2Fgroups-at-higher-risk.html

14.    The CDC also notes the risk for severe illness from COVID-19 increases with age, with older adults at highest risk.[10] For example, as depicted in Chart 1, a CDC graphic, 84.6 per 100,000 patients age 40-49 years are hospitalized due to COVID-19. That rate increases to 136.1 per 100,000 for patients age 50-64 years; to 198.7 per 100,000 for patients age 65-74 years; and to 329.3 per 100,000 for patients age 75-84 years.[11]

Chart 1



15.    The risk of death from COVID-19 also increases with age. As shown in Chart 2, another CDC graphic, patients age 40-49 account for 2.9% of all COVID-19 deaths. Beginning at age 50, the risk of death increases dramatically. Patients age 50-64 account for 15% of COVID-19 deaths; patients aged 65-74 account for 20.6% of deaths; patients aged 75-84 account for 26.1% of deaths.[12] The increasing death toll for older adults does not correlate with overall percentage of the population. Rather, the death rate from COVID-19 increases significantly with age, despite the fact that those age groups constitute an

---

[10] Centers for Disease Control and Prevention, *Older Adults* (updated June 25, 2020), https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/older-adults.html
[11] *Id.*
[12] Centers for Disease Control and Prevention, *Demographic Trends of COVID-19 cases and deaths in the US reported to CDC* (updated June 29, 2020), https://www.cdc.gov/covid-data-tracker/index.html#demographics.

increasingly smaller percentage of the overall population. This trend is depicted in Chart 3, below, compiled from CDC data[13] and population estimates from the U.S. Census Bureau.[14]

Chart 2



Chart 3

_____

[13] *Id.*

[14] *See* United States Census Bureau, *2019 Population Estimates by Age, Sex, Race and Hispanic Origin* (June 25, 2020), https://www.census.gov/newsroom/press-kits/2020/population-estimates-detailed.html.

6



16.     A significant number of infected individuals do not exhibit symptoms, however, and asymptomatic individuals—either before the onset of symptoms or because no symptoms will ever manifest—can nevertheless transmit the disease to others. According to the CDC, up to 25 percent of people infected with COVID-19 will remain asymptomatic.[15] Similarly, infected individuals may experience only mild symptoms. These asymptomatic and mildly symptomatic individuals can, and do, transmit the virus, contributing to its rapid spread. Because of the high risk of transmission by asymptomatic individuals, CDC recommends everyone wear a mask when they leave their homes.

17.      At this time there is no vaccine to prevent COVID-19 and there is no known cure or anti-viral treatment available.[16]

18.     Current preventive measures seek to slow the transmission of COVID-19 through a number of mechanisms. The CDC has identified social distancing (keeping persons separated by at least six feet) as a "cornerstone of reducing transmission of respiratory diseases such as COVID-19."[17] In addition, frequent handwashing, and respiratory hygiene (*e.g.*, covering mouth and nose when coughing or sneezing), and frequent cleansing of surfaces, while less

---

[15] Apoorva Mandavilli, *Infected but Feeling Fine: The Unwitting Coronavirus Spreaders*, N.Y. Times (Mar. 31, 2020), https://www.nytimes.com/2020/03/31/health/coronavirus-asymptomatic-transmission.html.
[16] Centers for Disease Control and Prevention, *Prevent Getting Sick* (Apr. 8, 2020), cdc.gov/coronavirus/2019-ncov/prevent-getting-sick.
[17] Centers for Disease Control and Prevention, *Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities*, at 4 (Mar. 23, 2020), https://www.cdc.gov/coronavirus/2019-ncov/downloads/guidance-correctional-detention.pdf

effective than social distancing, are recommended.[18] While these are important and necessary actions to reduce the risk of infection and the spread of the virus, they are not fully preventive.

**COVID-19 in Detention Facilities Generally**

19.    For multiple reasons, the risk of exposure to and transmission of infectious diseases, as well as the potential harm to those who become infected, is significantly higher in jails and prisons than in the community, putting inmates, staff, and others who must enter the facility at high risk of becoming ill with COVID-19.

20.    Close living quarters and often overcrowded conditions in jails, prisons, and detention centers facilitate the rapid transmission of infectious diseases, particularly those transmitted by airborne droplets through sneezing or coughing, like COVID-19. In these congregate settings, large numbers of people are closely confined and forced to share bunkrooms, bathrooms, cafeterias, and other enclosed spaces. They are physically unable to practice social distancing, which, as described above, is a "cornerstone" of reducing transmission of COVID-19.[19] Within these facilities, space and resource limitations—and the resulting inability of inmates and employees to practice social distancing[20]—make it extremely difficult to effectively quell the explosive growth of a highly contagious virus. The CDC has recognized that correctional and detention facilities "present unique challenges for control of COVID-19 transmission among incarcerated/detained persons, staff, and visitors."[21]

21.    Frequent and thorough hand washing is one of the key recommendations to reduce transmission but sufficient soap and/or hand sanitizer is often not available (for inmates and staff) to wash their hands frequently enough to prevent the risk of transmission in contravention of the CDC's *Interim Guidance*.[22]

22.    Correctional facilities are commonly poorly ventilated, which facilitates the transmission of airborne illnesses, such as COVID-19. The CDC recommends generally after an infection in buildings that building operators open windows to allow fresh air to circulate.[23] This recommendation is not possible in prisons.

---

[18] Centers for Disease Control and Prevention, *How to Protect Yourself and Others* 1–2 (Apr. 18, 2020), https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/prevention-H.pdf.
[19] Centers for Disease Control and Prevention, *Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities*, at 4 (Mar. 23, 2020), https://www.cdc.gov/coronavirus/2019-ncov/downloads/guidance-correctional-detention.pdf
[20] *See id.* at 2, 11.
[21] *Id.* at 2.
[22] *See id*.
[23] Centers for Disease Control and Prevention, *Cleaning and Disinfecting Your Facility* 2 (Apr. 1, 2020), https://www.cdc.gov/coronavirus/2019-ncov/community/disinfecting-building-facility-H.pdf.

23. Current CDC recommendations for reducing the transmission of COVID-19 in jails include screening of all newly arriving arrestees, quarantining all newly arriving arrestees for 14 days and performing daily symptom screening and temperature checks while they are in quarantine, isolating any detainee with any symptoms consistent with COVID-19 or with fever who is currently housed in the facility, and providing masks to all inmates who are "confirmed or suspected COVID-19 cases, or showing symptoms of COVID-19."[24] In addition, the CDC generally recommends providing and wearing masks in congregate settings. Individuals should not be added to an existing quarantine cohort after the 14-day quarantine clock has started.

24. These recommendations are also difficult, if not impossible, to implement in prisons due to space constraints, lack of sufficient respiratory isolation rooms, and lack of necessary equipment and other resources.

25. Testing has been limited in many jails and prisons. Even when available, it can take days to obtain results. Moreover, someone who is tested shortly after being infected may test negative. As a result of this limited testing, the data regarding the spread of COVID-19 in correctional facilities is extremely limited and likely significantly undercounts the true spread of the virus. CDC Director Robert Redfield estimates that the number of people infected with COVID-19 in the community is likely 10 times higher than the number of patients who have been confirmed positive through testing.[25] It is likely that the rate of undiagnosed patients is even higher in prisons and jails, where testing rates are often much lower than in the community.

26. Non-test based verbal screens—i.e., asking a person for a subjective report of symptoms—cannot adequately screen for new, asymptomatic or pre-symptomatic infections. COVID-19 has a typical incubation period of 2 to 14 days, commonly five days, and transmission often occurs before presentation of symptoms. According to the Centers for Disease Control and Prevention, up to 25 percent of people infected with COVID-19 will remain asymptomatic.[26] Similarly, infected individuals may experience only mild symptoms. These newly infected, asymptomatic and mildly symptomatic individuals can, and do, transmit the virus, contributing to its rapid spread. As a result, such inadequate screening presents a critical problem. The possibility of asymptomatic transmission means that monitoring staff and incarcerated people for symptoms and fever is inadequate to identify all who may be infected and to prevent transmission. Because of the problems with screening procedures, the risk of false negative tests, the unavailability of test kits and the delays in obtaining test results, one necessary means to prevent the introduction of COVID into the jails by someone who is arrested is to quarantine all arrestees for 14 days and monitor

---

[24] *See* Centers for Disease Control and Prevention, *Interim Guidance* at 10, 14, 15, 20.

[25] Lena H. Sun & Joel Achenbach, *CDC chief says coronavirus cases may be 10 times higher than reported*, Washington Post (June 25, 2020), https://www.washingtonpost.com/health/2020/06/25/coronavirus-cases-10-times-larger/.

[26] Apoorva Mandavilli, *Infected but Feeling Fine: The Unwitting Coronavirus Spreaders*, N.Y. Times (Mar. 31, 2020), https://www.nytimes.com/2020/03/31/health/coronavirus-asymptomatic-transmission.html

them daily for symptoms and fever before they are deemed safe to introduce into the general population of the jail.

27.     In correctional facilities, groups of persons are often moved from space to space, for example, from a dormitory to a cafeteria or visiting room. Persons often from multiple different housing units, congregate and come in close contact while standing in lines for medication, commissary, fresh laundry, or telephones. These group movements, which may cluster large numbers of people together in small spaces, increase the risk of transmission between incarcerated persons and throughout the facility. It is common for individuals in a given housing unit to routinely be subjected to such group movements multiple times each day. Additionally, detention facilities often rely on incarcerated people to perform work that supports the operation of the facility, such as food service, laundry, and cleaning. To perform these work assignments, they typically travel from their housing units to other parts of the facility.

28.     Correctional officers and other facility staff routinely have direct physical contact with incarcerated people, especially when handcuffing or removing handcuffs from prisoners who are entering or exiting the facility, or who are being escorted from one part of the facility to another. Staff members also move around within the facility, which creates opportunities for transmission both among staff in different parts of the facility and transmission to and from incarcerated people in different parts of the facility. Correctional officers must also come into close contact with visitors at facilities, in order to process them through security, conduct security searches, and escort them to their destination within the facility. This creates further opportunities for transmission between staff and visitors.

29.     Correctional facilities largely lack the robust medical care infrastructure that would be necessary to deal with a COVID-19 outbreak. If a significant number of people become sick with COVID-19 the institution's health care facilities will be unable to respond appropriately to those people and those who need medical care for other reasons. And, when an incarcerated patient's needs are too acute for a correctional facility to provide adequate treatment, the patient must be transported to and treated at a community hospital.  Once COVID-19 spreads throughout the correctional facility, the burden of caring for many of these sick individuals will shift to local community medical  facilities.

30.     When an outbreak strikes a correctional facility, correction and medical staff will become ill. They will not show up to work.  These vacancies can result in facilities becoming dangerously understaffed, which compromises medical care.  Healthcare staff who provide treatment are unavailable.  Correctional staff also play a vital role in delivering medical services, by escorting prisoners, responding to and alerting medical of medical emergencies, and providing security to health care staff while they provide services.  Their absence also compromises treatment.

31.     If infected, inmates are at greater risk for harm from COVID-19 than those in the general community.  This is due to a number of factors including the fact that people in prisons have high rates of chronic illnesses, such as diabetes, heart disease, chronic lung disease, and immunosuppressive illnesses such as HIV disease that increase the risk from

10

COVID-19, often have had poor or absent prior health care, and often have made unhealthy life-style choices, including alcohol and drug use.  For these reasons, it is well accepted within the medical community that prison inmates are physiologically 10 years older than their chronological age.

32.      Because of the conditions typically found in jails and prisons, carceral settings often have particularly serious incidence of communicable disease.  For example, during the H1N1-strain flu outbreak in 2009 (known as the "swine flu"), jails and prisons experienced a disproportionately high number of cases.[27] Until recently the Cook County Jail in Chicago was believed to be the largest-known source of U.S. COVID virus infections.[28]  As of April 13, more than 500 people had been infected at the facility, and the numbers continue to climb.[29]  In one prison in Ohio, 78% of the approximately 2,500 prisoners tested positive.[30]  The State of Ohio tested its prisoners en masse for COVID-19 so this number includes large numbers of inmates who were asymptomatic and would otherwise not have been tested.  This underscores the risk of the spread of COVID-19 by asymptomatic individuals.  In addition, 109 staff had tested positive for COVID-19.[31]

33.      During an infectious disease outbreak, a containment strategy requires people who have known or suspected illness be isolated and that caregivers have access to personal protective equipment to protect themselves and to prevent the further transmission of the disease. During an outbreak, jails and prisons are under-resourced in being able to provide medically appropriate housing for persons with known or suspected infectious illness, and are often underequipped to provide sufficient personal protective equipment, increasing the risk of a widespread outbreak.

34.      In sum, current CDC recommendations for social distancing, frequent hand washing, frequent cleansing of surfaces, symptom screening, temperature checks and isolation to prevent infection and the spread of the virus are extremely difficult, if not impossible, to implement in carceral settings.  As a result, the risk of COVID transmission is far greater than in non-custodial institutions.  Given the rapid spread of COVID-19, it is likely

---

[27] David M. Reutter, *Swine Flu Widespread in Prisons and Jails, but Deaths are Few*, Prison Legal News (Feb. 15, 2010), https://www.prisonlegalnews.org/news/2010/feb/15/swine-flu-widespread-in-prisons-and-jails-but-deathsare-few/.

[28] Timothy Williams and Danielle Ivory, *Chicago's Jail is Top U.S. Hot Spot as Cirus Spreads Behind Bars*, N.Y. Times (Apr. 8, 2020), https://www.nytimes.com/2020/04/08/us/coronavirus-cook-county-jail-chicago.html.

[29] Cheryl Corley, *The COVID-19 Struggle In Chicago's Cook County Jail*, NPR (Apr. 13, 2020) https://www.npr.org/2020/04/13/833440047/the-covid-19-struggle-in-chicagos-cook-county-jail.)

[30] Ohio Department of Rehabilitation & Correction, COVID-19 Inmate Testing (last updated Apr. 20, 2020), https://drc.ohio.gov/Portals/0/DRC%20COVID-19%20Information%2004-20-2020%20%201304.pdf,

[31] Bill Chappell and Paige Pfleger, *73% Of Inmates At An Ohio Prison Test Positive For Coronavirus,* NPR (Apr. 20, 2020), https://www.npr.org/sections/coronavirus-live-updates/2020/04/20/838943211/73-of-inmates-at-an-ohio-prison-test-positive-for-coronavirus

11

impossible to achieve and sustain these measures sufficiently to mitigate the risk of transmission for medically vulnerable inmates, staff, or visitors.

**Conditions in Prisons Pose Significant Risk of Transmission of COVID-19 To and From the Community Outside the Prisons**

35.     The conditions in prisons pose very significant risk of transmission of communicable diseases like COVID-19 not only to inmates, employees and volunteers in the prisons, but also to the community as a whole.  It has long been known that jails, prisons, and detention centers can be hotbeds of disease transmission, and that due to the frequent ingress and egress of employees at these facilities, an outbreak within a jail, prison, or detention center can quickly spread to surrounding communities. In addition, staff may contract communicable diseases in the community and then introduce those diseases into the facility. While prisons are often thought of as closed environments, this is not the case. A large number of custody, medical, and other support staff and contractors who have direct contact with prisoners enter and leave the facility throughout the day.  Prisons admit and release prisoners on a regular basis.  Since there is no effective way to screen for newly infected or asymptomatic individuals, they can unknowingly transmit COVID-19 to the inmate population.

36.      When there is an outbreak in a prison, staff can become infected and bring the virus home to their families and community.  For example, the tuberculosis epidemic that broke out in New York City in the early 1990s began in jails and was spread to the community by jail employees who became infected and then returned home.

37.     It is difficult to overstate the devastation that a COVID-19 outbreak could inflict on correctional facilities and its surrounding communities. At Rikers Island in New York, between the mornings of Wednesday, April 1 and Thursday, April 2, the number of COVID-19 positive incarcerated individuals and staff members grew by 47 and 57 people, respectively, upping the jail's total numbers of confirmed cases to 231 among the incarcerated population and 223 among staff.[32] The first known case of COVID-19 at Rikers was confirmed on Wednesday, March 18,[33] illustrating just how quickly this disease can and will overwhelm detention facilities. A rising number of individuals in prisons continue to test positive for COVID-19.[34]

---

[32] Julia Craven, *Coronavirus Cases Are Spreading Rapidly on Rikers Island*, Slate (Apr. 2, 2020), https://slate.com/news-and-politics/2020/04/rikers-coronavirus-cases-increase.html.

[33] *As Testing Expands, Confirmed Cases of Coronavirus in N.Y.C. Near 2,000*, N.Y. Times (updated Mar. 19, 2020), https://www.nytimes.com/2020/03/18/nyregion/coronavirus-new-york-update.html.

[34] The Marshall Project*, A State-by-State Look at Coronavirus in Prisons* (June 18, 2020), https://www.themarshallproject.org/2020/05/01/a-state-by-state-look-at-coronavirus-in-prisons?utm_medium=email&utm_campaign=newsletter&utm_source=opening-statement&utm_term=newsletter-20200612-2022&utm_source=The+Marshall+Project+Newsletter&utm_campaign=06b2d8b8bf-

12

**Conditions at USP Terre Haute and Risks for Visitation**

38.      The Bureau of Prisons (BOP) describes the Terre Haute Federal Correctional Complex (FCC) as comprised of two facilities, USP Terre Haute, a High Security Detention Facility with 1,306 male prisoners and FCI Terre Haute, a Medium Security Federal Correctional Institution (978 prisoners) with an adjacent Minimum Security Satellite Camp (256 prisoners).[35]  Death row prisoners are housed in USP Terre Haute, in the Maximum Security Facility.

39.      In April, Terre Haute FCC became the BOP's regional intake center, resulting in the transfer of inmates who were in the custody of the US Marshals from facilities around the region.[36]

40.      The first case of COVID-19 in Terre Haute was publicly reported on May 16, 2020.[37] Since then, at least one prisoner has died from the virus.[38] The BOP reports that as of June 27, eight prisoners have tested positive for COVID-19.[39] However, the BOP also reports that it has only conducted tests on 229 prisoners, or less than 19% of the total population at USP Terre Haute.[40] The results for 20 additional tests are still pending.[41]

41.      The BOP has not reported information about the number of staff members who have been tested at the facility, or whether BOP is offering testing to staff members at USP Terre

---

EMAIL_CAMPAIGN_2020_06_12_11_47&utm_medium=email&utm_term=0_5e02cdad9d-06b2d8b8bf-160852501 (describing recent "remarkable growth in coronavirus cases and noting that recent widespread testing results "suggest that coronavirus had been circulating in prisons in much greater numbers than know in the early weeks of the pandemic").

[35] Federal Bureau of Prisons, FCI Terre Haute, https://www.bop.gov/locations/institutions/tha/.

[36] WHTI-TV 10, *Terre Haute's Federal Prison Set to Become Intake Center for the Region, Bringing in Over 100 Inmates*, (April 15, 2020), https://www.wthitv.com/content/news/Terre-Hautes-federal-prison-set-to-become-intake-center-for-the-region-bringing-in-over-100-inmates--569642741.html; WHTI-TV 10, *New Inmates Arrived at Terre Haute's Federal Penitentiary As Part of Plan to Make it Intake Center for the Region* (April 22, 2020), https://www.wthitv.com/content/news/New-inmates-arrived-at-Terre-Hautes-federal-penitentiary-as-part-of-plan-to-make-it-intake-center-for-the-region-569837071.html.

[37] Lisa Trigg, *Case of COVID-19 Infection Reported at Federal Prison in Terre Haute*, Tribute-Star (May 18, 2020), https://www.tribstar.com/news/case-of-covid-19-infection-reported-at-federal-prison-in-terre-haute/article_85a075ee-9940-11ea-87fe-fb3a2398734d.html

[38] *Terre Haute Prison Inmate With COVID-19 Dies; 3 More Have It*, U.S. News (May 26, 2020), https://www.usnews.com/news/best-states/indiana/articles/2020-05-26/3-terre-haute-federal-prison-inmates-positive-for-covid-19

[39] Federal Bureau of Prisons, COVID-19 Cases, www.bop.gov/coronavirus/ (last visited June 27, 2020).

[40] *Id.*

[41] *Id.*

13

Haute. Publically available information suggests that BOP is screening staff for COVID-19, however the information available indicates that the screening is highly insufficient. According to BOP's Implementing Modified Operations, intended to mitigate the spread of COVID-19, heath screening of staff is being performed at all BOP locations.[42] That screening includes only "self-reporting and temperature checks."[43] The screening, at a minimum, should inquire about the broad range of COVID-19 symptoms that patients may experience. Further, temperature checks and non-test based verbal screens such as this cannot adequately screen for new, asymptomatic or pre-symptomatic infections. Infected staff are a key vector for introducing COVID-19 into a correctional facility. Such insufficient screening does little to mitigate this risk.

42.     Counsel has provided a declaration of Mr. Purkey's spiritual advisor, Seigen, describing his experience with the process of admission and visitation for death row prisoners at Terre Haute.  This process is similar to other prisons I have visited, and involves close and repeated contact between the visitor and custodial staff, other visitors, and prisoners.

43.     According to the BOP website for USP Terre Huate, "all visiting at this facility has been suspended until further notice." [44] According to the BOP website's modified operations, all in person social and legal visits are suspended across all BOP facilities "in order to mitigate the spread of COVID-19[.]"[45]

44.     Counsel has provided a declaration of Rebecca Woodman, counsel for Mr. Purkey, regarding possible visits by members of Mr. Purkey's defense team, expert witnesses, spiritual advisor, and family. After Mr. Purkey's execution was scheduled, exceptions were apparently made to allow for legal and social visits with Mr. Purkey. According to USP Terre Haute Counsel, the only precautions the prison can offer are to provide visitors a mask, type unknown, take the temperature of visitors, provide hand sanitizer at the front entrance, and to install Plexiglass in the visitation room. These measures are insufficient to protect visitors from the risk of COVID-19. Provision of masks to visitors may mitigate the risk that the visitor brings COVID-19 into the facility. It does not, however, protect visitors themselves from the risk of contracting the virus. Further, measures to distance or separate individuals cannot fully mitigate the risk of COVID-19 transmission when conducted in an otherwise confined space with poor ventilation.

45.     In addition, the BOP appears to intend to utilize a screening form that has not been updated since March 13, 2020 and includes only three questions regarding international travel, contact with a COVID-19 positive individual, and a subjective report of symptoms. As

---

[42] Federal Bureau of Prisons, BOP Implementing Modified Operations, https://www.bop.gov/coronavirus/covid19_status.jsp (last visited June 29, 2020).
[43] *Id.*
[44] Federal Bureau of Prisons, USP Terre Haute, https://www.bop.gov/locations/institutions/thp/ (last visited June 29, 2020).
[45] Federal Bureau of Prisons, BOP Implementing Modified Operations, https://www.bop.gov/coronavirus/covid19_status.jsp (last visited June 29, 2020).

noted above, temperature checks and non-test based verbal screens such as this cannot adequately screen for new, asymptomatic or pre-symptomatic infections. In addition, this screening form appears to rely on outdated information. It only asks about three symptoms: fever or chills, cough, and shortness of breath. But as noted above, the CDC expanded its list of typical COVID-19 symptoms to include not only fever, cough, and shortness of breath, but also fatigue, muscle pain, headache, sore throat, new loss of taste or smell, congestion or runny nose, nausea or vomiting, or diarrhea.[46] The CDC updated this information in May; any screening forms in use should have been subsequently updated.  Given our quickly evolving understanding of COVID-19, it is imperative to update safety measures according to updated knowledge about the virus. BOP does not appear to have done this.

46.     These intended measures alone are not adequate.  As noted above, necessary precautions include ensuring the ability to social distance, frequent cleaning and disinfecting of objects and surfaces, requiring staff and inmates to wear masks if within six feet of others, and adequate ventilation.

47.     Counsel has further informed me that some of Mr. Purkey's team members and witnesses are medically vulnerable.

48.     Given the current health crisis related to the COVID-19 pandemic, and the fact that COVID-19 has already been identified in the prison, with at least one inmate death, it is my medical opinion that it is not safe for medically vulnerable individuals (as defined above) to visit USP Terre Haute.

49.     I have personally been requested to visit a number of correctional facilities to determine if appropriate safety precautions were being implemented and followed.  Given my age (70 years old) and the fact that I suffer from medical conditions that make me medically vulnerable, I have turned down these requests.

**Special Risks Posed by Executions**

50.     The BOP execution regulations specify the attendance of a large number of witnesses for executions.  They delineate 24 witnesses, exclusive of the custodial staff, Warden, Marshall, and Department of Justice Attorneys. The execution protocol provided to me by counsel, although redacted in many areas, clearly anticipates involvement of a large number of BOP and Marshall personnel.

51.     According to Ms. Woodman, Mr. Purkey's attorney, apart from the inadequate measures put in place regarding general visitation, BOP counsel has not provided any information pertaining to planned COVID-19 safety measures for the execution itself.

---

[46] Centers for Disease Control and Prevention, Symptoms of Coronavirus (updated May 13, 2020), https://www.cdc.gov/coronavirus/2019-ncov/symptoms-testing/symptoms.html.

52.     Public reports of the execution facility show it as a single low building.[47]   One reporter described the room where media witnesses were directed to witness the execution as a  "small, unadorned room." [48]  Images from news reports show a small execution chamber with windows into what appear to be small observation areas.[49]

53.     Counsel has provided a declaration of Timothy Floyd, an attorney who has personally attended an execution conducted as USP Terre Haute. Mr. Floyd describes repeatedly sitting shoulder-to-shoulder in a cramped room with several other people, including his client's spiritual advisors, in order to visit with his client prior to the execution. Mr. Floyd further described that he and his client's spiritual advisors were all shuttled to the "Death House" in a cramped van along with prison staff, were escorted together to the execution chamber, and shared a small viewing room for the execution. In the viewing room, Mr. Floyd and his client's spiritual advisors stood shoulder-to-shoulder in order to see and be seen by Mr. Floyd's client. The environment described by Mr. Floyd does not allow for the social distancing recommended by the CDC to prevent the transmission of COVID-19.

54.     During the 2001 Timothy McVeigh execution, a reporter described a "media area, on the prison grounds, but away from the actual buildings" that "looks and feels like a fairground or circus," with a temporary village of media tents and media staff moving around on golf carts and foot.[50]

55.     I am informed that Seigen, Mr. Purkey's spiritual advisor, as well as all of Mr. Purkey's defense attorneys, defense investigators, and family members live out of town and will need to travel by plane or long car rides to the prison to attend the execution.

56.     While airlines have implemented many safety measures aimed at reducing the risk of COVID-19 infection, air travel (including transportation to and from the airport, going through security check points, using public bathrooms, and boarding the airplane) still poses a significant risk of COVID-19 infection.  Dr. Bob Wachter, the chairman of the University of California, San Francisco's Department of Medicine stated, "Flying is an accumulation of a bunch of things that in general imply higher risk.  It is staying in fairly close contact with a

---

[47] Andrew Cohen, *Same Planet, Different Wolds*, CBS News.Com (June 10, 2001), https://www.cbsnews.com/news/same-planet-different-worlds/.

[48] Peter Slevin, Witnessing A Federal Execution (Sept. 4, 2019), https://www.newyorker.com/news/news-desk/witnessing-a-federal-execution

[49] Annie Johnston, WHI-TV1-, *Judge Halts Federal Executions Scheduled to Take Place in Terre Haute* (Nov. 21, 2019); Julia Delcourt, Timothy McVeigh's Last Day, Tulsa World (June 10, 2001), https://www.tulsaworld.com/archive/timothy-mcveighs-last-day/article_3ee65baf-50b9-5253-9a98-140faf0cc125.html.

[50] Andrew Cohen, *Same Planet, Different Worlds*, CBS News.Com (June 10, 2001), https://www.cbsnews.com/news/same-planet-different-worlds/.

whole lot of people you don't know, it is doing that indoors, it is doing that for long periods of time."[51]

57.     Counsel provided me with a declaration by BOP Regional Counsel Rick Winter, who describes the BOP personnel who will be traveling to USP Terre Haute to participate in any execution. The "execution team" is comprised of more than 40 BOP staff members; it appears that many, if not all, of these individuals will be traveling to Terre Haute from unknown parts of the country.  In addition, approximately 50 BOP staff on specialized security teams will travel to FCC Terre Haute from other BOP institutions for the purpose of the execution, according to the Winter declaration. Finally, approximately 200 FCC Terre Haute staff will provide specialized security and support for an execution, according to the Winter declaration. These staff members are pulled away from their normal duties at FCC Terre Haute.

58.     As a result, a large number of individuals, including BOP staff, media, attorneys, spiritual advisors, family members, and other witnesses will be congregated in close quarters in and around the execution building. Any of the BOP staff members may previously have been in contact with inmates or other staff who are COVID-19 positive in the course of their normal duties. In addition, a large number of these individuals will have traveled from different parts of the country, where they may have been exposed to one of many COVID-19 "hot spots" or may have been exposed to COVID-19 through air travel.

59.     Events, such as the execution described above, therefore pose added risk of COVID-19 infection and spread of the virus.  They are referred to as "super-spreader events" and involve indoor gatherings with many people, like a religious service or birthday party.  On April 8, 2020, CDC reported on a cluster of 16 confirmed or probable cases of COVID-19, including three deaths, likely resulting from one introduction. CDC noted that family gatherings including a funeral and a birthday party likely facilitated transmission of SARS-CoV-2 in this cluster.  CDC concluded, "Together with evidence emerging from around the world these data shed light on transmission beyond household contacts, including the potential for super-spreading events."[52]

60.     The experience of one prison in Missouri, where the only execution to have taken place during the pandemic was conducted, is concerning. Missouri conducted an execution at

---

[51] Sarah Feldberg, *Is it safe to fly? Far-flung Bay Area families weigh coronavirus risk,* San Francisco Chronicle, June 20, 2020, https://www.sfchronicle.com/travel/article/Is-it-safe-to-fly-Far-flung-Bay-Area-families-15351374.php

[52] *Community Transmission of SARS-CoV-2 at Two Family Gatherings — Chicago, Illinois, February–March 2020*, Morbidity and Mortality Weekly Report (MMWR), April 17, 2020, 69(15);446–450, https://www.cdc.gov/mmwr/volumes/69/wr/mm6915e1.htm?s_cid=mm6915e1_w

17

a state prison in Bonne Terre on May 19.[53] Just one month later, that same facility reported a large COVID-19 outbreak, with at least 21 confirmed cases at the facility.[54]

61.     Given the current health crisis related to the COVID-19 pandemic, and the fact that COVID-19 has already been identified in the prison, with at least one inmate death, and the number of people required to travel to and attend the execution, it is my medical opinion that it is not safe for medically vulnerable individuals (as defined above) to attend an execution at USP Terre Haute.

**Conclusion**

62.     For the reasons above, it is my professional opinion that any individual entering the prison for legal or other types of visits or to witness an execution is at increased risk of COVID-19 infection. Those who are medically vulnerable, as a result of age, medical condition, or both, are at even greater risk if they were to become infected.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 1, 2020 in Alameda County, California.

_____
Dr. Joe Goldenson

---

[53] Erik Ortiz, Missouri holds nation's first execution during coronavirus pandemic, NBC News May 20, 2020, https://www.nbcnews.com/news/us-news/missouri-holds-nation-s-first-execution-during-coronavirus-pandemic-n1210646.

[54] Bobby Radford, *COVID-10 Outbreak Confirmed at Prison In Bonne Terre, Daily Journal Online*, June 19, 2020, https://dailyjournalonline.com/news/local/govt-and-politics/covid-19-outbreak-confirmed-at-prison-in-bonne-terre/article_c7222072-e242-513d-871a-c63a9c30cfbc.html.

18