# EXHIBIT F

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| WILLIAM P. BARR, in his official | ) | |
| capacity as the Attorney General of the | ) | |
| United States; MICHAEL CARVAJAL, in | ) | |
| his official capacity as the Director of the | ) | |
| Federal Bureau of Prisons; and T.J. | ) | |
| WATSON, in his official capacity as | ) | |
| Complex Warden for Terre Haute Federal | ) | |
| Correctional Complex, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DECLARATION OF ELIZABETH VARTKESSIAN, PH.D.

Elizabeth Vartkessian, Ph.D., pursuant to 28 U.S.C. § 1746(2), declares as follows:

1.     I am the founding Executive Director of Advancing Real Change, Inc. (ARC, Inc.) a national non-profit based in Baltimore, Maryland. ARC, Inc. provides mitigation investigation in capital and non-capital criminal cases. I have served as a mitigation specialist on Wesley Ira Purkey's capital defense team since October 2014.

2.     On July 25, 2019, Mr. Purkey was issued an execution warrant setting his execution date for December 13, 2019. On November 29, 2019, I received a letter from the Bureau of Prisons (BOP) informing me that I had been designated by Mr. Purkey as witness for his execution. Mr. Purkey's attorney, Michelle Law, and his long-time spiritual advisor, Rev. Seigen (aka Dale

Hartkemeyer), whom Mr. Purkey also designated as witnesses, told me they received the same letter in the mail.

3.      The letter did not provide much detail about the logistics related to attending the execution. For example, the letter indicated that I should arrive at the Vigo County Sheriff's parking lot on the day of the execution, but did not indicate a time. In the days leading up to the scheduled execution date, I asked the Director of Operations at ARC, Inc., Erin Fiaschetti, to obtain more information so that I could adequately prepare to travel from my home of Baltimore to Terre Haute, Indiana to be with Mr. Purkey. Exhibit 1 is a true and accurate copy of the letter I received as well as a Post-It note with the information Ms. Fiaschetti was able to obtain after speaking with Ms. Epplin from the BOP.

4.      Ms. Fiaschetti's notes indicate that witnesses were expected to arrive at the Vigo County Sheriff's office located at 201 Cherry St. in Terre Haute between 4 and 5 am and to bring the visitor's form mailed with the letter. I do not know why it was necessary to be present 3-4 hours in advance of the execution, which was set for 8 am.  Exhibit 2 is a true and accurate copy of the distance between the Sheriff's Office and the prison according to Google Maps, which amounts to a 10-minute drive.

I DECLARE PURSUANT TO 28 U.S.C. §1746(2) AND UNDER PENALTY OF PERJURY THAT THE FOREGOING FACTS ARE TRUE AND CORRECT.

DATED:  JUNE 30, 2020 _____

ELIZABETH VARTKESSIAN, PH.D.