# Exhibit 1

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

---

*Office of the Complex Warden*                    *Terre Haute, Indiana*

November 21, 2019

Elizabeth Vartessian
309 N Charles Street
Third Floor
Baltimore, MD 21201

Dear Elizabeth Vartessian:

Wesley Ira Purkey, Register Number 14679-045, has selected you to witness his execution, which is currently scheduled on December 13, 2019, at 8:00 a.m., at the Federal Correctional Complex, Terre Haute, Indiana.

You will be required to report to the Vigo County Sheriff's Office parking lot, where FCC Terre Haute staff will pick you up and transport you to FCC Terre Haute for processing.

You will be required to fill out a BP-A0660, Criminal History Check form, as well as a BP-A0224, Notification to Visitor form. The only items allowed on FCC Terre Haute grounds will be prescribed medication, religious material, and car keys.

In the event of changes to the scheduled execution you may contact Ms. Epplin, Acting Executive Assistant, 812-244-4400 or THA/ExecAssistant@bop.gov for further information. However, please note the Bureau of Prisons is not authorized to assume any travel related charges or fees you may incur.

Sincerely,

T.J. Watson
Complex Warden

*Arrive between 4+5 am*

*201 Cherry St.*
*47807*

*Bring visitor form with your per Ms. Epplin*

BP-A0224
+6/&

## NOTIFICATION TO VISITOR CDFRM

U.S. DEPARTMENT OF JUSTICE                     FEDERAL BUREAU OF PRISONS

Date: _____   Time: _____   Officer's  Name:

Institution: _____,_____   Location:

Name of Inmate To Be Visited: _____   Register No.: _____

### NOTICE TO ALL PERSONS: CONSENT TO SEARCH

Federal Bureau of Prisons (Bureau) staff may search you and your belongings (bags, boxes, vehicles, container in vehicles, jackets, coats, etc.) before you enter, or while you are on or inside, Bureau grounds or facilities.

Consent to Search Implied. By entering or attempting to enter Bureau grounds or facilities, you consent to being searched in accordance with Bureau policy and Federal regulations in volume 28 of the Code of Federal Regulations, Part 511. If you refuse to be searched, you may be prohibited from entering Bureau grounds or facilities.

### NOTICE TO ALL PERSONS: PROHIBITED ACTIVITIES AND OBJECTS

You are prohibited from engaging in prohibited activities or possessing prohibited objects on Bureau grounds, or in Bureau facilities, without the knowledge and consent of the Warden.  Violators may be detained or arrested for possible criminal prosecution, either by Bureau staff, or local or federal law enforcement authorities.

Prohibited Activities include any activities that could jeopardize the Bureau's ability to ensure the safety, security, and orderly operation of Bureau facilities, and protect the public, including, but not limited to, violations of Titles 18 and 21 of the United States Code, Federal regulations, or Bureau policies.

Prohibited Objects include, but are not limited to, weapons; explosives; drugs; intoxicants; currency; cameras of any type; recording equipment; telephones; radios; pagers; electronic devices; and any other objects that violate criminal laws or are prohibited by Federal regulations or Bureau policies.

PLEASE ANSWER THE FOLLOWING QUESTIONS:  Are any of the following items in your possession, or in possession of children in your party under 16 years of age?

| | | | | | |
|---|---|---|---|---|---|
| Tobacco Products | Yes | No | Narcotics | Yes | No |
| Explosives | Yes | No | Marijuana | Yes | No |
| Weapons | Yes | No | Camera | Yes | No |
| Ammunition | Yes | No | Food Items | Yes | No |
| Metal Cutting tools | Yes | No | Alcoholic Beverages | Yes | No |
| Recording Equipment | Yes | No | Prescription Drug* | Yes | No |
| Telephones-any type | Yes | No | Intoxicants | Yes | No |
| Radios | Yes | No | Pagers | Yes | No |
| Electronic Devices | Yes ____ | No ____ | Firearms | Yes ____ | No ____ |

*All types of medication carried must be listed in the following space, and must be left at the entry area:

I have read, I understand, and I agree to the above.  If I am visiting with an inmate, I also understand and agree to abide by the visiting guidelines provided me by this institution.  I declare that I do not have articles in my possession which I know to be a threat to institution safety, security, or good order.  I am aware that if I have questions about what is authorized, I should consult with the officer.  I am aware that the penalty for making a false statement is a fine of not more than $250,000 or imprisonment of not more than five years or both (pursuant to 18 U.S.C. § 1001).  I am aware that the visiting area, including restrooms in the visiting area, may be monitored to ensure institution security and good order.

Printed                                                              Name/Signature:

Street                          Address/City                and                        State:

Vehicle  License  No.: _____   Year,  Color,  Make  and  Model  of  Vehicle:

If visiting with an inmate, please complete the following:  Names of children under 16 years of age for whom I am responsible:

If not visiting with an inmate, please indicate:

Name of Organization: _____   Purpose of Visit: _____

Printed Name/Signature of Staff Witness: _____

FILE IN SECTION 3 UNLESS APPROPRIATE FOR PRIVACY FOLDER        # SECTION 3