# EXHIBIT G

Case 2:20-cv-00336-JMS-DLP   Document 6-30   Filed 07/02/20   Page 2 of 6 PageID #:
Case 1:19-mc-00145-TSC   Document 54   Filed 11/21/19   Page 1 of 3
USCA Case #19-5322   Document #1817391   Filed: 11/25/2019   Page 44 of 48

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

In the Matter of the Federal Bureau of
Prisons' Execution Protocol Cases,

LEAD CASE: *Roane et al. v. Barr*

THIS DOCUMENT RELATES TO:

*Bourgeois v. Barr*, *et al.*, 12-cv-0782
*Lee v. Barr, et al.*, 19-cv-2559
*Purkey v. Barr*, *et al.*, 19-cv-03214

No. 1:19-mc-00145-TSC

## DECLARATION OF RICK WINTER

I, Rick Winter, do hereby declare and state as follows:

1.    I am employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP"), as Regional Counsel for the BOP's North Central Region. I have held this position since October 2016. I have been employed by the BOP since 1994.

2.    The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3.    The BOP, under the supervision of the United States Marshals Service, is responsible for implementing federal death sentences.  See 18 U.S.C. § 3596(a); 28 C.F.R. Part 26. Currently, execution dates are in place for four inmates.  Specifically, Daniel Lewis Lee's execution is scheduled to occur on Dec. 9, 2019; Wesley Ira Purkey's execution is scheduled to occur on Dec. 13, 2019; Alfred Bourgeois' execution is scheduled to occur on Jan. 13, 2020; and Dustin Lee Honken's execution is scheduled to occur on Jan. 15, 2020.

4.    In advance of these dates, the BOP has been, and intends to continue, making necessary

A17

Case 2:20-cv-00336-JMS-DLP   Document 6-30   Filed 07/02/20   Page 3 of 6 PageID #:
Case 1:19-mc-00145-TSC   Document 54   Filed 11/21/19   Page 2 of 3
USCA Case #19-5322   Document #1817392   Filed: 11/25/2019   Page 45 of 48

arrangements.

5.      Such arrangements include the activation of the execution team, which consists of over 40 BOP staff members. These staff members will, by necessity, be removed from their normal duties, which include a wide range of correctional and administrative positions within the BOP.  Pursuant to the current operational plan, these staff members are scheduled to cease their normal duties  several days in advance of a scheduled execution, in order to give the team time to practice and prepare for their role in an execution.  In addition to the team members, a number of BOP administrators will be present as well, also ceasing their normal duties in the days in advance of an execution.  Logistical items such as travel, lodging and personal arrangements have already begun for the two execution dates in December.

6.      Additionally, the BOP plans to use contractors who have made themselves available and presumably have made any necessary arrangements for personal and work related matters based on the executions scheduled in December.

7.      Executions are scheduled to take place at the Federal Correctional Complex at Terre Haute, Indiana (FCC Terre Haute). Accordingly, FCC Terre Haute is also mobilizing personnel in preparation of the currently scheduled executions. In preparation, FCC Terre Haute has also been coordinating with federal, state, and local law enforcement agencies, some of whom have indicated their plans to send personnel to FCC Terre Haute to help maintain security for the currently scheduled executions.

8.      Approximately 200 FCC Terre Haute staff will serve as institution security and support during an execution. With its staff pulled away from their normal duties, FCC Terre Haute will not be able to operate under normal conditions. For example, due to expected staffing issues and changes in security procedures, FCC Terre Haute will not be able to prepare

A18

Case 2:20-cv-00336-JMS-DLP — Document 6-30 54 Filed 07/02/20 Page 4 of 6 PageID #:
Case 1:19-mc-00145-TSC Document 54 Filed 11/21/19 Page 3 of 3
USCA Case #19-5322 Document #1817393 Filed: 11/25/2019 Page 46 of 48

inmate meals in the ordinary fashion. Instead, the institution plans to prepare food in advance for its approximately 2,600 inmates. This alteration in meal preparation comes at a greatly increased cost to the BOP.

9. Additionally, FCC Terre Haute has made arrangements for specific needs related solely to an execution, for example contracting for buses which will be used to transport public demonstrators who wish to assemble.

10. Schedules for FCC Terre Haute staff members are currently being created, allocating staff based on current execution dates. For additional security and support, specialized BOP teams such as Special Operations Response Teams (SORT) and Disturbance Control Teams (DCT) will travel to FCC Terre Haute from other BOP institutions. These teams consists of approximately 50 individuals. Again, logistical arrangements such as travel and lodging have already begun for the current execution dates.

11. Additionally, BOP has made travel and lodging arrangements for the victims' family members to attend the December executions.

12. Any adjustment to the execution dates would require significant planning and coordination such as that which already has been undertaken by BOP to date.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 21st day of November, 2019.

Rick Winter
Federal Bureau of Prisons

A19

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

### A.     Parties and *Amici*

This is an appeal from a preliminary injunction of the U.S. District Court for the District of Columbia.

Appellants are the United States Department of Justice, William P. Barr, Uttam Dhillon, Nicole C. English, Kathleen M. Hawk-Sawyer, Jeffrey E. Krueger, Joseph McClain, T.J. Watson, and William E. Wilson.

Appellees are Alfred Bourgeois, Chadrick Evan Fulks, Cory Johnson, Daniel Lewis Lee, Wesley Ira Purkey, James H. Roane, Jr., Julius Robinson, and Richard Tipton. Intervenors for plaintiffs-appellees are Anthony Battle, Orlando Hall, Dustin Lee Honken, Jeffrey Paul, and Bruce Webster.

Plaintiffs appearing before the district court were Alfred Bourgeois, Chadrick Evan Fulks, Cory Johnson, Daniel Lewis Lee, Wesley Ira Purkey, James H. Roane, Jr., Julius Robinson, and Richard Tipton. Intervenor-plaintiffs appearing before the district court were Anthony Battle, Orlando Hall, Dustin Lee Honken, Jeffrey Paul, and Bruce Webster.

Defendants appearing before the district court were the United States Department of Justice, William P. Barr, Mark Bezy, Radm Chris A. Bina, John F. Caraway, Alan R. Doerhoff, Kerry J. Forestal, Eric H. Holder, Jr., Newton E. Kendig II, Jeffrey E. Krueger, Paul Laird, Harley G. Lappin, Michele Leonhart, Charles L.

A20

Lockett, Joseph McClain, Michael B. Mukasey, Charles E. Samuels, Jr., Karen Tandy, T.J. Watson, and Thomas Webster. Richard Veach appeared as intervenor-defendant.

There are no *amici*.

## B.    Rulings Under Review

Appellants seek review of the November 20, 2019 opinion and order of the district court (Chutkan, J.) granting a preliminary injunction barring the executions of Plaintiffs Bourgeois, Honken, Lee, and Purkey. The district court's opinion and order are reproduced at A1-A16. No official citation exists.

## C.    Related Cases

Appellants appeal from the district court's order in the consolidated case *In The Matter of The Federal Bureau of Prisons' Execution Protocol Cases*, No. 1:19-mc-145 (D.D.C.). The consolidated cases are: *Roane et al v. Gonzales et al*, No. 1:05-cv-2337 (D.D.C.); *Robinson v. Mukasey et al*, No. 1:07-cv-2145 (D.D.C); *Bourgeois v. United States Department of Justice et al*, No. 1:12-cv-782 (D.D.C); *Fulks v. United States Department of Justice et al*, No. 1:13-cv-938 (D.D.C.); *Lee v. Barr et al*, No. 1:19-cv-2559 (D.D.C.); and *Purkey v. Barr et al*, No. 1:19-cv-3214 (D.D.C.). One of those cases, *Roane et al v. Gonzales et al*, No. 05-cv-2337 (D.D.C.), was previously before this Court as *James Roane, et al v. Michele Leonhart, et al.*, No. 12-5020 (D.C. Cir.).

/s/ *Melissa N. Patterson*
Melissa N. Patterson

A21