# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

| | |
|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-00336-JMS-MJD |
| ) | |
| WILLIAM P. BARR, in his official ) | |
| capacity as the Attorney General of the ) | **[PROPOSED] ORDER GRANTING** |
| United States; MICHAEL CARVAJAL, in ) | **PRELIMINARY INJUNCTION** |
| his official capacity as the Director of the ) | |
| Federal Bureau of Prisons; and T.J. ) | |
| WATSON, in his official capacity as ) | |
| Complex Warden for Terre Haute Federal ) | |
| Correctional Complex, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On motion of Plaintiff and for good cause shown, the Court hereby GRANTS Plaintiff's application for preliminary injunctive relief.

Specifically, the Court **ORDERS** that:

(1) Defendants are enjoined from carrying out the execution of Wesley Purkey on July 15, 2020 and at any future date before a treatment or vaccine for COVID-19 is available, or until the threat to public health posed by the COVID-19 pandemic has otherwise passed; and

(2) Defendants are enjoined from scheduling a new execution date pending further order of the Court.

SO ORDERED.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE