**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| DALE HARTKEMEYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00336-JMS-MJD |
| | ) | |
| WILLIAM P. BARR, | ) | |
| MICHAEL CARVAJAL, | ) | |
| T. J. WATSON, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY FOR JULY 3, 2020**
**SETTING EMERGENCY TELEPHONIC STATUS CONFERENCE**
**CHIEF JUDGE JANE MAGNUS-STINSON**

The above cause is set for a counsel only telephonic status conference on **July 6, 2020 at 10:00 a.m.** Counsel in case 2:19-cv-00517-JMS-DLP Purkey v. Barr will also participate in this conference.

Call-in information for the telephonic status hearing will be provided by separate entry.

Date: 7/3/2020

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

David C. Fathi
NATIONAL PRISON PROJECT OF THE ACLU
dfathi@npp-aclu.org