**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| DALE HARTKEMEYER (AKA SEIGEN) | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-00336-JMS-MJD |
| | ) | |
| WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correctional Complex, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of David C. Fathi of the law firm

American Civil Liberties Union, seeking an Order granting Michelle Behrens of Ropes & Gray,

leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Dale

Hartkemeyer in the above-styled cause only.  Being fully advised, it is now ORDERED that the

motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

> Michelle Behrens
> ROPES & GRAY LLP
> 2099 Pennsylvania Avenue, N.W.
> Washington, D.C. 20006-6807
> Telephone: (202) 508-4600
> Fax: (202) 508-4650
> michelle.behrens@ropesgray.com

Dated: _____

_____
J.
United States District Court
Southern District of Indiana

Distribution List:

To all registered Counsel by CM/ECF


Via U.S. mail to the following:

T.J. Watson, Complex Warden
USP – Terre Haute
U.S. Penitentiary
4700 Bureau Road South
Terre Haute, IN 47802

William P. Barr, Attorney General
 U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Michael Carvajal
Acting Director Federal Bureau of Prisons
U.S. Department of Justice
320 First St., NW
Washington, DC 20534