**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-00336-JMS-MJD |
| | ) | |
| WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correctional Complex, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO APPEAR *PRO HAC VICE***
**FILED ON BEHALF OF ATTORNEY MARIA CALVET**

David C. Fathi of the American Civil Liberties Union Foundation, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Maria Calvet of Ropes & Gray LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff, Dale Hartkemeyer (aka Seigen Hartkemeyer) in the above-styled cause only.  In support of this motion, the undersigned states:

1.      The Certification of Maria Calvet, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2.      Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Maria Calvet leave to appear *pro hac vice* for purposes of this cause only.

Dated: July 3, 2020

Respectfully submitted,

/s/ *David C. Fathi*
David C. Fathi
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org

Not admitted in D.C.; practice limited to
federal courts

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2020, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

I further certify that a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

T.J. Watson, Complex Warden
USP – Terre Haute
U.S. Penitentiary
4700 Bureau Road South
Terre Haute, IN 47802

William P. Barr, Attorney General
 U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Michael Carvajal
Acting Director Federal Bureau of Prisons
U.S. Department of Justice
320 First St., NW
Washington, DC 20534

/s/ *David C. Fathi*
David C. Fathi
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org

# EXHIBIT A

## CERTIFICATION OF MARIA CALVET
## IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

In support of the Motion to Appear Pro Hac Vice filed on my behalf by David C. Fathi of the law firm American Civil Liberties Union Foundation, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am a partner with the law firm of Ropes & Gray LLP, 2099 Pennsylvania Avenue, N.W., District of Columbia, 20006.

2. I am admitted to practice and in good standing of the bar of the Commonwealth of Pennsylvania (2004).

3. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

4. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: July 3, 2020                               Respectfully submitted,


                                                  */s/ Maria Calvet*
                                                  Maria Calvet
                                                  ROPES & GRAY LLP
                                                  2099 Pennsylvania Avenue, N.W.
                                                  Washington, D.C. 20006-6807
                                                  Telephone: (202) 508-4600
                                                  Fax: (202) 508-4650
                                                  maria.calvet@ropesgray.com