# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

|  |  |
|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) )<br><br>      Plaintiff, )<br><br>      v. )<br><br>WILLIAM P. BARR, in his official )<br>capacity as the Attorney General of the )<br>United States; MICHAEL CARVAJAL, in )<br>his official capacity as the Director of the )<br>Federal Bureau of Prisons; and T.J. )<br>WATSON, in his official capacity as )<br>Complex Warden for Terre Haute Federal )<br>Correctional Complex, )<br><br>      Defendants. ) | Case No. 2:20-cv-00336-JMS-MJD |

## NOTICE OF PETITION FOR RECONSIDERATION OF RELATED RECENT OPINION

Plaintiff respectfully submits this Notice to alert the Court of the filing of an emergency petition for panel reconsideration and for reconsideration *en banc* of the stay of execution recently granted to Mr. Purkey by the U.S. Court of Appeals for the Seventh Circuit, filed by Respondents-Appellees in *Purkey v. United States*, No. 19-3318, Dkt. 38 (7th Cir. July 4, 2020). A copy of the emergency petition is attached hereto.

DATED:      July 5, 2020

                                             Respectfully submitted,

                                             /s/ *David C. Fathi*

Douglas Hallward-Driemeier*                  David C. Fathi***

Maria G. Calvet*
Michelle H. Behrens*
John T. Dey*
ROPES & GRAY LLP
2099 Pennsylvania Avenue NW
Washington D.C. 20006
Tel: (202) 508-4600
Douglas.Hallward-
Driemeier@ropesgray.com
Maria.Calvet@ropesgray.com
Michelle.Behrens@ropesgray.com
John.Dey@ropesgray.com

Daniel Mach**
Heather L. Weaver**
Jennifer Wedekind*
    AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org
dmach@aclu.org
hweaver@aclu.org
jwedekind@aclu.org

Cassandra Stubbs*
Amy Fly*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
201 W. Main St., Suite 402
Durham, NC 27701
(919) 688-4605
cstubbs@aclu.org
afly@aclu.org

*pro hac vice motion approved

**pro hac vice motion pending

***Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 5th day of July, 2020, I caused the foregoing to be filed electronically with the Clerk of the Court via CM/ECF, with all authorized parties being served electronically via CM/ECF.

I further certify that a copy of the foregoing document was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

T.J. Watson, Complex Warden
USP – Terre Haute
U.S. Penitentiary
4700 Bureau Road South
Terre Haute, IN 47802

William P. Barr, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Michael Carvajal
Acting Director Federal Bureau of Prisons
U.S. Department of Justice
320 First St., NW
Washington, DC 20534

/s/ *David C. Fathi*
David C. Fathi
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org