UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DALE HARTKEMEYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00336-JMS-MJD |
| | ) | |
| WILLIAM P. BARR, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Minute Entry for July 6, 2020 Status Conference**
**Hon. Jane Magnus-Stinson, Chief Judge**

Parties appeared by telephone for a status conference on July 6, 2020. Present for the plaintiff were counsel Amy Fly, Cassandra Stubbs, Daniel Mach, Heather L. Weaver, Jennifer Wedekind, John T. Dey, Maria Calvet, and Michelle Behrens. Present for the defendants was Assistant United States Attorney Shelese M. Woods.

The defendants shall have **until 6:00 p.m. on July 8, 2020**, to respond to the plaintiff's motion for preliminary injunction. The plaintiff shall have **until 6:00 p.m. on July 10, 2020**, to file a reply.

The defendants shall have **until 6:00 p.m. on July 8, 2020**, to file a motion to dismiss. The plaintiff shall have **until 6:00 p.m. on July 11, 2020**, to respond. The defendants shall have **until 12:00 noon on July 13, 2020**, to file a reply.

**IT IS SO ORDERED.**

Date: 7/6/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Michelle Behrens
ROPES & GRAY LLP
2099 Pennsylvania Ave. N.W.
Washington, CD 20006-6807

Maria Calvet
ROPES & GRAY LLP
2099 Pennsylvania Ave., N.W.
Washington, DC 20006-6807

John T. Dey
ROPES & GRAY LLP
2099 Pennsylvania Ave., N.W.
Washington, DC 20006-6807

David C. Fathi
NATIONAL PRISON PROJECT OF THE ACLU
dfathi@npp-aclu.org

Amy Fly
American Civil Liberties Union
201 W. Main St.
Suite 402
Durham, NC 27701

Douglas Hallward-Driemeier
ROPES & GRAY LLP
2099 Pennsylvania Ave., N.W.
Washington, DC 20006-6807

Daniel Mach
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005

Cassandra Stubbs
American Civil Liberties Union
201 W. Main St.
Suite 402
Durham, NC 27701

Heather L. Weaver
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005

Jennifer Wedekind
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov