UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

DALE HARTKEMEYER (AKA SEIGEN),    )
                                 )
                Plaintiff,       )
                                 )
        v.                       )        Cause No. 2:20-cv-00336-JMS-MJD
                                 )
WILLIAM P. BARR, in his official )
capacity as the Attorney General of the )
United States; MICHAEL CARVAJAL, in )
his official capacity as the Director of the )
Federal Bureau of Prisons; and T.J. )
WATSON, in his official capacity as )
Complex Warden for Terre Haute Federal )
Correctional Complex,            )
                                 )
                Defendants.      )

**MOTION TO AMEND BRIEFING SCHEDULE**

The Defendants William Barr, Michael Carvajal, and T.J. Watson, in their official capacities, respectfully request a slight modification to the Court's briefing schedule entered on July 6, 2020 (ECF No. 31) for the foregoing reasons:

1) After the 10:00 a.m. status conference, the undersigned counsel received a request from the Solicitor General of the United States to request from the Court an amendment to the briefing schedule. The Solicitor General expressed concern that, should the Court grant the Plaintiff's motion for preliminary injunction, there would not be sufficient time for the Defendants to seek appellate review or Supreme Court review of the decision before the scheduled execution date.

2) The undersigned was also notified that the Department of Justice does not intend to file a Motion to Dismiss simultaneously with its response to the Motion for Preliminary Injunction, but reserves the right to file a dispositive motion at a later

date pursuant to Rule 12 of the Federal Rules of Civil Procedure. Accordingly, the Defendants would like to advance the current preliminary injunction briefing schedule slightly as set forth below.

3) The undersigned counsel has conferred with Plaintiff's counsel regarding whether they consent to the proposed amendment to the briefing schedule. Plaintiff's counsel responded that they have been formulating a list of questions they would like answered before their Reply Brief is due. They will agree to the revised briefing schedule as proposed by the Defendants, unless the Defendants are not able to respond to the questions by the time they file their responsive materials. In that case, Plaintiff's counsel proposes the Reply Brief deadline remain as currently scheduled.

4) This motion is filed in good faith and not for purposes of delay. It in fact advances the current deadlines and provides Plaintiff's counsel the same amount of time to file the Reply Brief as set forth in the current schedule.

5) Accordingly, the Defendants request that the Court amend the deadlines for preliminary injunction briefing as follows:

   a. The Defendants will file their Response to the Plaintiff's Motion for Preliminary Injunction on July 6, 2020.

   b. The Plaintiff will file his Reply In Support of Motion for Preliminary Injunction on July 8, 2020.

WHEREFORE, the Defendants respectfully request that the Court grant their Motion to Amend Briefing Schedule and for all other just and proper relief.

JOSH J. MINKLER
United States Attorney


By:    _s/ Shelese Woods_____
Shelese Woods
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

s/ *Shelese Woods*
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333
(317) 226-6125 [Fax]