UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DALE HARTKEMEYER (AKA SEIGEN), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                                  ) | Cause No. 2:20-cv-00336-JMS-MJD |
| ) | |
| WILLIAM P. BARR, in his official ) | |
| capacity as the Attorney General of the ) | |
| United States; MICHAEL CARVAJAL, in ) | |
| his official capacity as the Director of the ) | |
| Federal Bureau of Prisons; and T.J. ) | |
| WATSON, in his official capacity as ) | |
| Complex Warden for Terre Haute Federal ) | |
| Correctional Complex, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION TO AMEND BRIEFING SCHEDULE**

The Defendants William Barr, Michael Carvajal, and T.J. Watson, in their official capacities, have filed a Motion to Amend the briefing schedule entered on July 6, 2020 (ECF No. 31). Having reviewed the motion and being duly advised, the Court hereby GRANTS the Motion and amends the briefing schedule as follows:

The Defendants will file their Response to the Plaintiff's Motion for Preliminary Injunction on July 6, 2020.

The Plaintiff will file his Reply In Support of Motion for Preliminary Injunction on July 8, 2020.

It is SO ORDERED.


Dated: _____                          _____
                                                                    Judge, U.S. District Court

Electronic service to counsel of record