IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DALE HARTKEMEYER (AKA SEIGEN), <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, in his official capacity as Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correction Complex, <br><br> Defendants. | Case No. 20-cv-00336-JMS-MJD |

## MOTION TO INTERVENE AS PLAINTIFFS

Proposed Intervenors Earlene Branch Peterson, Kimma Gurel, and Monica Veillette, (collectively, the "Intervenors"), by and through their undersigned counsel, hereby move to intervene as plaintiffs in this action as of right pursuant to Fed. R. Civ. P. 24(a)(2) or, alternatively, with the permission of Court pursuant to Fed. R. Civ. P. 24(b)(1). Intervenors have contemporaneously submitted a brief in support of the motion.

Intervenors are moving to intervene in this action as plaintiffs because they, as family members of the victims in the criminal case involving Daniel Lewis Lee, have been selected to attend Mr. Lee's scheduled execution on July 13, 2020. However, like Plaintiff Dale Hartkemeyer ("Hartkemeyer"), Intervenors' rights as witnesses are being subverted by the Government's insistence on scheduling Mr. Lee's execution during an exploding pandemic. As a result,

1

Intervenors are in an untenable position because they cannot exercise their rights as witnesses without putting their own lives in danger.

Intervenors should be granted intervention, as of right, under Fed. R. Civ. P. 24(a)(2) for the following reasons:

1. The motion is timely, in that it was filed only five days after this action began;

2. Intervenors have an interest in Hartkemeyer's claim that the defendants violated the Administrative Procedure Act ("APA") in setting execution dates in mid-July 2020 without considering the impact of the COVID-19 pandemic on execution attendees;

3. Intervenors' interest could be impaired by an adverse disposition of Hartkemeyer's APA claim.

4. Hartkemeyer may not adequately protect Intervenors' interest because he is differently situated (as a spiritual advisor as opposed to a witness), and he has a religious-based claim that Intervenors do not assert.

In the alternative, the Court should grant permissive intervention under Fed. R. Civ. P. 24(b)(1) because (1) Intervenors' claim shares common questions of law or fact with Hartkemeyer's APA claim; (2) the application is timely; and (3) this Court has independent jurisdiction over Intervenors' claim. In addition, judicial economy would be best served by having the Court decide the similar issues in one action, rather than in multiple actions, the latter of which would raise the possibility of inconsistent results. Finally, intervention would not have a detrimental impact on the existing parties. After intervention, both Hartkemeyer and the defendants would have the same ability to pursue their claims and defenses.

Intervenors have conferred with counsel regarding this motion. Counsel for Hartkemeyer have represented that they take no position on this motion. Undersigned also attempted to reach

2

opposing counsel but received no answer in time for this filing so is unable to represent the position of the Government on this motion at this at time.

WHEREFORE, Intervenors respectfully request that the Court allow for intervention as of matter of right under Fed. R. Civ. P. 24(a)(2) or, in the alternative, by permission under Fed. R. Civ. P. 24(b)(1).

Respectfully submitted,


/s/ H. Baker Kurrus

H. Baker Kurrus, PLLC
10816 Crestdale Lane
Little Rock, AR 72212
Phone: (501) 831-0325
Email:  Bkurrus@aol.com
Arkansas Bar No. 80082


*Counsel for Plaintiffs*

Date:   July 7, 2020

## CERTIFICATE OF SERVICE

I certify that on July 7, 2020, a copy of the foregoing Motion to Appear *Pro Hac Vice* was provided via ECF notification to all counsel of record.

  /s/ H. Baker Kurrus  

H. Baker Kurrus

H. Baker Kurrus, PLLC
10816 Crestdale Lane
Little Rock, AR 72212
(501) 831-0325