**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | |
|---|---|
| DALE HARTKEMEYER (AKA SEIGEN), <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, in his official capacity as Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correction Complex, <br><br> Defendants. | Case No. 2:20-cv-00336-JMS-DLP |

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE AS PLAINTIFFS**

Proposed Intervenors Earlene Branch Peterson, Kimma Gurel, and Monica Veillette (collectively, the "Intervenors") have moved to intervene as plaintiffs in this action pursuant to Fed. R. Civ. P. 24(a)(2), or alternatively, pursuant to Fed. R. Civ. P. 24(b)(1).

On the motion of Intervenors and for good cause shown, the Court hereby GRANTS the Motion to Intervene as Plaintiffs.

Dated: _____                                    _____

                                                              UNITED STATES DISTRICT JUDGE

1

## **CERTIFICATE OF SERVICE**

I certify that on July 7, 2020, a copy of the foregoing [Proposed Order] Granting Motion to Intervene as Plaintiffs was provided via ECF notification to all counsel of record.


/s/H. Baker Kurrus
H. Baker Kurrus


H. Baker Kurrus, PLLC
10816 Crestdale Lane
Little Rock, AR 72212
(501) 831-0325