AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:20-CV-00336-JMS-MJD |
| US ATTORNEY GENERAL WILLIAM P. BARR, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Father Mark O'Keefe, proposed Plaintiff-Intervenor                                        .

Date:     07/07/2020

/s/ Abigail A. Clapp
*Attorney's signature*

Abigail A. Clapp, #25444-45
*Printed name and bar number*

Greenberg Traurig, LLP
77 W. Wacker Dr., Suite 3100
Chicago, IL  60601

*Address*

clappa@gtlaw.com
*E-mail address*

(312) 476-5072
*Telephone number*

(312) 899-0393
*FAX number*