**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| DALE HARTKEMEYER (AKA SEIGEN), | : |
| | : |
| Plaintiff, | :   Case No. 2:20-CV-00336-JMS-MJD |
| | : |
| v. | : |
| | : |
| WILLIAM P. BARR, in his official capacity as | : |
| the Attorney General of the United States; | : |
| MICHAEL CARVAJAL, in his official capacity | : |
| as the Director of the Federal Bureau of Prisons; | : |
| and T.J. WATSON, in his official capacity as the | : |
| Complex Warden for the United States | : |
| Penitentiary, Terre Haute, | : |
| | : |
| Defendants. | : |
| | : |

**MOTION OF FATHER MARK O'KEEFE TO INTERVENE AS A PLAINTIFF**

Father Mark O'Keefe, a Roman Catholic priest and a member of the Order of St. Benedict

(Ordo Sancti Benedicti), respectfully moves to intervene as a plaintiff as of right under Rule

24(a)(2), or alternatively, for permissive intervention under Rule 24(b).  Counsel is informed that

Plaintiff takes no position on Father O'Keefe's request for intervention, and Defendants indicated

that they would likely oppose intervention.  The grounds for this Motion are set forth in more detail

in Father O'Keefe's accompanying Memorandum in Support of the Motion of Father Mark

O'Keefe to Intervene as a Plaintiff.  Attached as Exhibit A to the Memorandum is Father O'Keefe's

proposed Complaint and attached as Exhibit B is his supporting Declaration.

1

Dated:   July 7, 2020                   Respectfully submitted,

**PROPOSED PLAINTIFF INTERVENOR
FATHER MARK O'KEEFE, OSB**

By:      */s/  Abigail A. Clapp*

Abigail A. Clapp (Ind. Atty. No. 25444-45)
Greenberg Traurig, LLP
77 W. Wacker Dr., Ste. 3100
Chicago, IL   60601
Tel.     (312) 456-8400
Fax     (312) 899-0393
Email   ClappA@gtlaw.com

Edward C. Wallace*
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Tel:  (212) 801-9200
WallaceE@gtlaw.com

Michael M. Krauss*
Greenberg Traurig, LLP
90 South Seventh Street, Suite 3500
Minneapolis, MN  55402
Tel:  (612) 259-9700
KraussM@gtlaw.com

Kyle R. Freeny*
Greenberg Traurig, LLP
2101 L Street, N.W., Suite 1000
Washington, DC  20037
Tel:  (202) 331-3100
FreenyK@gtlaw.com

*_pro hac vice_ motion forthcoming

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2020, a copy of the foregoing **Motion of Father Mark O'Keefe to Intervene as a Plaintiff** was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

/s/ Abigail A. Clapp