UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DALE HARTKEMEYER (AKA SEIGEN),<br><br>    Plaintiffs,<br><br>  v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correction Complex,<br><br>    Defendants. | Case No. 2:20-cv-00336-JMS-DLP |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of H. Baker Kurrus, counsel for Monica Veillette, Kimma Gurel, and Earlene Branch Peterson, who are seeking to intervene as Plaintiffs in the above-captioned, for leave to appear and participate *pro hac vice* in the above-captioned cause only.

Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
H. Baker Kurrus
H. Baker Kurrus, PLLC
10816 Crestdale Lane
Little Rock, AR 72212
(501) 831-0325

Dated: _7/7/2020_

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution list:
To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
H. Baker Kurrus, PLLC
10816 Crestdale Lane
Little Rock, AR 72212
(501) 831-0325