**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | |
|---|---|
| DALE HARTKEMEYER, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BARR, in his official capacity as Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correction Complex, <br><br> Defendants. | Case No. 2:20-cv-00336-JMS-DLP |

## <u>DECLARATION OF H. BAKER KURRUS</u>

Pursuant to 28 U.S.C. § 1748, H. Baker Kurrus declares as follows:

1.      I am an attorney, authorized to practice law in the State of Arkansas,

and have been admitted to practice before this Court *pro hac vice*.

2.      Defendants in the above-captioned action have scheduled the

execution of Daniel Lewis Lee for Monday, July 13, 2020, six days from now.

3.      Mr. Lee was convicted and sentenced to death in Arkansas in 2002 for

crimes that resulted in the deaths of William and Nancy Mueller and Sarah Powell.

4.     I represent Earlene Branch Peterson, Kimma Gurel, and Monica Veillette, who are family members of the victims.

5.     My three clients wish to attend the execution of Mr. Lee as they have the right to do under law, and have been designated by the Defendants as witnesses to the execution.  However, as the pleadings filed earlier today explain in detail, they would face grave threat to their health if they travel now, in the midst of a raging and ever-growing pandemic.

6.     My client filed a motion earlier today to intervene in this case as plaintiffs and that motion is *sub judice*.  If the motion to intervene is granted, my clients will immediately seek to enjoin Defendants from proceeding with Mr. Lee's execution until the peril posed by COVID-19 abates, or a treatment or vaccine is developed that would protect them against its ravages.

7.     This matter is urgent because Mr. Lee's execution is scheduled for Monday and because, in light of the distances my clients live from Terre Haute, they would need to begin their travels no later than Sunday morning, July 12, 2020.

8.     In light of these exigent circumstances, I am attaching hereto my clients' proposed filings, which are a Motion for a Preliminary Injunction, along with Brief in support thereof, and Proposed Order.

9.     If the motion to intervene is granted, I will immediately e-file the above documents as final versions and separate documents.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on July 7, 2020, in Little Rock, Arkansas.

<u>/s/ H. Baker Kurrus</u>
H. Baker Kurrus