# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

|  |  |
|---|---|
| EARLENE BRANCH PETERSON, KIMMA GUREL, and MONICA VEILLETTE,<br><br>    Plaintiffs,<br><br>  v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correction Complex,<br><br>    Defendants. | Case No. 2:20-cv-00336-JMS-DLP |

## [PROPOSED] MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65(a) and S.D. Ind. L.R. 65-2(a), Plaintiffs Earlene Branch Peterson, Kimma Gurel, and Monica Veillette hereby move for a preliminary injunction prohibiting Defendants from carrying out the execution of prisoner Daniel Lewis Lee, scheduled to occur on July 13, 2020, at the United States Penitentiary in Terre Haute, Indiana (USP Terre Haute), until such time as treatment or a vaccine for COVID-19 is available or the current surge in the virus has receded or the threat to their health posed by the ongoing COVID-19 pandemic has otherwise abated.

For reasons explained in the accompanying Memorandum in Support, Plaintiffs are likely to succeed on the merits in this case and will suffer irreparable harm in the absence of a preliminary injunction. In addition, the balance of harms weighs in Plaintiffs' favor, and a preliminary injunction preserving their right to be present for Lee's execution, as recognized in

1

28 C.F.R. § 26.4 and pursuant to the Federal Bureau of Prisons Protocol,[1] is in the public

interest.

Respectfully submitted,

_____
H. Baker Kurrus, PLLC
10816 Crestdale Lane
Little Rock, AR 72212
Phone: (501) 831-0325
Email:  Bkurrus@aol.com
Arkansas Bar No. 80082
*Attorney for Plaintiffs*

Dated: July 7, 2020

---

[1] *See* Motion to Intervene, *Hartkemeyer v. Barr et. al*, No. 20-cv-00336-JMS-MJD, Doc. 35 (S.D. Ind. July 7, 2020), Exh. 1, ¶¶ 16-18.

2