**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | |
|---|---|
| EARLENE BRANCH PETERSON, KIMMA GUREL, and MONICA VEILLETTE,<br><br>        Plaintiffs,<br><br>   v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correction Complex,<br><br>        Defendants. | Case No. 2:20-cv-00336-JMS-DLP |

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

On motion of Plaintiffs and for good cause shown, the Court hereby GRANTS Plaintiffs' application for preliminary injunctive relief.

Specifically, the Court ORDERS that:

1)      Defendants are enjoined from carrying out the execution of Daniel Lewis Lee on July 13, 2020, and at any future date before a treatment or vaccine for COVID-19 is available, or the current surge in the virus has receded, or until the threat to Plaintiffs' health posed by the COVID-19 pandemic has otherwise abated; and

2)      Defendants are enjoined from scheduling a new execution date until further order of this Court.

SO ORDERED.


Dated: _____                                   _____
                                                          UNITED STATES DISTRICT JUDGE