**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| DALE HARTKEMYER (AKA SEIGEN), | : | |
| | : | |
| Plaintiff, | : | Case No. 2:20-CV-00336-JMS-DLP |
| | : | |
| v. | : | |
| | : | |
| WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as the Complex Warden for the United States Penitentiary, Terre Haute, | : | |
| | : | |
| Defendants. | : | |

**MOTION TO APPEAR *PRO HAC VICE***
**FILED ON BEHALF OF ATTORNEY MICHAEL M. KRAUSS**

Abigail A. Clapp of the law firm Greenberg Traurig, LLP, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Michael M. Krauss of Greenberg Traurig, LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of proposed intervenor plaintiff Father Mark O'Keefe in the above-styled cause only.  In support of this motion, the undersigned states:

1.  The Certification of Michael M. Krauss, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2.  Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Michael M. Krauss leave to appear *pro hac vice* for purposes of this cause only.

Dated:  July 8, 2020

Respectfully submitted,

By:     */s/  Abigail A. Clapp*

Abigail A. Clapp (Ind. Atty. No. 25444-45)
Greenberg Traurig, LLP
77 W. Wacker Dr., Ste. 3100
Chicago, IL   60601
Tel.     (312) 456-8400
Fax     (312) 899-0393
Email   ClappA@gtlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2020, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Michael M. Krauss was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

/s/ Abigail A. Clapp