**Exhibit A**

**Certification of Michael M. Krauss
In Support of Motion to Appear Pro Hac Vice**

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Abigail A. Clapp of the law firm Greenberg Traurig, LLP, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): States of Minnesota (2004) and New York (1997); United States District Courts for the District of Minnesota (2005), Southern District of New York (1998), Eastern District of New York (1998), Eastern District of Wisconsin (2012), Western District of Wisconsin (2013) and Central District of Illinois (2012).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated:  July 8, 2020

Respectfully submitted,

Michael M. Krauss
Greenberg Traurig, LLP
90 South Seventh Street, Suite 3500
Minneapolis, MN  55402
Tel:  (612) 259-9712
Fax:  (612) 677-3101
KraussM@gtlaw.com