**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| DALE HARTKEMYER (AKA SEIGEN), | : | |
| | : | |
| Plaintiff, | : | Case No. 2:20-CV-00336-JMS-DLP |
| | : | |
| v. | : | |
| | : | |
| WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as the Complex Warden for the United States Penitentiary, Terre Haute, | : : : : : : : | |
| | : | |
| Defendants. | : | |
| | : | |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Abigail A. Clapp of the law firm Greenberg Traurig, LLP, seeking an Order granting Kyle R. Freeny of Greenberg Traurig, LLP**,** leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Father Mark O'Keefe in the above-styled cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Kyle R. Freeny
Greenberg Traurig, LLP
2101 L Street, N.W.
Washington, DC  20037
Tel:  (202) 331-3100
FreenyK@gtlaw.com

Dated:  _____                    _____
                                          United States District Court
                                          Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail

      Kyle R. Freeny
      Greenberg Traurig, LLP
      2101 L Street, N.W.
      Washington, DC  20037