UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER<br>  a/k/a SEIGEN, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:20-cv-00336-JMS-DLP |
| WILLIAM P. BARR,<br>MICHAEL CARVAJAL,<br>T. J. WATSON, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| EARLENE PETERSON,<br>KIMMA GUREL,<br>MONICA VEILLETTE,<br>FATHER MARK OKEEFE, | ) ) ) ) ) ) | |
| Intervenor<br>Plaintiffs. | ) ) ) | |

## ORDER

This matter has come before the Court on motion of Michael M. Krauss of Greenberg Traurig, LLP, seeking an order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Father O'Keefe in the above-styled cause only, Dkt. [45]. Being fully advised, the Motion is hereby **GRANTED**.

Applicant's contact information should be entered as follows:

Michael M. Krauss
Greenberg Traurig, LLP
90 South Seventh Street, Suite 3500

Minneapolis, MN 55402
Tel: (612) 259-9712
Fax: (612) 677-3101
KraussM@gtlaw.com

Applicant shall register for electronic filing, as required by Local Rule 5-3,

within ten (10) days of the entry of this Order.

So ORDERED.


Date: 7/8/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana



Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

To PHV applicant via U.S. Mail:

Michael M. Krauss
Greenberg Traurig, LLP
90 South Seventh Street, Suite 3500
Minneapolis, MN 55402