UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

DALE HARTKEMEYER
   a/k/a SEIGEN,               )

       Plaintiff,         )

       v.             )    No. 2:20-cv-00336-JMS-DLP

WILLIAM P. BARR,
MICHAEL CARVAJAL,
T. J. WATSON,

       Defendants.    )

EARLENE PETERSON,
KIMMA GUREL,
MONICA VEILLETTE,
FATHER MARK OKEEFE,

       Intervenor    )
       Plaintiffs.   )

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE DORIS L. PRYOR**

This matter is set for a telephone status conference on July 8, 2020 at 11:30 a.m. (Eastern).   The purpose of the conference is to discuss case status.   Counsel shall attend the conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

  Date: 7/8/2020

_____
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email