UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER a/k/a SEIGEN, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:20-cv-00336-JMS-DLP |
| WILLIAM P. BARR, MICHAEL CARVAJAL, T. J. WATSON, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| EARLENE PETERSON, KIMMA GUREL, MONICA VEILLETTE, FATHER MARK OKEEFE, | ) ) ) ) ) ) | |
| Intervenor Plaintiffs. | ) ) | |

**ORDER**

This matter has come before the Court on motion of Kyle R. Freeny of Greenberg Traurig, LLP, seeking an order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Father O'Keefe in the above-styled cause only, Dkt. [46]. Being fully advised, the Motion is hereby **GRANTED**.

Applicant's contact information should be entered as follows:

Kyle R. Freeny
Greenberg Traurig, LLP
2101 L Street, N.W.

Washington, DC 20037
Tel: (202) 331-3100
FreenyK@gtlaw.com

Applicant shall register for electronic filing, as required by Local Rule 5-3,

within ten (10) days of the entry of this Order.

So ORDERED.


Date: 7/8/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana


Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

To PHV applicant via U.S. Mail:

Kyle R. Freeny
Greenberg Traurig, LLP
2101 L Street, N.W.
Washington, DC 20037