# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

|  |  |  |
|---|---|---|
| | ) | |
| DALE HARTKEMEYER (AKA SEIGEN) | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-00336-JMS-DLP |
| | ) | |
| WILLIAM P. BARR, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF RICK WINTER

I, Rick Winter, do hereby declare and state as follows:

1.    I am employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP"), as Regional Counsel for the BOP's North Central Region.  I have held this position since October 2016.  I have been employed by the BOP since 1994.

2.    The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3.    The BOP, under the supervision of the United States Marshals Service, is responsible for implementing federal death sentences.  *See* 18 U.S.C. § 3596(a); 28 C.F.R. Part 26.  The BOP undertakes its role in accordance with the BOP Execution Protocol, *see* ECF No. 33-1, Declaration of Rick Winter (July 7, 2020), Ex. A-1, unless the Director or his designee determines that deviation is required.  Daniel Lewis Lee is a condemned inmate whose execution is scheduled to occur on July 13, 2020, at the United States Penitentiary at Terre Haute, Indiana (USP Terre Haute).

4.    I am aware that Earlene Branch Peterson, Kimma Gurel, and Monica Veillette have been

1

designated as witnesses for purposes of the execution on July 13, 2020. 28 C.F.R. § 26.4(c)(4)(i).

5. The Government announced the re-scheduling of Mr. Lee's execution on June 15, 2020. Ms. Branch Peterson, Ms. Gurel, and Ms. Veillette were informed of that date shortly after it was publicly announced in order to begin their travel arrangements.

6. I am aware that in the above referenced lawsuit Ms. Branch Peterson, Ms. Gurel, and Ms. Veillette (Proposed Intervenors) seek to intervene as plaintiffs and allege that because of their age and health conditions, and because of the number of BOP staff members and other individuals expected to be present at the execution, they would be subject to an unacceptably high risk of exposure to COVID-19 if they choose to attend the execution.

7. However, despite the large number of individuals expected to be present at Mr. Lee's execution, Proposed Intervenors will have very limited interactions with the vast majority of them. There are also numerous mitigation measures in place to avoid the spread of COVID-19.

8. The Terre Haute Federal Correction Complex (FCC Terre Haute) consists of USP Terre Haute, as well as a Federal Correctional Institution (FCI Terre Haute) and a prison camp. Staff are required to pass a temperature check and symptom screening daily before being allowed on the grounds of FCC Terre Haute. All BOP staff are required to wear face masks. FCC Terre Haute will continue its screening procedures for all individuals arriving at the FCC.

9. If Proposed Intervenors choose to attend Mr. Lee's execution, they will have no interaction with any inmates or members of the public other than possible limited interaction with the rest of the witness group comprised of only the family members of Mr. Lee's victims.

10. As to their interaction with BOP employees, while the execution team consists of

approximately 40 BOP staff members, the vast majority of them have assignments in areas other than where Proposed Intervenors will be located.  Similarly, while approximately 100 BOP staff members and approximately 50 members of specialized teams will have various roles in the overall security of FCC Terre Haute, the vast majority will have duties which will not cause them to have any interaction with Proposed Intervenors.

11.    On the day of the execution, Proposed Intervenors will be picked up by BOP staff from a designated location off FCC Terre Haute grounds.  Passengers in the vehicle will include Proposed Intervenors and members of their immediate family. Upon being picked up, they will be given the opportunity to utilize Personal Protective Equipment ("PPE") in the form of a surgical face mask, gloves, a gown, and a plastic face shield.  BOP staff will be wearing face masks.  Proposed Intervenors will be escorted to FCC Terre Haute and through security to a staging area on FCC Terre Haute property.  At the staging area, they will have access to hand sanitizer and a restroom with a sink and hand soap.  The individuals at the staging area will include Proposed Intervenors, their immediate family members, three other witnesses from the family of Lee's victims and approximately four BOP staff members.  The staging area allows for ample social distancing.

12.    At the appropriate time, those witnesses who have chosen to witness the execution will be escorted to the execution facility witness room.  Of the three proposed intervenors, only Ms. Veillette has elected to do so.  She will be accompanied in the witness room by two additional witnesses, who will have access to PPE, and a small number of BOP staff, who will be wearing face masks.  Hand sanitizer will be available and the witnesses will have access to a sink with hand soap. Ms. Branch Peterson and Ms. Gurel have elected to remain in the staging area during the execution.

13.    At the conclusion of the execution, Ms. Veillette and the other witnesses in the execution

3

facility witness room will be escorted back to the staging area. Then the rest of their group will be picked up and the group will be escorted back to the designated area where they were initially picked up.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 8th day of July, 2020.

_____
Rick Winter
Federal Bureau of Prisons