UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 2:20-cv-00336-JMS-DLP |
| WILLIAM P. BARR, ET AL, | ) ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF RICK WINTER

I, Rick Winter, do hereby declare and state as follows:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP"), as Regional Counsel for the BOP's North Central Region. I have held this position since October 2016. I have been employed by the BOP since 1994.

2. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3. The BOP, under the supervision of the United States Marshals Service, is responsible for implementing federal death sentences. See 18 U.S.C. § 3596(a); 28 C.F.R. Part 26. The BOP undertakes its role in accordance with the BOP Execution Protocol, see ECF No. 33-1, Declaration of Rick Winter (July 7, 2020), Ex. A-1, unless the Director or his designee determines that deviation is required. Dustin Lee Honken is a condemned inmate whose execution is scheduled to occur on July 17, 2020, at the United States Penitentiary at Terre Haute, Indiana (USP Terre Haute).

4. I am aware that Father Mark O'Keefe has been designated by Mr. Honken as Mr. Honken's

spiritual advisor for purposes of the execution on July 17, 2020. 28 C.F.R. § 26.4(c)(3)(i). Mr. Honken has requested Father O'Keefe's presence before, during, and after the execution itself.  See attached BOP letter to Mr. Honken dated July 6, 2020.

5.   I am aware that Father O'Keefe seeks to intervene as a plaintiff in the above-referenced lawsuit, and alleges that because of his age and because of the number of BOP staff members, and other individuals that are expected to be present at the execution, he would be subject to a risk of exposure to COVID-19 if he chooses to attend Mr. Honken's execution as he believes is compelled by his religious obligation.

6.   I previously provided a declaration on July 6, 2020, see ECF No. 33, in which I described the precautions BOP is taking in light of COVID-19, as well as accommodations that will be made for Plaintiff Rev. Hartkemeyer in light of concerns similar to those of Father O'Keefe.

7.   The BOP will take the same precautions for Mr. Honken's execution as those described in my prior declaration, and will provide the same accommodations for Father O'Keefe as those described for Rev. Hartkemeyer in my prior declaration, with one addition:  in order for Father O'Keefe to provide Mr. Honken the Last Rites, he will be allowed to physically contact Mr. Honken in the holding cell of the execution facility.  Mr. Honken will be restrained at the time.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 8th day of July, 2020

Rick Winter (74)

Rick Winter
Federal Bureau of Prisons