**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | |
|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> WILLIAM P. BARR, in his official  ) <br> capacity as the Attorney General of the  ) <br> United States; MICHAEL CARVAJAL, in  ) <br> his official capacity as the Director of the  ) <br> Federal Bureau of Prisons; and T.J.  ) <br> WATSON, in his official capacity as  ) <br> Complex Warden for Terre Haute Federal  ) <br> Correctional Complex,  ) <br> ) <br> Defendants.  ) <br> ) | Case No. 2:20-cv-00336-JMS-DLP |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF 20 PAGES**

Plaintiff, by and through undersigned counsel, respectfully moves the Court for leave to file an over-length Reply Brief to Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction ("Reply Brief"). The length of the proposed filing will not exceed twenty-five (25) pages, excluding caption and signatures. Under the Southern District of Indiana Local Rules ("Local Rules"), reply briefs generally "may not exceed 20 pages." *See* S.D. Ind. L.R. 7-1(e)(1). The Local Rules permit the Court to allow a party to file a reply brief exceeding 20 pages "for extraordinary and compelling reasons." *Id.* at 7-1(e)(2). Such extraordinary and compelling reasons are present here due to the emergency nature of the briefing, the nature of the contested issues, and the expedited briefing schedule. Plaintiff files this brief against the deadline of an upcoming federal execution, which has required an expedited briefing schedule. Plaintiff

diligently attempted, but was unable to, reduce the length of his reply brief in the short time allotted.

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests that this Court grant this motion for leave to file an over-length Reply Brief.


Dated: July 8, 2020


                                                              Respectfully submitted,

                                                              /s/  *David C. Fathi*

Douglas Hallward-Driemeier                   David C. Fathi*
Maria G. Calvet                                       Daniel Mach
Michelle H. Behrens                                 Heather L. Weaver
John T. Dey                                             Jennifer Wedekind
ROPES & GRAY LLP                             AMERICAN CIVIL LIBERTIES UNION
2099 Pennsylvania Avenue NW                    FOUNDATION
Washington D.C. 20006                          915 15th Street NW
Tel:  (202) 508-4600                             Washington, DC 20005
Douglas.Hallward-Driemeier@ropesgray.com     (202) 548-6603
Maria.Calvet@ropesgray.com                   dfathi@aclu.org
Michelle.Behrens@ropesgray.com               dmach@aclu.org
John.Dey@ropesgray.com                        hweaver@aclu.org
                                             jwedekind@aclu.org

                                             Cassandra Stubbs
                                             Amy Fly
                                             AMERICAN CIVIL LIBERTIES UNION
                                                FOUNDATION
                                             201 W. Main St., Suite 402
                                             Durham, NC 27701
                                             (919) 688-4605
                                             cstubbs@aclu.org
                                             afly@aclu.org

                                              *Not admitted in D.C.; practice limited to
                                               federal courts


                                             *Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 8th day of July, 2020, I caused the foregoing to be filed electronically with the Clerk of the Court via CM/ECF, with all authorized parties being served electronically via CM/ECF.

/s/ *David C. Fathi*_____
David C. Fathi
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org