**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| | ) | |
| DALE HARTKEMEYER (AKA SEIGEN) | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-00336-JMS-DLP |
| | ) | |
| WILLIAM P. BARR, in his official | ) | |
| capacity as the Attorney General of the | ) | **[PROPOSED] ORDER GRANTING** |
| United States; MICHAEL CARVAJAL, in | ) | **PLAINTIFF'S MOTION FOR** |
| his official capacity as the Director of the | ) | **LEAVE TO FILE REPLY BRIEF IN** |
| Federal Bureau of Prisons; and T.J. | ) | **EXCESS OF 20 PAGES** |
| WATSON, in his official capacity as | ) | |
| Complex Warden for Terre Haute Federal | ) | |
| Correctional Complex, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On motion of Plaintiff and for good cause shown, the Court hereby GRANTS Plaintiff's

Motion for Leave to File Reply Brief in Excess of 20 pages.

SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE