# Exhibit A

# Nina H. Fefferman

http://feffermanlab.org

**Nationality:** United States of America
**Telephone**: 781 710 5025
**e-mail:** nina.h.fefferman@gmail.com

**Departments**: Ecology and Evolutionary Biology & Mathematics
**Address**: 447 Hesler Biology Building
University of Tennessee
Knoxville, TN 37996

## Education

| | |
|---|---|
| 2005 | PhD in Mathematical Biology from the Department of Biology, Tufts University. Advisor: J. Michael Reed |
| 2001 | MS in Mathematics from the Department of Mathematics, Rutgers University. Advisor: J. Beck |
| 1999 | AB in Mathematics from Princeton University |

## Positions

| | |
|---|---|
| 2020- | Associate Director, UT One Health Initiative, University of Tennessee, Knoxville |
| 2018- | Director, Mathematical Modeling Consulting Center, University of Tennessee, Knoxville |
| 2018 - | Professor, Depts. of Mathematics & Ecology and Evolutionary Biology, University of Tennessee, Knoxville |
| 2016 - 2018 | Associate Professor, Depts. of Mathematics & Ecology and Evolutionary Biology, University of Tennessee, Knoxville |
| 2015 - 2016 | Program Director, Graduate Program in Ecology and Evolution, Rutgers University |
| 2012 - 2016 | Associate Professor, Dept. of Ecology, Evolution, and Natural Resources, Rutgers University |
| 2011 - 2016 | Assistant/Associate Professor, School of Public Health, University of Medicine and Dentistry of New Jersey |
| 2008 - 2012 | Assistant Professor, Dept. of Ecology, Evolution, and Natural Resources, Rutgers University |
| 2007 - 2016 | Research Assistant/Associate Professor, The Center for Discrete Mathematics and Theoretical Computer Science, Rutgers University |
| 2005 - present | Co-Director, Tufts University Initiative for the Forecasting and Modeling of Infectious Disease (InForMID), Tufts University School of Medicine |
| 2005 - 2007 | Visiting Research Associate, Center for Discrete Math and Theoretical Computer Science (DIMACS), Rutgers University |
| 2005 | Short Term Visitor, School of Natural Sciences, Institute for Advanced Study |

## Honors/Awards

| | |
|---|---|
| 2019 | Invited Participant of the 11th.Triennial Invitational Choice Symposium |
| 2019 | Invited Performer/Participant, Stand Up Science – a public performance featuring stand-up comics and scientists discussing their work |
| 2017 | Invited Research Team Leader: AWM Women in Mathematical Biology Workshop |
| 2016 | Invited Speaker at the National Academy of Sciences Sackler Colloquium |
| 2015 | Coauthored an article chosen for the cover of *Phil Trans Roy Soc B* (issue 370.1665) |
| 2012 | Invited to Health Foo 2012 |

1

2011    Shared the Virginia Governor's Technology Award in the category of 'Cross-Boundary Collaboration in Modeling & Simulation' for our study 'Strategic Default in the Context of a Social Network: An Epidemiological Approach'.

2010    Speaker at TEDx Midatlantic

2009    Rutgers University Packard Fellow Nominee

2007    Coauthored an article chosen for the cover of *The Lancet Infectious Diseases* (vol. 7)

-    Invited to give 22 Keynote, Plenary, or Public Lectures (see Invited Talks for details), over three continents

## Media Coverage (interviews and coverage):

### Television/Online Video Broadcasts:

The Washington Post, 2020
BBC International, 2020
WBIR News, 2019
NJTV News, 2015
Discovery Channel "How Stuff Works" (Season 2: "Games Unboxed"), 2011
BBC World News Aug 21, 2007
CBS News Aug 22, 2007
Canada Television (CTV) Aug 21, 2007
AT&T Tech Channel Sept, 2007

### Radio Broadcasts:

NPR Marketplace, Mar 2020
NPR WUOT Knoxville, Mar 2017
PRI Studio 360, Sept 2016
New Tech City, WNYC, Oct 2014
PRI Studio 360, Sept 2014
PRI Studio 360, Jan 2013
BBC UK News, Aug 2007
National Public Radio Podcast "Science Friday", Sept 2007
AM900 CHML, Sept 2007
National Public Radio "All Things Considered", Oct 2005

### Print/Online Media (2005-present):

ABC News, ABS CBN News, ARS Technical, Canadian Press (via CBC), Cell, The Daily Mail (UK), The Daily Telegraph (Australia), The Economist, Forbes, Fox News, G1.com.br (Brazil), The Gist (Slate.com), O Globo (Brazil), Gazet Van Antwerpen (Belgium), La Jornada (Mexico), KevinMD, Knox News, Medical News Today, New Scientist, NU.nl (Netherlands), PC Gamer, Reuters, TIME, The Washington Post, Science News, Slate.com, the South African Star, Tech News World, Wired, Yahoo! Entertainment, You Made I *and many more…*

## Research Support

### *Active*

| | | | |
|---|---|---|---|
| 2020-2021 | $198,932 | NSF RAPID – DEB Coupled Social and Epidemiological Networks and COVID-19 | PI |
| 2020-2022 | $359,849 | DoD Minerva DECUR - The Topology of Interdependent Multi-Domain Behavioral Systems | PI |
| 2017-2022 | $138,964 | NSF IOS - Melding Mathematical and Theoretical | UT-PI |

2

Models of Stress

| | | | |
|---|---|---|---|
| 2017-2021 | $2,498,876 | NSF EEID – Co-evolutionary Epidemiology of Avian Malaria | UT-PI |

*Completed*

| | | | |
|---|---|---|---|
| 2018-2020 | $196,628 | SESYNC/NIMBioS Modeling Risk Perception, Vector-borne Diseases, and Environmental Integrity | PI |
| 2016-2019 | $99,938 | NSF EAGER – CISE – Distributed Anomaly Detection | PI |
| 2018-2019 | $2,000 | Haines Morris Grant – Internal UTK Competition | Co-PI |
| 2016-2018 | $50,000 | US - Israel Binational Science Foundation (BSF) | Co-PI |
| 2016-2018 | $190,000 | NSF RAPID – DEB – Modeling Zika Virus Control | PI |
| 2015-2018 | $292,804 | USFWS – White-Nose Syndrome Open Grant | Co-PI |
| 2015-2017 | $21,003 | NSF RAPID – Information & Intelligent Systems – Virtual Worlds and Experiential Learning | PI |
| 2016-2017 | $75,000 | US START Center – Leadership in Social Networks | PI |
| 2017 | $30,000 | Syngenta – Workshop Grant – Math of Agribusiness | Co-I |
| 2016-2017 | $100,000 | National Academies Keck Futures Initiative | Co-PI |
| 2015-2017 | $130,000 | NSF EAGER – DEB – Machine Learning for Co-Evolutionary Systems | Co-PI |
| 2012-2016 | $1,228,053 | Dept. of Homeland Security – CyberSecurity | PI |
| 2014-2016 | $100,000 | Dept. of Homeland Security – Next Generation Communications and Interoperability | Project PI |
| 2009-2016 | $275,000 | Dept. of Homeland Security – BioSecurity | Project PI |
| 2011-2014 | $3,853,332 | NSF EASM – Ocean Sciences – SocioEconomic Systems and Climate Change | Co-PI |
| 2011-2012 | $22,500 | UCDPER – Emergency Preparedness | Co-PI |
| 2010-2012 | $384,000 | Dept. of Homeland Security – Virtual Worlds and Experiential Education | Project PI |
| 2010-2011 | $99,944 | Dept. of Homeland Security – Self-Organizing Surveillance Systems | Project PI |
| 2010 | $22,500 | Dept. of Homeland Security – BioSecurity | Co-PI |
| 2009-2012 | $299,886 | NSF – DEB – ULTRA-Ex | Co-PI |
| 2009-2011 | $89,318 | UCDPER – Emergency Preparedness | PI |
| 2009-2010 | $10,000 | USDA CSREES Multi-State Research Fund – Vector-borne Disease Control | Co-I |
| 2008 | $99,990 | NIH NAID SBIR – Epidemiological Surveillance | PI |
| 2008 | $5,000 | Rutgers Climate and Environmental Change Initiative | PI |
| 2008 | $75,000 | Rutgers Academic Excellence Fellowship, Climate and Health Research Initiative | Co-I |
| 2007 | $22,500 | Dept. of Homeland Security – BioSecurity | PI |
| 2007 | $22,500 | Dept. of Homeland Security – BioSecurity | PI |
| 2006 | $5,000 | Tufts Summer Scholars Award – Epidemiology | PI |
| 2003-2004 | $42,000 | NIH R01 Supplement - Epidemiology | Co-PI |
| 2003-2004 | $1,500 | Tufts Institute of the Environment | Co-I |
| 2003 | $500 | MASI Student Travel Award | PI |
| 2003 | $1,500 | TIES Student Travel Award | PI |

## Consultancies

| | |
|---|---|
| 2020 | American Civil Liberties Union (ACLU) |

| | |
|---|---|
| 2020 | The State of Vermont, Department of Education |
| 2018 | Ogilvy |
| 2017-present | Humane Society International |
| 2009-present | US Centers for Disease Control |
| 2011-2012 | Research Institute for Housing America Trust Fund |
| 2006-2007 | New Jersey, Department of Corrections |
| 2004-2009 | NIH U19 (Center PI: Gorski) T-cell Mediated Immunity |
| 2004 | National Defense University |
| 2004 | DARPA |

## Participation in Research Centers

| Center | Position | Description of Role |
|---|---|---|
| NIMBioS *(National Institute for Mathematical and Biological Synthesis)* | Leadership Team | Active participant in working group, organizer of multiple tutorials, mentor for summer research experience for undergraduates, and founding director of the Mathematical Modeling Consulting Center |
| InForMID *(Tufts University Initiative for the Forecasting and Modeling of Infectious Diseases)* | Center Co-Director | Researcher and Administrative lead in the area of mathematical modeling of infectious disease epidemiology |
| CCICADA *(US Dept of Homeland Security Command, Control, and Interoperability Center for Advanced Data Analysis)* | Project PI | Principle Investigator into data analysis relating to social behavior in virtual/technologically enable environments, bio-security, and bio-inspired algorithms in cyber-security |
| DIMACS *(The Center for Discrete Mathematics and Theoretical Computer Science)* | Member | Active participant in working groups, collaborations, and conferences (including acting as organizer for multiple workshops/conferences/tutorials) in all areas of mathematical macrobiology |
| START *(US Dept of Homeland Security Center for the Study of Terrorism and Responses to Terrorism)* | Project PI | Principle Investigator working on understanding social behavior and algorithms driving the emergence of extremism and leadership in |

## Publications (peer reviewed):

*\* = a student or post-doctoral researcher advised by Fefferman during the research effort reported*

## Journal Articles:

Published or In Press

68. Lemanski*, N., S. Schwab, D. Fonseca, and N.H. **Fefferman**. (In press) Coordination Among Neighbors Improves the Efficacy of the Zika Control Despite Economic Costs. *PLoS Neglected Tropical Diseases.*

67. Wilson, S., S. Sindi, H. Brooks, M. Hohn, C. Price, A. Radunskaya, N. Williams, and N.H. **Fefferman**. 2020. How Emergent Social Patterns in Allogrooming Combat Parasitic Infections. *Frontiers in Ecology and Evolution*. 8:54.

66. DeNegre*, A., Myers*, K., and N.H. **Fefferman**. 2020. Impact of Strain Competition on Bacterial Resistance in Immunocompromised Populations. *Antibiotics*. 9(3):114

65. Myers*, K., A. Redere*, and N.H. **Fefferman**. 2020. How Resource Limitations and Household Economics May Compromise Efforts to Safeguard Children During Outbreaks. *BMC Public Health.* 20(1):1-14.

64. Suarez*, G., O. Udiani*, B. Allan, C. Price, S. Ryan, E. Lofgren, A. Coman, C. Stone*, L. Gallos*, and N.H. **Fefferman**. 2020. A Generic Arboviral Model Framework for Exploring Trade-offs Between Vector Control and Environmental Concern. *Journal of Theoretical Biology.* 490 (2020) 110161.

63. DeNegre*, A., Myers*, K., and N.H. **Fefferman**. 2020. Impact of Chemoprophylaxis Policy for AIDS-immunocompromised Patients on Emergence of Bacterial Resistance. *PLoS One*. 15(1): e0225861.

62. Gallos*, L., S. Havlin, G. Stanley, and N.H. **Fefferman**. 2019. Propinquity drives the emergence of network structure and density. *Proceedings of the National Academy of Sciences*. 116(41):20360-20365.

61. Stone*, C., S. Schwab*, D. Fonseca, and N.H. **Fefferman**. 2019. Contrasting the Value of Targeted vs. Area-Wide Mosquito Control Scenarios to Limit Arbovirus Transmission for Different Tropical Urban Population Centers. *PLoS Neglected Tropical Diseases.* 13.7: e0007479.

60. Myers*, K, A. DeNegre*, L.K. Gallos*, N. Lemanski*, A. Mayberry, A. Redere*, S. Schwab*, O. Stringham, & N.H. **Fefferman**. 2019. Dynamic Ad Hoc Social Networks in Improvised Intelligence / Counter-Intelligence Exercises: A Department of Homeland Security Red-Team Blue-Team Live-Action Roleplay. *Journal of Homeland Security and Emergency Management.* https://doi.org/10.1515/jhsem-2018-0027.

59. Suarez*, G.P., L.K. Gallos, and N.H. **Fefferman**. 2019. A Case Study in Tailoring a Bio-Inspired Cyber-Security Algorithm: designing anomaly detection for multilayer networks. *Journal of Cyber Security and Mobility*. 8(1):113-132.

58. DeNegre*, A., K. Myers*, M. Ndeffo, and N.H. Fefferman. 2019. Emergence of Antibiotic Resistance in Immunocompromised Host Populations. *PLoS One* 14 (2), e0212969.

57. Schwab*, S., C. Stone*, D. Fonseca, and N.H. **Fefferman**. 2019. (Meta)population Dynamics Determine Effective Spatial Distributions of Mosquito-Borne Disease Control. *Ecological Applications* 29(3): e01856.

56. Kebir*, A., N.H. **Fefferman**, and S.B. Miled. 2018. A general structured model of a hermaphrodite population. *Journal of Theoretical Biology.* 449:53-59.

55. Lemanski*, N.J. and N.H. **Fefferman**. 2018. Expanding the evolutionary theory of aging: honeybees as a test case for an optimal decision making model of senescence. *American Naturalist*. 191(6):756-766.

54. Schwab*, S., C. Stone*, D. Fonseca, and N.H. **Fefferman**. 2018. The importance of being urgent: the impact of surveillance target and scale on mosquito-borne disease control. *Epidemics*. 23:55-63.

5

53. Beckage, B., L. Gross, S. Metcalf, E. Carr, K. Lacasse, J. Winter, P. Howe, N. **Fefferman**, A. Zia, and T. Franck. 2018. Integrating human behavior and risk perception into a climate model. *Nature Climate Change.* 8:79–84.

52. Maslo, B., O. Stringham, A. Bevan, A. Brumbaugh, C. Sanders, M. Hall, and N.H. **Fefferman**. 2017. High Survival of Some Infected Bat Populations Veils a Persistent Extinction Risk from White-nose Syndrome. *Ecosphere.* 8(12):e02001.10.1002/ecs2.2001.

51. Stone*, C.M., S.R. Schwab*, D.M. Fonseca, N.H. **Fefferman**. 2017. Human movement, cooperation, and the effectiveness of coordinated vector control strategies. *Journal of the Royal Society Interface.* 14(133):20170336.

50. Lemanski*, N.J. and N.H. **Fefferman**. 2017. Coordination Between the Sexes Constrains the Optimization of Reproductive Timing in Honey Bee Colonies *Nature Scientific Reports.* 7:2740.

49. Egizi, A., N.H. **Fefferman**, and R. Jordan. 2017. Relative Risk of Infection with Ehrlichiosis Agents and Lyme Disease in an Area Where Both Vectors are Sympatric. *Emerging Infectious Diseases.* 23(6):939-945.

48. Greenbaum*, G. and N.H. **Fefferman**. 2017. Application of network methods for understanding evolutionary dynamics in discrete habitat. *Molecular Ecology.* DOI: 10.1111/mec.14059

47. Maslo, B., R. Valentin, K Leu, K Kerwin, A Bevan, G.C. Hamilton, N.H. **Fefferman**, and D.M. Fonseca. 2017. ChiroSurveillance: The Use of Native Bats to Detect Invasive Agricultural Pests. *PLoS One.* 12(3), e0173321.

46. Robinson*, O.J., O.P. Jensen, M.M. Provost, S. Huang, N.H. **Fefferman**, A. Kebir and J.L. Lockwood. 2017. Evaluating the vulnerability of sex-changing fish to harvest: A game-theoretic approach. *ICES Journal of Marine Science.* 74(3):652-659.

45. Gallos*, L., M. Korczynski*, and N.H. **Fefferman.** 2017. Anomaly Detection Through Information Sharing Under Different Topologies. *EURASIP Journal on Information Security.* 2017:5. DOI:10.1186/s13635-017-0056-5.

44. Maslo, B., S. Gignoux-Wolfsohn, and N.H. **Fefferman**. 2017. Success of Wildlife Disease Treatment Depends on Host Immune Response. *Frontiers in Ecology and Evolution*. 5(28).

43. Lofgren*, E., A. Egizi, and N.H. **Fefferman**. 2016. Patients as Patches: Ecology and Epidemiology in Healthcare Environments. *Infection Control and Hospital Epidemiology.* 37(12):1507-1512.

42. Korczynski*, M., A. Hamieh*, J. H. Huh, H. Holm, S. R. Rajagopalan, and N. H. **Fefferman**. 2016. Hive Oversight for Network Intrusion Early Warning Using DIAMoND: A Bee-Inspired Method for Fully Distributed Cyber Defense. *IEEE Communications Magazine* 54(6):60-67.

41. Gallos*, L. and N.H. **Fefferman.** 2015. Simple and efficient self-healing strategy for damaged complex networks. *Physical Reviews E.* 92(5):052806.

40. Kebir*, A., N.H. **Fefferman**, S. Ben Miled. 2015. Understanding hermaphrodite species through game theory. *Journal of Mathematical Biology.* 71(6-7):1505-1524.

39. Gallos*, L., and N.H. **Fefferman**. 2015. The Effect of Disease-Induced Mortality on Structural Network Properties. *PLoS One.* DOI: 10.1371/journal.pone.0136704

37. Burkhalter*, J.C., N.H. **Fefferman**, and J.L. Lockwood. 2015. The impact of personality on the success of prospecting behavior in changing landscapes. *Current Zoology.* 61:557-568.

36. Robinson*, O., J. Lockwood, O. Stringham*, and N.H. **Fefferman**. 2015. A Novel Tool for Making Policy Recommendations Based on PVA:Helping Theory Become Practice. *Conservation Letters.* 8(3):190-198.

6

35. **Fefferman**, N.H. and E.N. Naumova. 2015. Dangers of vaccine refusal near the herd immunity threshold: a modelling study. *Lancet Infectious Diseases*. S1473-3099(15)70130-1

34. Maslo, B. and N.H. **Fefferman.** 2015. A Case Study of Bats and White-Nose Syndrome Demonstrating How to Model Population Viability with Evolutionary Effects. *Conservation Biology*. 29(4):1176-1185. DOI: 10.1111/cobi.12485.

33. Parham, P E. J. Waldock, G.K. Christophides, D. Hemming, F. Agusto, K. J. Evans, N.H. **Fefferman**, H. Gaff, A. Gumel, S. LaDeau, S. Lenhart, R.E. Mickens, E. Naumova, R. Ostfeld, P. Ready, M. Thomas, J. Velasco-Hernandez, E. Michael. 2015. Climate, Environmental, and Socioeconomic Change – Weighing up the Balance in Vector-Borne Disease Transmission. *Philosophical Transactions of the Royal Society B*. 370.1665 (2015): 20130551.

32. Egizi, A., N.H. **Fefferman**, and D. M. Fonseca. 2015. Evidence that implicit assumptions of "no evolution" of disease vectors in changing environments can be violated on a rapid timescale. *Philosophical Transactions of the Royal Society B*. 370.1665 (2015): 20140136.

31. Greening*, B., N. Pinter-Wollman, and N.H. **Fefferman**. 2015. Higher-Order Analysis of Information Sharing and Knowledge Capacity in Animal Social Groups *Current Zoology*. 61(1): 114–127.

30. Gallos*, L. and N.H. **Fefferman.** 2014. Revealing effective classifiers through network comparison. *Europhysics Letters*. 108(3): 38001.

29. Lofgren*, E.T., R.W. Moehring, D.J. Anderson, D.J. Weber, and N.H. **Fefferman**. 2014. A Mathematical Model to Evaluate the Routine Use of Fecal Microbiota Transplantation to Prevent Incident and Recurrent *Clostridium difficile* Infection. *Infection Control and Hospital Epidemiology*. 35(1):18-27.

28. Greening*, B. and N.H. **Fefferman**. 2014. Evolutionary Significance of the Role of Family Units in a Broader Social System. *Nature Scientific Reports*. 4: 3608

27. Seiler, M.J., Collins, A.J., and N.H. **Fefferman**. 2013. Strategic Mortgage Default in the Context of a Social Network: An Epidemiological Approach. *Journal of Real Estate Research* 35(4).

26. Robinson*, O.J., N.H. **Fefferman**, and J.L. Lockwood. 2013. How to effectively manage invasive predators to protect their native prey. *Biological Conservation* 165: 146-153.

25. **Fefferman,** N.H., and L.M. Romero. 2013. Can physiological stress alter population persistence? A model with conservation implications. *Conservation Physiology*. 1(1): cot012. doi: 10.1093/conphys/cot012

24. Moorthy, M., D. Castronovo, A. Abraham, S. Bhattacharyya, S. Gradus, J. Gorski, Y.N. Naumov, N.H. **Fefferman**, and E.N. Naumova. 2012. Deviations in influenza seasonality: odd coincidence or obscure consequence? *Clinical Microbiology and Infection*. 18(10):955-962.

23. Hock*, K. and N.H. **Fefferman**. 2012. Social organization patterns can lower disease risk without associated disease avoidance or immunity. *Ecological Complexity*. 12:34–42.

22. Hock*, K. and N.H. **Fefferman**. 2011. Violating Social Norms when Choosing Friends: How Rule-Breakers Affect Social Networks. *PLoS One.* 2011; 6(10): e26652

21. Hock*, K. and N.H. **Fefferman**. 2011. Extending the role of social networks to study social organization and interaction structure of animal groups. *Annales Zoologici Fennici*. 48(6):365-370.

20. Kafai, Y.B. and N.H. **Fefferman**. 2010. Virtual Epidemics as Learning Laboratories in Virtual Worlds. *Journal of Virtual Worlds Research.* 3(2):2-15.

19. Hock*, K., K.L. Ng, and N.H. **Fefferman**. 2010. Systems approach to studying animal sociality: individual position versus group organization in dynamic social network models. *PLoS One.* 5(12): e15789.

18. **Fefferman,** N.H. and E.N. Naumova. 2010. Innovation in Observation: A Vision for Early Outbreak Detection. *Emerging Health Threats.* 3:e6. doi: 10.3134/ehtj.10.006

17. Lofgren*, E.T., J.B. Wenger, N.H. **Fefferman**, D. Bina, S Gradus, S. Bhattacharyya, Y.N. Naumov, J. Gorski, E.N. Naumova. 2010. Disproportional Effects in Populations of Concern for Pandemic Influenza: Insights from Seasonal Epidemics in Wisconsin, 1967-2004. *Influenza and Other Respiratory Diseases.* 4:205-212.

16. Phan, L., N.H. **Fefferman,** D. Hui, and D. Brugge. 2010. Impact of Street Crime on Boston Chinatown. *Local Environment*. 15(5):481-491.

15. Reed, J.M., N.H. **Fefferman**, and R.C. Averil-Murray. 2009. Vital Rate Sensitivity Analysis and Management Implications for Desert Tortoise. *Biological Conservation*. 14(12): 2813-3222.

14. Wilson-Rich, N., Spivak, M., **Fefferman**, N.H., Starks, P.T. 2009. Genetic, Individual, and Group Facilitation of Disease Resistance in Insect Societies. *Annual Reviews of Entomol*ogy. 54:405-23.

13. **Fefferman**. N.H. 2008. Biological Experimentation *in silico*. *Annales Zoologici Fennici,* 45: 367-368.

12. Lofgren*, E., M. Senese*, J. Rogers* and N.H. **Fefferman**. 2008. Pandemic Preparedness Strategies for School Systems: Is Closure Really the Only Way? *Annales Zoologici Fennici,* 45: 449-458.

11. **Fefferman**, N.H. and K.L. Ng*. 2007. How Disease Models on Static Graphs Fail to Approximate Epidemics in Shifting Social Networks. *Physical Review E*. 76:031919. (*This article was selected for reprinting by the Virtual Journal of Biological Physics Research 2007)*

10. Lofgren*, E. and N.H. **Fefferman**. 2007. The Untapped Potential of Virtual Game Worlds to Shed Light on Real World Epidemics. *The Lancet Infectious Diseases.* 7:625–629. *(article content was the cover of the journal)*

9. Lofgren*, E., N.H. **Fefferman**, Y.N. Naumov, J. Gorski and E.N. Naumova. 2007. Influenza Seasonality: Underlying Causes and Modeling Theories. *Journal of Virology*, 81(11):5429-5436.

8. Lofgren*, E., N.H. **Fefferman**, M. Doshi and E.N. Naumova. 2007. Assessing Seasonal Variation in Multisource Surveillance Data: Annual Harmonic Regression. *Lecture Notes in Computer Science.* BioSurveillance 2007. eds D. Zeng et al. 4506:114-123.

7. **Fefferman**, N.H. and K.L Ng*. 2007. The role of individual choice in the evolution of social complexity. *Annales Zoologici Fennici*, 44:58-69.

6. **Fefferman**, N.H., J.F.A. Traniello, R.B. Rosengaus and D.V. Calleri. 2007. Disease Prevention and Resistance in Social Insects: Modeling the Survival Consequences of Immunity, Hygienic Behavior and Colony Organization. *Behavioral Ecology and Sociobiology*, 61:565-577.

5. Starks, P.T.B. and N.H. **Fefferman**. 2006. Polistes Nest Founding Behavior: a Model for the Selective Maintenance of Alternative Behavioral Phenotypes. *Annales Zoologici Fennici*, 43:456-467.

4. **Fefferman**, N.H., and E.N. Naumova. 2006. Combinatorial Decomposition of an Outbreak Signature. *Mathematical Biosciences*, 202(2):269-287.

3. **Fefferman**, N.H. and J.M. Reed. 2006. A Vital Rate Sensitivity Analysis that is Valid for Non-Stable Age Distributions and for Short-Term Planning. *The Journal of Wildlife Management*, 70(3):649-656.

2. **Fefferman**, N.H., and P.T.B. Starks. 2006. A Modeling Approach to Swarming in Honey Bees. *Insectes Sociaux*, 53(1):37-45.

1. **Fefferman**, N.H., E.A. OʹNeil, and E.N. Naumova. 2005. Confidentiality vs Confidence: The aggravation of aggregation as a remedy in public health. *Journal of Public Health Policy,* 26(4):430-449.

Under Review:

10. **Fefferman**, N.H., E.T. Lofgren, N. Li, P. Blue, D.J. Weber, and A.A. Yakubu. Fear, Access, and the Real-Time Estimation of Etiological Parameters for Outbreaks of Novel Pathogens. (Under Review)

9. **Fefferman,** N.H. and O. Udiani. Workforce Training, Deployment, Protection, and Management in the Wake of a Pandemic. (Under Review).

8. Lofgren, E. K. Lum, A. Horowitz, B. Madubuonwu, K. Myers, and N. H. **Fefferman**. The Epidemiological Implications of Jails for Community, Corrections Officer, and Incarcerated Population Risks from COVID-19. (Under Review).

7. Feinberg, F., A. Patania, B. McShane, B. Falk, D. Larremore, E. Feit, J. Helveston, M. Small, M. Braun, N. **Fefferman**, and E. Bruch. A Framework for Studying Choices in Networks. (Under Review)

6. Beckage, B., K. Lacasse, J.M. Winter, N.H. **Fefferman**, F.M. Hoffman, L.J. Gross, S.S. Metcalf, T. Franck, E. Carr, A. Zia, and A. Kinzig. The Earth has humans, so why don't our climate models? (Under Review)

5. Udiani*, O., K. Lacasse, A. Zia, L. Gallos*, P. Zhong*, B. Beckage, E. Carr, T. Franck, L. Gross, F. Hoffman, P. Howe, A. Kinzig, S. Metcalf, J. Winter, and N.H. **Fefferman**. Recruitment and Mobilization for Social Movements: implications from network modeling. (Under Review)

4. Udiani*, O., and N.H. **Fefferman**. Could the Need for Rest Provide a Pathway for the Evolution of Division of Labor in Social Species? (Under Review)

3. Gignoux-Wolfsohn, S.A., Pinsky, M.L., Kerwin, K., Herzog, C., Hall, M., Bennett, A.B., **Fefferman**, N.H. and Maslo, B., Genomic signatures of evolutionary rescue in bats surviving white-nose syndrome. (Under Review)

2. Udiani*, O. and N.H. **Fefferman**. Has disease risk shaped the evolution of social complexity in insect societies? (Under Review)

1. Siewe*, N., B. Greening*, and N.H. **Fefferman**. The Potential Role of Asymptomatic Infection in Outbreaks of Emerging Pathogens (Under Review)

## **Book Chapters:**

Published or In Press

10. **Fefferman**, N.H. When to Turn to Nature-Inspired Solutions for Cyber Systems. 2019. *in* Nature-Inspired Security and Resilience. eds. Eltoweissy, Elalfy, Fulp, and Mazurczyk. pp 29-50. The Institution of Engineering and Technology, London, UK.

9. Price, C.R. and N.H. **Fefferman**. 2019. A Preliminary Exploration of the Professional Support Networks the EDGE Program Creates. *in* A Celebration of the EDGE Program's Impact on the Mathematics Community and Beyond (pp. 317-325). Springer, Cham.

8. Brooks. H.Z., M.E. Hohn, C. Price, A.E. Radunskaya, S.S. Sindi, N.D. Williams, S.N. Wilson, N.H. **Fefferman**. 2018. Mathematical Analysis of the Impact of Social Structure on Ectoparasite Load in Allogrooming Populations. *in* Understanding Complex Biological Systems with Mathematics eds. A. Radunskaya, R. Segal, B. Shtylla. Association for Women in Mathematics Series, vol 14. pp 47-61. Springer

7. Williams, N.D., H.Z. Brooks, M.E. Hohn, C. R. Price, A.E. Radunskaya, S.S. Sindi, S.N. Wilson, and N. H. **Fefferman**. 2018. How Disease Risks Can Impact the Evolution of Social Behaviors and Emergent Population Organization. *in* Understanding Complex Biological Systems with Mathematics eds. A. Radunskaya, R. Segal, B. Shtylla. Association for Women in Mathematics Series, vol 14. pp 31-46. Springer

6. Korczynski*, M., A. Hamieh*, J.H. Huh, H. Holm, S. R. Rajagopalan, and N.H. **Fefferman**. 2017. DIAMoND: Distributed Intrusion/Anomaly Monitoring for Nonparametric Detection (invited extended version). *in* Security, Privacy and Reliability in Computer Communications and Networks. eds. K. Sha, A Striegel, and M Song. River Publishers Series in Communications. River Publishers.

5. **Fefferman**, N.H. and L.M. Fefferman. 2011. Mathematical Macrobiology: An Unexploited Opportunity in High School Education. *in* Biomath in the Schools. eds. M.B. Cozzens, and F.S. Roberts. DIMACS Series in Discrete Mathematics and Theoretical Computer Science. Vol 76. American Mathematical Society.

4. Jagai, J., N.H. **Fefferman** and E.N. Naumova. 2011. Waterborne Disease Surveillance. *in* Encyclopedia of Environmental Health. eds. J. Nriagu, S. Kcew, T. Kawamoto, J. Patz, and D. Rennie. Elsevier Science. 1st edition

3. Ji, S., W.A. Chaovalitwongse, N.H. **Fefferman**, W. Yoo, and J.E. Perez-Ortin. 2009. Mechanism-based Clustering of Genome-wide RNA Levels: Roles of Transcription and Transcript-Degradation Rates. *in* Clustering Challenges in Biological Networks. eds. S. Butenko, P.M. Pardalos, and W.A. Chaovalitwongse. World Scientific Publishing Company.

2. **Fefferman**, N.H. and J.F.A. Traniello. 2008. Social Insects as Models in Epidemiology: Establishing the Foundation for an Interdisciplinary Approach to Disease and Sociality. *in* Organization of Insect Societies: From Genome to Sociocomplexity eds J. Gadau and J. Fewell. Harvard University Press

1. MacLeod, N., N. Ortiz, N.H. **Fefferman**, W. Clyde, C. Schulter, and J. MacLean. 2000. Phenotypic Response of Foraminifera to episodes of global environmental change. *in* Biotic Response to Global Change. eds S.J. Culver and P. Rawson. Cambridge University Press

## Edited Volumes:

1. **Fefferman**, N.H. (Ed.) (2008) *Annales Zoologici Fennici* 45(5)

## Peer Reviewed Contributed Conference Papers:

8. Suarez*, G.P., L.K. Gallos, and N.H. **Fefferman**. 2018. A Case Study in Tailoring a Bio-Inspired Cyber-Security Algorithm: designing anomaly detection for multilayer networks. *2018 IEEE Security and Privacy Workshops (SPW)*. IEEE, 2018.

7. Fields, D. A., Kafai, Y. B., Giang, M. T., **Fefferman**, N., & Wong, J. 2017. Plagues and people: Mass community participation in a virtual epidemic within a tween online world. *Proceedings of the 12th International Conference on the Foundations of Digital Games.* DOI: 10.1145/3102071.3102108

6. Kafai, Y. B., Fields, D. A., Giang, M. T., **Fefferman**, N., Sun, J., Kunka, D., & Wong, J. 2017. Designing for massive engagement in a tween community: Participation, prevention, and philanthropy in a virtual epidemic. In *Interaction Design & Children Conference*. New York: ACM, 365-370. ISBN: 978-1-4503-4921-5

5. Fields, D. A., Kafai, Y. B., Giang, M. T., **Fefferman**, N., & Wong, J. 2017. The Dragon Swooping Cough: Mass community participation in a virtual epidemic within a tween online world. *In* B. Smith, M. Borge, E. Mercier & K. Y. Lim (*Eds.*) *Proceedings of the 12th International Conference*

10

*on Computer Supported Collaborative Learning,* Volume 2 (pp. 865-866). Philadelphia, PA: International Society of the Learning Sciences.

4. Fields, D. A., Kafai, Y. B., Sun, J., **Fefferman**, N., Ellis, E., DeVane, B., Giang, M. T., & Wong, J. 2016. The great dragon swooping cough: Stories about learning designs in promoting participation and engagement with a virtual epidemic. *In* Barany, A., Slater, S., & C. Steinkuehler *(Eds.), Proceedings of the Games + Learning + Society (GLS) 12.0 Conference* (pp. 419-424). Pittsburgh, PA: ETC Press.

3. Verma, S., A. Hamieh\*, J. H. Huh, H. Holm, S. R. Rajagopalan, M. Korczynski\*, and N. H. **Fefferman**. 2016. Stopping Amplified DNS DDoS Attacks Through Query Rate Sharing Between DNS Resolvers, to appear in the International Conference on Availability, Reliability and Security (ARES). (Note: this is the proceeding of a conference, not a journal, but is equivalent to journal publication for the field of computer science, however in keeping with the conventions of Biology, Fefferman is last author as PI on the sponsoring grant that funded the research.)

2. Korczynski\*, M., A. Hamieh\*, J.H. Huh, H. Holm, S. R. Rajagopalan, and N.H. **Fefferman**. 2015. DIAMoND: Distributed Intrusion/Anomaly Monitoring for Nonparametric Detection. *CCCN 2015: 24th International Conference on Computer Communications and Networks, IEEE, 2015*. (Note: this is the proceeding of a conference, not a journal, but is equivalent to journal publication for the field of computer science, however in keeping with the conventions of Biology, Fefferman is last author as PI on the sponsoring grant that funded the research.)

1. **Fefferman**, N.H., J. Jagai, and E.N. Naumova. 2004. Two - Stage Wavelet Analysis Assessment of Dependencies in Time Series of Disease Incidence. *Proceedings of the 2004 Conference of the International Environmetrics Society*

## Research Mentoring

(**bold = current**)

Undergraduate Researchers:

Shyretha Brown, Danika Chari, Kaige Chen, Ian Clark, Liz Davis, Anne Eaton, Taylor Eisenstein, Brandon Grandison, Derek Hansen, David Haycraft, John Huffman, Ana Kilgore, John Kim, Edward Lee, Somair Malik, Andrew McConvey, Jeffrey Mandell, Zain Paracha, Luke Postle, Lauren Prince, Asya Pritsker, Cathy Reis, Jeremiah Rogers, Bolanle Salaam, Nicole Scholtz, Margaret Senese, Joshua Smith, Andrew Sohn, Kim Stanek, Johanna Tam, Colleen Thiersch, Elena Tsvetkova, Barton Willage, Immanuel Williams, Nakeya Williams, Barry Walker, Hannah Yin, Yi Ming Yu, Yongqing Yuan, Stefanie Yuen, James Xue, Bobby Zandstra

Graduate Researchers:

*(Committee Member, or Advisor for work on funded research projects – not primary dissertation advisor; \* = special case)*

Kevin Aagard, Emma Bell, Carissa Bleker, Curtis Burkhalter, Jordan Bush, Huilan Chang, Erick Chastain, Fnu Eric Ngang Che, **Brittany Coppinger***,* Ashley Crump, Kathyrn Fair, Alison Golinski, **Stephen Grady,** Gili Greenbaum, Candice JeanLouis, **Hwayoung Jung,** Ariel Kruger, Di Li, Eric Lofgren\*, Nicholas Lorusso, Adam Marszalek, Benjamin Mcclendon, Anthony Ogbuka, Paul Raff, Orin Robinson, Margaurete Romero, Rajat Roy, Liliana Salvador, **Shelby Scott,** Tinevimbo Shiri, Brittany Stephenson**,** Alex Thorn, Rafael Valentine, Alex Villiard, Orion Weldon

*(primary research advisor to)*

11

Jessica Beck, **Kelly Buch**, Ashley DeNegre, **Jeff DeSalu**, Brad Greening, Natalie Lemanski, **Agnesa Redere**, Samantha Schwab, **Anna Sisk** (co-advised), Oliver Stringham, Karen Wylie

Post-Doctoral Researchers:

Dr. Erick Chastain, Dr. Lazaros Gallos, Dr. Manuel Garcia-Quisimondo, Dr. Ali Hamieh, Dr. Karlo Hock, Dr. Cindy Hui, **Dr. Jing Jiao**, Dr. Amira Kebir, Dr. Maciej Korczynski, Dr. Natalie Lemanski, Dr. Kellen Myers, Dr. Kah Loon Ng, Dr. Chris Stone, Dr. Nourridine Siewe (co-advised by Prof. S. Lenhart), Dr. Gonzalo Suarez, **Dr. Oyita Udiani**, Dr. Peng Zhong

## Courses Developed and Taught (all courses developed from scratch)

- Advanced Mathematical Ecology II (MAT/EEB 682 – University of Tennessee, Knoxville) Spring 2017 and 2019
- Evolution, Disease, and Medicine (ENR110 – Rutgers University / EEB 310 – UT, Knoxville) Fall each year 2009 – 2014, Spring 2018 and 2020
- Conversational Bio-Mathematical Modeling (ENR 428 – Rutgers University/ EEB 475 – UT, Knoxville) Spring 2011 – 2014, 2020
- Problems in Ecology: Academic Pedagogy (ENR 601 – Rutgers University) Fall 2015
- *(Co-Developed and Taught)* Ethics & Professional Development in Ecology and Evolution (ENR 602 01 – Rutgers University) Spring 2013-2016 (exception – sabbatical Fall 2014-Spring 2015)
- Introduction to Modeling Ecology, Evolution, and Epidemiology (ENR 604 – Rutgers University) Spring each year 2010 – 2016 (exception – sabbatical Fall 2014-Spring 2015)
- Introduction to Epidemiological Modeling (ENR 603 – Rutgers University) Fall each year 2009 – 2012
- Elements of Data Analysis and Epidemiology (CMPH 343 – Tufts University School of Medicine) Spring 2006

## Professional Memberships

Association for Women in Mathematics (AWM)
Association for Women in Science (AWIS)
Complex Systems Society (CSS)
Institute of Electrical and Electronics Engineers (IEEE)
International Union for the Study of Social Insects (IUSSI)
Society for Industrial and Applied Mathematics (SIAM)
Society for Mathematical Biology (SMB)

## Invited Presentations

*upcoming

2020

**Public Interview**: "Nina Fefferman," You Made it Weird podcast

**Public Lecture**: "The Role of Applied Math in Real-time Pandemic Response: How Basic Disease Models Work," NIMBioS Webinar Series, Knoxville, TN

**Public Interview**: "Math + Virus + Us," Here We Are podcast and YouTube video.

2019

12

**Public Lecture**: "Vaccine Acceptance and Epidemic Risks," Infinite Futures Event Series, Museum of Science and Industry, Chicago, IL.

"When to Turn to Biology for Inspiration in Systems Design," DIMACS 30th Anniversary Conference, New Brunswick, NJ.

"Patients as patches: Ecological challenges from the epidemiology of healthcare environments," ESA 2019, Louisville, KY.

"Math and Disease," Possibilities in Postsecondary Education and Science (PIPES), UTK, Knoxville, TN.

**Keynote Address**: "Evolving Efficient Solutions: How simple natural systems solve the most complicated problems," MBI Capstone Conference 2019, Columbus, OH (virtual)

**Plenary Talk**: "How AIDS prevalence impacts the emergence of antibiotic resistance in bacterial infections," SIAM BAMM 2019, Richmond, VA.

**Public Lecture**: "Math and Disease," Stand Up Science, Farragut, TN.

"Biosurveillance and Homeland Security," Princeton University, NJ.

"Understanding Social Communication Systems with Homology Theory," Complex Systems Seminar, University of Michigan, Ann Arbor, MI.

"Going Against the Grain," Women Empowered in STEM (WeSTEM) 2019, Champaign, IL.

"You're Worth It: Job Negotiations," Women Empowered in STEM (WeSTEM) 2019, Champaign, IL.

2018

"Math: A Critical, Treacherous Bridge Between Scientific Disciplines," American Geophyiscal Union (AGU 2018), Washington DC.

"The Evolution of Social Complexity as Multi-Scale Feedback Control on Networks," Systems Theory Lunch Colloquium, Harvard Medical School, Boston, MA.

"Saving Bats from Fungal Diseases with Linear Algebra," Claremont Center for Mathematical Sciences Colloquium, Claremont, CA.

**Plenary Talk**: "Evolving Efficient Solutions: How simple natural systems solve the most complicated problems," NIMBioS Undergraduate Research Conference 2018, Knoxville, TN.

**Plenary Talk**: "Linking Local Decisions with Global Outcomes in Networks: Case Studies in Behavior and Population Health" SIAM Life Sciences 2018, Minneapolis, MN.

"The mathematical biology of networks: from disease outbreaks to cyber-attacks," TN Governor's School, University of Tennessee, Knoxville, TN.

"Trans-disciplinary adventures in the mathematical biology of networks: from disease outbreaks to cyber attacks," DIMACS REU, Rutgers University, Piscataway, NJ.

**Public Webinar**: "Social and Biological Networks:  The Evolution of Social Systems," US National Academies of Sciences, Engineering, and Medicine: Math Frontiers Webinar Series

2017

"Self-Diagnosing Networks," Data Institute San Francisco Conference (DSCO17), San Francisco, CA.

**Keynote:** "Evolving Efficient Solutions: How simple natural systems solve the most complicated problems," Workshop on Bio-Inspired Security, Trust Assurance, and Resilience (BioSTAR 2017), San Jose, CA.

"Wildlife Disease Management Outcomes May Depend on the Mechanism of Host Immune Response," Distinguished Lecture Series in Immunology and Infectious Diseases, Center for Emerging & Re-emerging Infectious Diseases, School of Medicine, University of Washington, Pullman, WA.

2016

"Evolving Healthy Populations," International Symposium on Biomathematics and Ecology Education and Research 2016, Charlseton, SC.

"Individuals, Societies, and Climate: Modeling motivations to change," Oak Ridge National Laboratory Workshop on Human Activity at Scale in Earth System Models, Oak Ridge, TN.

"Network Models in Epidemiology," US-Canadian Institutes Epidemiology Summer School: Mathematical Modeling of Infectious Disease Spread, MBI, Columbus, OH.

"The Invasion Ecology of Diseases in a Human Environment," Arthur M. Sackler Colloquia of the National Academy of Sciences, Coupled Human and Environmental Systems, Washington DC.

"Global Feedback Control on Centrality in Self-Organizing Systems", Mathematical Biosciences Institute Workshop on the Control and Observability of Network Dynamics, MBI, Columbus, OH.

"Zika Control: More Complicated than Hoped?" Next Einstein Forum, Dakar, Senegal.

2015

"Linear Algebraic Tools in Conservation Ecology," Simon A. Levin Mathematical, Computational and Modeling Sciences Center Seminar, Tempe, AZ.

"Applications of Homology Theory to Animal Communication Systems," Mathematics and Statistics Colloquium, Arizona State Univ., Tempe, AZ.

"Trade-offs Between Collaboration and Infection Risk: Can 'social distancing' improve colony function?" Conference on Complex Systems 2015, Tempe, AZ.

"The Benefits of Ongoing Dynamics in Self-Organizing Social Systems," Conference on Collective Dynamics and Evolving Networks, Bath, UK.

**Plenary Talk:** Exploiting the Complexity of Identity to Infiltrate Clandestine Groups – Lessons from a LARP, CyDentity Conference, CCICADA, New Brunswick, NJ.

"Incorporating Evolutionary Rescue into Population Viability Models," Mathematics of Planet Earth: Workshop on Management of Natural Resources, Washington D.C.

"Distributed Detection Algorithms for Real-Time Maritime CyberSecurity," Joint CCICADA & AMU Conference on Maritime CyberSecurity, New Brunswick, NJ.

"The Definition of Communication: One way biology and math people accidentally talk past each other and what we might be able to do to fix it," Annual Meeting, Society for Integrative and Comparative Biology, West Palm Beach, FL.

2014

"BioInspired Anomaly Detection: Social Insects and Network Security," Dept. of Homeland Security Science and Technology HSARPA CyberSecurity Division Research and Development Showcase and Technical Workshop, Washington D.C.

"n-TANGLE: a new method for comparing networks across scales" Workshop on Advances in Discrete Networks, Dept. of Mathematics, Univ. of Pittsburgh, Pittsburgh, PA.

**Keynote Address**: "Virtual Worlds Helping Public Health Preparedness," New Jersey Health Care Quality Institute Annual Meeting, Trenton, NJ.

"A Mathematician's Role in Fighting Ebola," Saint Ann's School, Brooklyn, NY.

"Provable Boundaries on Disease Outbreaks in Self-Organizing Social Networks," The Duke University Mathematical Biology Colloquium, Durham, NC.

**Keynote Address**: "Designing your own role: Women in STEM," Tufts University Graduate Student Luncheon for Women in Science, Medford, MA.

"Division of Labor as an Adaptation to Combat Disease Risks?" The Seventh International Symposium on Biomathematics and Ecology: Education and Research (BEER), Claremont, CA.

14

"How dynamic networks affect disease transmission," The BioCircuits Institute, UCSD, San Diego, CA.

"The Evolution of Social Complexity," Plant Biology Dept. Seminar, Univ. of Vermont, Burlington, VT.

"Provable Boundaries on Disease Outbreaks in Self-Organizing Social Networks," Math Dept. Seminar, Univ. of Tennessee at Knoxville, TN.

"Mathematics, Optimization, and the Evolution and Behavior of Social Insects," Math Dept. Junior Colloquium, Univ. of Tennessee at Knoxville, TN.

"The Life of a Mathematical Researcher," Saint Ann's School, Brooklyn, NY.

"Mathematics, Optimization, and the Evolution and Behavior of Social Insects," Social Insect Research Group Seminar, School of Life Sciences, Arizona State Univ., AZ.

"N-tangle: A Network Comparison Method," Workshop on Animal Social Networks, NIMBioS, TN

2013

"Evolutionary pressures, Infectious Diseases, and Self-Organizing Social Systems," Evolutionary Studies Seminar, Co-Sponsored by the Collective Dynamics of Complex Systems Research Group, the Undergraduate Math Club, Upsilon Pi Epsilon, and Pi Mu Epsilon, SUNY Binghamton, NY.

"BioInspired Anomaly Detection," DHS CyberSecurity PI Meeting, Arlington, VA.

"Mathematics, Evolutionary Biology, Epidemiology, and National Security", Saint Ann's School, Brooklyn, NY.

 "Evolution of Reproductive Timing and Social Organization in Honey Bees," Scientific Learning Forum at FMC, Ewing, NJ.

"Crowd Sourcing WoW: A Case Study in Improving Pandemic Preparedness," Annual George M. Sideris Biology Conference, LIU, Brooklyn, NY.

2012

**Public Lecture:** "Math, Complexity, and Social Groups: Using math to understand the nature of society," Campus Life Enrichment Committee (CLEC) Lecture, Georgia Southern Univ., GA.

"How and Why Static Approximations Can Fail to Give Adequate Insight into Processes on Dynamic Networks," Math Dept. Colloquium, Georgia Southern Univ., GA.

"Theoretical Worlds: An Exploration of Models and Model Systems," Tufts Univ, Dept. of Civil and Environmental Engineering Seminar Series, Medford, MA.

 "Help, my avatar is sick!" Panel Talk, SXSW, Austin, TX.

"WISE – Women, Ignore Silly Expectations!" 2012 WISE Conference, Texas A&M, TX.

2011

"The Evolution of Social Complexity," CUNY Initiative for the Theoretical Sciences Workshop on A Unified Theory of Evolution, CUNY, NY.

"Balancing Workforce Productivity Against Disease Risks for Environmental and Infectious Epidemics," Math Dept. Seminar, Univ. of Ghana, Legon, Ghana.

"Selective Pressures from Disease on Social Behavior in Hosts," DIMACS/MBI US - African BioMathematics Initiative: Workshop on Genetics and Disease Control, Elmina, Ghana.

**Plenary Address**: "The Future of Technology and Knowledge," Next-Generation Communications Interoperability Workshop, Chicago, IL.

"Virtual Worlds and Real Epidemics - Insights from WoW's Corrupted Blood Plague," E-Virtuoses International Conference on Serious Games, Valenciennes, France.

15

**Plenary Address**: "Disease Robustness and Evolutionary Selective Pressures on Social Organization in Eusocial Insects," Mathematical Biosciences Institute Workshop on Insect Self-Organization and Swarming, Ohio State Univ., OH.

"Hakkar's Corrupted Blood Plague: How an Outbreak in WoW is Helping Epidemiologists Create Better Disease Models," Game Developer's Conference 2011, San Francisco, CA

"Exploring the Role of Behavior in Infectious Disease Dynamics: Mathematical Insights from World of Warcraft and other Virtual Worlds," DIMACS/CCICADA Student Workshop on Where the Mathematical and Computational Sciences Meet Society, Rutgers University, NJ

"Multi-Dimensional Data and the Influence of Human Behavior in Biosurveillance for Infectious Disease Outbreaks," Global Biosurveillance Conference: Enabling Science and Technology – 2nd Meeting in the Biological Threat Non-Proliferation Conference Series, Santa Fe, NM

2010

"Distributed Algorithms for Collective Visualization of Data," Visualanalytics Workshop 2010, Imperial College London, UK

"The Importance of Behavioral Dynamics on Disease Burden," Southern African Wildlife College, South Africa

"The Impact of Stress on Populations," DIMACS Advanced Study Institute on Conservation Biology, Limpopo, South Africa

"Social Behavior in Virtual Worlds," Panel Discussant – InPlay 2010, Toronto, Canada

"Self-Organizing Networks, Social Complexity, and Disease Dynamics," Rensselaer Polytechnic Institute, NY

"Playing with Plague: Exploring Disease Dynamics from Within," 2010 AAAS Annual Meeting, San Diego, CA

"Epidemiological Pressures on the Evolution of Social Complexity," Mathematical Methods in Systems Biology, Tel Aviv, Israel

2009

"Information Theoretic Tool for Biosurveillance," CCICADA Kickoff Meeting, Rutgers Univ., NJ

"Perspectives, Challenges, and Creativity in Understanding Behavioral Epidemiology," Workshop on Behavioral Epidemiology, Rutgers Univ., NJ

"Evolutionary Implications of Epidemics on Social Behavior," Evolutionary Genetics and Genomics at Rutgers, Rutgers Univ., NJ

Panel participant and Speaker on Popular Culture and Science, Sheffield Documentary Film Festival '09, Sheffield, United Kingdom

**Keynote Address:** "Epidemiological Insights from Virtual Worlds," Life Science Dialogue Heidelberg, - Inaugural Conference, Germany

"Social Stability and Success: A new concept in self-organizing systems and preferential attachment," Office of Naval Research Workshop on Complex Systems, Institute for Pure and Applied Mathematics, Los Angeles, CA

"The Impact of Household Capital Models on Targeted Epidemiological Control Strategies for Diseases with Age-Based Etiologies," Makerere Univ., Kampala, Uganda

**Keynote Address**: "Hakkar's Corrupted Blood Plague: How an Outbreak in World of Warcraft is Helping Epidemiologists Create Better Disease Models," Games for Health – Virtual Worlds, Boston, MA

"Network Representations and the Evolution of Social Complexity," Frontiers in Applied and Computational Mathematics, New Jersey Institute of Technology, NJ

16

"Mathematical Optimization, Evolutionary Sociobiology, and Eusocial Insects," Conference on The Power of Analysis, Princeton Univ., NJ

"Mathematical Insights into Behavioral Epidemiology," Univ. of Texas Health Science Center, Houston, TX

"Basics of Mathematical Modeling," Mosquito Modeling Made Easy Day, Center for Vector Biology, Rutgers Univ., NJ

"Mathematical and Computational Methods in Epidemiology and BioSurveillance," Jackson State University, MS

"Mathematics, Optimization, and the Evolution and Behavior of Social Insects," UNC, Chapel Hill, Applied Math, NC

"Network models in Epidemiology and Sociobiology: Introduction, Overview, and Recent Advances," Mathematical Sciences, RPI, NY

2008

"Social Behavior and the Dynamics of Corrupted Blood," Rice University/Games for Health, Houston, TX

"Possible Selective Mechanisms for the Evolution of Disease-defensive Social Organizations," Ecology and Evolution Seminar, Boston Univ., MA

"Behavioral Epidemiology in Virtual Worlds: Exploiting the virtual experience," Advanced Technology Applications for Combat Casualty Care 08; Telemedicine and Advanced Technologies Research Center Medical Simulation & Training Technology

"Recent Advances in the What, How and When of Network Models in Infectious Disease Epidemiology," SIAM 2008, CA

"World of Warcraft Corrupted Blood Disease: Epidemiological Observations and Findings," Games for Health, Baltimore, MD

"Computational Ecology: The Evolution of Sociality," Frontiers in Applied and Computational Mathematics, New Jersey Institute of Technology, NJ

**Plenary Talk**: "Self-organizing social behavior and disease-defensive organizational strategies in social species," Complexity 2008, Univ. Illinois Urbana, IL

"From the Individual to the Population: Modeling the many levels of evolutionary fitness in social species," Dept. of Ecology and Evolution and Natural Resources, Rutgers Univ., NJ

"Individual Decisions, Group Efficiency," ExxonMobil, Clinton, N.J.

2007

**Public Lecture**: "Virtual Games, Real Epidemics: Can We Learn Real-Life Lessons in BioDefense from Online Games?" Biosecurity, Biotechnology and Global Health Seminar Series, Program on Science and Global Security, Princeton Univ., NJ

"Disease on Networks: Can Static Representations Capture the Full Complexity of a Dynamic Process?" NDSSL Seminar Series, Virginia Bioinformatics Institute, Virginia Tech, VA

**Public Lecture**: "Real People, Virtual Worlds: Watching a Plague Unfold," Institute for Mathematical Sciences, National Univ. of Singapore

"The Continued Mystery of Regular, Old, Annual Flu," Workshop on Mathematical models for the Study of the Infection Dynamics of Emergent and Re-emergent Diseases in Humans, Institute for Mathematical Sciences, National Univ. of Singapore

"Epidemics and the Evolution of Social Complexity," Program in Ecology and Evolution Seminar Series, Rutgers Univ., NJ

"Playing Games at School: Parents, Public Schools, and Children's Health," DIMACS Workshop on Game Theory in Epidemiology and Ecology, Rutgers Univ., NJ

17

"Analyzing Entropy in Biosurveillance," U.S. Dept. of Homeland Security research briefing, Washington D.C.

"Fantastic Problems in Mathematical Ecology," DIMACS Bio-Math Connection Field Testers Workshop, Rutgers Univ., NJ

"Does Securing Infrastructure Against Workforce-Depletion Depend on Whether the Risk is Environmental or Infectious?" DIMACS Workshop on Mathematical Modeling of Infectious Diseases in Africa, Univ. of Stellenbosch, South Africa

"Social interaction and disease dynamics," Workshop on Analysis of Time Series Data in Epidemiology, Tufts Univ. School of Medicine, Boston, MA

"The Behaviors of Individuals and Populations," Working Group on Spatio-Temporal and Network Modeling of Diseases, ICMS, Edinburgh, Scotland

"The Evolution of Complexity in Already Social Groups," Dept. of Ecology and Evolutionary Biology, Princeton Univ., NJ

"Disease as a Selective Pressure and the Evolution of Social Complexity," Applied Biomathematics, Stony Brook, NY

"Vital Rate Sensitivity Analysis: A new method for population viability analysis - Two examples of its use," Applied Biomathematics, Stony Brook, NY

"Disease as a Selective Pressure and the Evolution of Social Complexity," Morin Lab, Dept. of Ecology, Evolution and Natural Resources, Rutgers Univ., NJ

2006

"The Role of Individual Choice in the Evolution of Social Complexity and its Implications Towards the Emergence of Zoonotic Infections," DIMACS Computational and Mathematical Epidemiology Seminar, Rutgers Univ., NJ

"Preparing Societal Infrastructure Against Disease-Related Workforce Depletion," DIMACS Workshop on Facing the Challenge of Infectious Diseases in Africa, University of the Witswatersrand, South Africa

"Fantastic Problems in Mathematical Ecology," DIMACS Bio-Math Connect Institute for High School Teachers, Denver, CO

"Societal Bio-defense - How Can we Accomplish Safety, Stability and Efficiency?" SIAM Annual Meeting, Boston, MA

"When females should stop supporting lazy males: mathematics and honey bees?" DIMACS REU Seminar Series, Rutgers Univ., NJ

"Selected Problems in Epidemiology." DIMACS Tutorial on Data Mining and Epidemiology, NJ

"How Would Termites Prepare for Pandemic Bird Flu and What Should We Learn From Them?" Joint Dept. of Entomology and Center for Infectious Disease Dynamics Seminar, Penn State Univ., PA

"Different Scales of BioDefense - Can societies be both safe and efficient?" DIMACS Computational and Mathematical Epidemiology Seminar, Rutgers Univ., NJ

2005

"Termites in the Nation′s Service," DIMACS Computational and Mathematical Epidemiology Seminar, Rutgers Univ., NJ

"Applications of Self-Organizing Systems to Epidemiology." DIMACS Mixer Series, Rutgers Univ., NJ

"Disease Signatures: A New Combinatorial Method for Epidemiology," DIMACS Computational and Mathematical Epidemiology Seminar, Rutgers Univ., NJ

"Fantastic Problems in Mathematical Ecology," DIMACS Bio-Math Connect Institute for High School Teachers, Rutgers Univ., NJ

18

"How Complex Systems Can Simplify a Complex Problem: What Epidemiologists Can Learn From Insects," Institute for Advanced Study, Center for Systems Biology Seminar Series, NJ

2004

"Incorporating Behavior and Social Structure into Pathogen Defense Strategies. Conference on Innate Immunity for Biodefense," National Defense University's Center for Technology and National Security Policy (CTNSP) & the Department of Defense, Washington D.C.

**Keynote Address:** "Social Insects, Immunocompetence and Epidemiology: A Model System for Systems Modelers," Vanderbilt Medical School, Dept. of Microbiology and Immunology Annual Retreat, TN

"Disease and Immunocompetence in Group-Living Animals: Implications for Human Epidemiology," DARPA/DSO Workshop on Endogenous Defense, VA

**Contributed Presentations**

2008. "An Interdisciplinary Framework for Defining and Distinguishing Security Desiderata for Personally Sensitive Information," DIMACS/DyDAn Workshop on Internet Privacy: Facilitating Seamless Data Movement with Appropriate Controls

2006. "A Vital Rate Sensitivity Analysis (VRSA) for Non-stable Age Distributions and Short-term Planning," North American Ornithological Conference

2004. "A Mathematical Analysis of Reproductive Fission," North American Section of the International Union for the Study of Social Insects (with published abstract)

2004. "Two-stage Wavelet Analysis Assessment of Dependencies in Time Series of Disease Incidence," The 2004 Conference of the International Environmetrics Society (with published abstract)

2004. "Mathematical Modeling of Behavior and Ecology in Social Insects: Social mechanisms of pathogen control in termite colonies," Departmental Research Seminar, Tufts Univ.

2003. "Modeling Waterborne Infectious Outbreaks: When, where and how bad will they be?" The 2003 Conference of the International Environmetrics Society (with published abstract)

2003. "Modeling Disease Resistance through Social Interactions in Termites," The 2nd Conference on the Mathematics and Algorithms of Social Insects (with published abstract)

## Service (external to Home Institution)

| | |
|---|---|
| *Ongoing* | Referee of papers for *American Naturalist, Annales Zoologici Fennici, Behavioral Ecology and Sociobiology, Biological Conservation, BMC Evolutionary Biology, Bulletin for Mathematical Biology*, *Canadian Biosystems Engineering, Conservation Letters, IMA Journal of Applied Mathematics, Journal of Biological Dynamics, Journal of Infectious Diseases, Journal of Insect Science*, *Journal of Nonlinear Dynamics, Mathematical Biosciences*, *Journal of Medical Internet Research, Journal of the Royal Society Interface, Malaria Journal, Nature, Nature Scientific Reports, Parasites and Vecotrs, PeerJ, Phyiscal Reviews X, PLoS Computational Biology, PLoSOne, PloS Medicine, PNAS, Vaccine, Vector-Borne and Zoonotic Diseases* |
| 2020 | Deputy Editor *PLOS Computational Biology* |
| 2019-2021 | Director of Development, Enhancing Diversity in Graduate Education (EDGE) Foundation |
| 2019 | Guest Editor *PLOS Computational Biology* |
| 2019 | Co-Organizer SIAM Network Science Annual Meeting (NS 19) |
| 2018 | NSF ad hoc proposal reviewer |

19

| | |
|---|---|
| 2018 | Burroughs Wellcome Fund grant proposal reviewer |
| 2018 | Co-Organizer IEEE Symposium on Security and Privacy, entitled: 3rd Workshop on Bio-inspired Security, Trust, Assurance and Resilience (BioSTAR 2018) |
| 2017-cont. | Member of the Leadership Team of the National Institute for Mathematical and Biological Synthesis |
| 2017 | Co-Organizer NIMBioS Workshop on Applying Optimization Techniques to Agricultural Problems |
| 2017 | ARO grant proposal reviewer |
| 2016 | Co-Organizer MBI (the Mathematical Biosciences Institute at Ohio State) Workshop on Generalized Network Structures and Dynamics |
| 2016 | Co-Organizer MBI (the Mathematical Biosciences Institute at Ohio State) Emphasis Semester on Dynamics of Biologically Inspired Networks |
| 2014 | ARO grant proposal reviewer |
| 2013- 2016 | Member of Scientific Advisory Board for MBI (the Mathematical Biosciences Institute at Ohio State) |
| 2013 | NIH grant proposal reviewer |
| 2013-2016 | Co-Organizer NIMBioS Working Group on Climate Change and Vector-borne Diseases |
| 2013-2019 | Invited Participant Joint NIMBioS-SESYNC Working Group on Human Risk Perception and Climate Change |
| 2012 | Invited Grant Proposal Reviewer for the United States – Israel Binational Science Foundation |
| 2012 | US Environmental Protection Agency FIFRA Scientific Advisory Panel (SAP) on Pollinator Risk Assessment Framework |
| 2011 | Invited Participant - External Expert Review Panel for Bioscience Research and Development at Los Alamos National Laboratory |
| 2011 | Program Committee Member, The Third International UKVAC Workshop on Visual Analytics (VAW 2011) |
| 2011 | NSF grant proposal reviewer |
| 2011 | Co-Organizer DIMACS/MBI US - African BioMathematics Initiative: Advanced Study Institute and Workshop on Genetics and Disease Control |
| 2010 | Organizer of the DIMACS Mini-Workshop on 'Emergent Properties of Dynamic Biological Networks' |
| 2010 | Lecturer at DIMACS/MBI US - African BioMathematics Initiative: Workshop and Advanced Study Institute on Conservation Biology |
| 2010 | Organizer of the DIMACS Mini-Workshop on 'Game-theoretic Approaches to Medical Prognosis' |
| 2010 | NSF grant reviewer/panel participant |
| 2010 | Invited International Reviewer for Centre of Excellence Grants for the Australian Research Council |
| 2010 | Co-Organizer of the DIMACS Workshop on Modeling and Mitigation of the Impacts of Extreme Weather Events to Human Health Risks |
| 2009 | Co-Organizer DIMACS Workshop on Economic Epidemiology, Makerere Univ., Kampala, Uganda |
| 2009 | NSF grant reviewer/panel participant |
| 2009 | Co-Organizer/ Program Co-Chair Workshop on Economic Epidemiology, Makerere Univ., Kampala, Uganda |
| 2009 | Co-Organizer Mosquito Modeling Made Easy Day at the N.J. Center for Vector Biology |
| 2008-2010 | Member Chief Editorial Committee for the DIMACS Book Series |
| 2008-2010 | Member Editorial Board of DIMACS Educational Modules Series |

| 2008 | Invited organizer SIAM mini-symposium on Network Models of Infectious Disease |
|---|---|
| 2008 | Ran the Reconnect Program on Biosurveillance at DIMACS – a week long short course for teaching faculty at liberal arts institutions on an advanced topic to expand their own and their students research opportunities |
| 2007 | Mentor to two teams of researchers for Department of Homeland Security funded Research Experience for those at Minority Serving Institutions |
| 2006-2016 | Advisory/Editorial Board Member for the journal *Annales Zoologici Fennici* |
| 2004 | Subject Matter Expert on Innate Immunity and Biodefense, National Defense University |
| 2004 | Research Consultant, DARPA (via Strategic Analysis, INC.) |
| 2003 | Developed algorithm for Managing Endangered Species Habitat in Hawaii - MESHH software package (Reed, J.M., N.H. Fefferman, C.S. Elphick, and M. Silbernagle. 2004) |
| 2000-2002 | Technical Editor (Cryptography) to MacMillan Press |
| 1999 | Invited Reviewer of AES submission to the National Institute of Standards and Technology, later published as The Twofish Encryption Algorithm, Schneier, et al, 1999, John Wiley & Sons Inc. |

## **Service** (internal to Home Institution)

| 2020 | Advisor to the COVID-19 Re-Imagining Fall Task Force |
|---|---|
| 2019-cont. | Head of Graduate Admissions, Program in Ecology and Evolutionary Biology |
| 2019 | Research Mentor for the NIMBioS Summer Research Experiences (SRE) for Undergraduates |
| 2019 | Co-Organizer Tutorial on Networks at NIMBioS |
| 2018 | Serve on departmental Promotion and Tenure Committee for Prof. O'Meara |
| 2018-cont. | Serve on Faculty Mentoring Committee for Prof. Kivlin |
| 2017-cont. | Served as Departmental Coordinator for University Future Faculty Program |
| 2017 | Research Mentor for the NIMBioS Summer Research Experiences (SRE) for Undergraduates |
| 2017 | Lecturer for Joint 2017 MBI-NIMBioS-CAMBAM Summer Graduate Program |
| 2016-2017 | University of Tennessee, Knoxville Department of Ecology and Evolutionary Biology Search Committee Member and Diversity Advocate (Ecosystem Ecology Search) |
| 2016-2017 | University of Tennessee, Knoxville Department of Mathematics Search Committee Member (Mathematical Biology Search) |
| 2016-cont. | University of Tennessee, Knoxville Program in Ecology and Evolutionary Biology Graduate Affairs Committee Member |
| 2015-2016 | Rutgers University Biological Sciences Area Committee Member |
| 2014 | Rutgers University EENR Department Wildlife Biology Faculty Search Committee Member |
| 2010 | Co-Mentor to a team of researchers for Department of Homeland Security funded Research Experience for those at Minority Serving Institutions |
| 2009-2010 | Organizer of the EENR seminar series |
| 2009 | Organizer of the DIMACS Workshop on Behavioral Epidemiology |
| 2009-2010 | Member E&E Executive Committee |
| 2008-2012 | Member of EENR Curriculum Committee |
| 2008-2010 | Member Chief Editorial Committee for the DIMACS Book Series |
| 2008-2010 | Member Editorial Board of DIMACS Educational Modules Series |
| 2007-2009 | Member of the Rutgers University Advisory Board to the Office for the Promotion of Women in Science, Engineering and Mathematics |

21

| 2006-2015 | Research Advisor for Rutgers Univ. DIMACS REU |
| 2005-2007 | Co-organizer DIMACS seminar series Mathematical and Computational Epidemiology |