# EXHIBIT A

| | |
|---|---|
| **From:** | Cassandra Stubbs |
| **To:** | Woods, Shelese (USAINS) |
| **Cc:** | Lin, Jean (CIV); Kossak, Jonathan (CIV); Handley, Cristen (CIV); Dey, John; douglas.hallward-driemeier@ropesgray.com; Behrens, Michelle; Calvet, Maria; Jennifer Wedekind; Daniel Mach; Heather Weaver; David Fathi; Amy Fly |
| **Subject:** | RE: Hartkemeyer v. Barr, 2:20cv00336 (S.D. Ind) - Complaint, Preliminary Injunction and related filed materials |
| **Date:** | Monday, July 6, 2020 5:45:00 PM |
| **Attachments:** | Request for COVID information re Terre Haute executions 7.6.2020.pdf |

Dear Counsel:

I am attaching a letter with the requested information.  Please feel free to contact me directly with any questions you have.

Sincerely,

Cassandra Stubbs

**From:** Woods, Shelese (USAINS) <Shelese.Woods@usdoj.gov>
**Sent:** Monday, July 6, 2020 4:40 PM
**To:** Cassandra Stubbs <cstubbs@aclu.org>
**Cc:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Kossak, Jonathan (CIV) <Jonathan.Kossak@usdoj.gov>; Handley, Cristen (CIV) <Cristen.Handley@usdoj.gov>; Dey, John <john.dey@ropesgray.com>; douglas.hallward-driemeier@ropesgray.com; Behrens, Michelle <michelle.behrens@ropesgray.com>; Calvet, Maria <maria.calvet@ropesgray.com>; Jennifer Wedekind <JWedekind@aclu.org>; Daniel Mach <dmach@aclu.org>; Heather Weaver <hweaver@aclu.org>; David Fathi <dfathi@aclu.org>; Amy Fly <afly@aclu.org>
**Subject:** Re: Hartkemeyer v. Barr, 2:20cv00336 (S.D. Ind) - Complaint, Preliminary Injunction and related filed materials

Will do. Sorry for the confusion.

On Jul 6, 2020, at 4:37 PM, Cassandra Stubbs <cstubbs@aclu.org> wrote:

Thank you for your response.  To be clear, we did not withhold consent and would be grateful if you would convey our position as stated.  We will agree to the revised briefing schedule as you proposed, unless you are not able to respond to our questions by the time you file.  In that case, we propose our reply be moved to Thursday, July 8 instead of Friday, July 9 as currently scheduled.

Thank you,
Cassy Stubbs

**From:** Woods, Shelese (USAINS) <Shelese.Woods@usdoj.gov>
**Sent:** Monday, July 6, 2020 3:34 PM

**To:** Cassandra Stubbs <cstubbs@aclu.org>
**Cc:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Kossak, Jonathan (CIV) <Jonathan.Kossak@usdoj.gov>; Handley, Cristen (CIV) <Cristen.Handley@usdoj.gov>; Dey, John <john.dey@ropesgray.com>; douglas.hallward-driemeier@ropesgray.com; Behrens, Michelle <michelle.behrens@ropesgray.com>; Calvet, Maria <maria.calvet@ropesgray.com>; Jennifer Wedekind <JWedekind@aclu.org>; Daniel Mach <dmach@aclu.org>; Heather Weaver <hweaver@aclu.org>; David Fathi <dfathi@aclu.org>; Amy Fly <afly@aclu.org>
**Subject:** Re: Hartkemeyer v. Barr, 2:20cv00336 (S.D. Ind) - Complaint, Preliminary Injunction and related filed materials

Ok, thank you. Given the time crunch, I will get our Motion on file and note that you do not consent and reserve the right to object upon reviewing our materials.

On Jul 6, 2020, at 3:20 PM, Cassandra Stubbs <cstubbs@aclu.org> wrote:

Dear Counsel:

Thank you for your email with your proposed new briefing schedule. Following our status conference this morning and the Court's recommendation of how to proceed, we have been formulating a list of questions that we are hoping to have answered before we file our reply. If the answers to those questions are provided in the declaration that you file, or you are able to answer them contemporaneously, we do not object to the proposed new schedule.  Otherwise we would request an additional day, until July 9, 2020, to complete our briefing.

After we receive the declaration and your opposition we will be in a better position to let you and the Court know whether we need to revisit the possibility of an evidentiary hearing.

Sincerely,

Cassandra Stubbs

**Cassandra Stubbs**
*Pronouns: she, her*

Director, Capital Punishment Project
American Civil Liberties Union
201 W. Main St. Suite 402, Durham, NC 27701

919.688.4605 | cstubbs@aclu.org
aclu.org

---

**From:** Woods, Shelese (USAINS) <Shelese.Woods@usdoj.gov>
**Sent:** Monday, July 6, 2020 2:01 PM
**To:** Hamilton, Jodie <jodie.hamilton@ropesgray.com>
**Cc:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Kossak, Jonathan (CIV) <Jonathan.Kossak@usdoj.gov>; Handley, Cristen (CIV) <Cristen.Handley@usdoj.gov>; Dey, John <john.dey@ropesgray.com>; douglas.hallward-driemeier@ropesgray.com; Behrens, Michelle <michelle.behrens@ropesgray.com>; Calvet, Maria <maria.calvet@ropesgray.com>; Jennifer Wedekind <JWedekind@aclu.org>; Cassandra Stubbs <cstubbs@aclu.org>; Daniel Mach <dmach@aclu.org>; Heather Weaver <hweaver@aclu.org>; David Fathi <dfathi@aclu.org>; Amy Fly <afly@aclu.org>
**Subject:** Re: Hartkemeyer v. Barr, 2:20cv00336 (S.D. Ind) - Complaint, Preliminary Injunction and related filed materials

Dear Counsel - Since this morning's conference, I have learned that the Solicitor General's Office would like a slight modification to the briefing schedule. The issue is that, should Judge Stinson grant your motion for preliminary injunction, there would not be sufficient time to seek appellate review or Supreme Court review of the decision before the scheduled execution date. Accordingly, I have been asked to seek your consent to a slight modification of the briefing schedule:

The Government would file its Response to the Motion for Preliminary Injunction on July 6, 2020 (today)
The Plaintiff would file its Reply In Support on July 8, 2020
The Government will defer filing its Motion to Dismiss until a later time (by its deadline pursuant to Rule 12

This revised schedule would give you the same amount of time as the current schedule. Please let me know if you consent. Thank you.

On Jul 5, 2020, at 3:12 PM, "jodie.hamilton@ropesgray.com" <jodie.hamilton@ropesgray.com> wrote:



# jodie.hamilton@ropesgray.com sent you a secure message

Sent via accellion/kiteworks

Re: *Hartkemeyer v. Barr*, 2:20cv00336 (S.D. Ind)

Dear Counsel:

As indicated under separate cover by email of Attorney Heather Weaver transmitted to you this date, attached please find as filed copies of the following documents filed in connection with the above-captioned matter:

- Complaint (including Civil Cover Sheet, proposed Summonses, and Notice of related case)
- Summons Issued
- Motion for Preliminary Injunction (w proposed order)
- Memorandum in Support of Preliminary Injunction
- Scheduling Order to Entry Setting July 6, 2020 Status Conference
- Notice of Related Recent Opinion

Thank you for your attention to this matter.

Jodie Hamilton
Litigation Paralegal

### Access message



This message requires that you sign in to access the message and any file attachments.