**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| DALE HARTKEMYER (AKA SEIGEN), | : | |
| | : | |
| Plaintiff, | : | Case No. 2:20-CV-00336-JMS-DLP |
| | : | |
| v. | : | |
| | : | |
| WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as the Complex Warden for the United States Penitentiary, Terre Haute, | : : : : : : | |
| | : | |
| Defendants. | : | |
| | : | |

**MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65(a) and S.D. Ind. L.R. 65-2(a), Plaintiff Father Mark O'Keefe respectfully moves for a preliminary injunction prohibiting Defendants from carrying out the execution of prisoner Dustin Lee Honken, scheduled to occur on July 17, 2020 at United States Penitentiary Terre Haute, until the COVID-19 outbreak is under control, such as when a cure or a vaccine is available.

For the reasons explained in the accompanying Memorandum, Plaintiff Father O'Keefe is likely to succeed on the merits in this case and he will suffer irreparable harm in the absence of a preliminary injunction. In addition, the balance of harms weighs in Plaintiff's favor, and a preliminary injunction preserving his right to religious liberty is in the public interest.

Dated:  July 8, 2020                                 Respectfully submitted,

                        By:      */s/  Abigail A. Clapp*

                                 Abigail A. Clapp (Ind. Atty. No. 25444-45)
                                 Greenberg Traurig, LLP
                                 77 W. Wacker Dr., Ste. 3100
                                 Chicago, IL   60601
                                 Tel.    (312) 456-8400
                                 Fax     (312) 899-0393
                                 Email   ClappA@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2020, a copy of the foregoing Motion for Preliminary Injunction was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

                                 /s Abigail A. Clapp