**Declaration of Father Mark O'Keefe Pursuant to 28 U.S.C. § 1746**

I, Father Mark O'Keefe, declare as follows:

1.      I am a Roman Catholic priest and a member of the Order of St. Benedict (Ordo Sancti Benedicti).  I am an accredited volunteer at the Terre Haute federal penitentiary, where I have ministered to Dustin Honken, a Roman Catholic prisoner who is scheduled to be executed by the United States government on July 17, 2020.

2.      On June 30, 2020, Dustin designated me to be his spiritual advisor so that I accompany him at his execution, to minister to him as he exits this world.  Consistent with the teachings of the Catholic Church, I regard this request to be a source of sacred obligation and essential to my own religious practice.

3.      Because the U.S. government has scheduled Dustin's execution during the midst of a pandemic involving the worsening spread of the novel COVID-19 virus, I will be required to place myself, as well those to whom I minister outside the prison, in a position of heightened and unnecessary risk of exposure to the COVID-19 virus, in order to fulfil my sacred obligation of ministry to Dustin in his time of greatest need.

4.      I make this declaration in support of my claim that conducting Dustin's execution during the pandemic burdens my religious practice, namely, my ability to minister to Dustin as taught by the Catholic Church and sincerely sought by Dustin, by forcing me to take on a heightened and unnecessary risk of contracting and spreading the novel COVID-19 virus in order to carry out my ministry (including administration of the sacraments that only a priest can administer).

**CATHOLIC DOCTRINE**

5.     I have observed first-hand that Dustin is a devout and pious practicing Catholic.  I have met with Dustin one-on-one several times, as an accredited volunteer at the Terre Haute prison.

6.     In requesting my ministry at his execution, Dustin seeks to be in a state of grace at the moment of death.  To be sure he remains steadfast in his final act of contrition, which he will make as close to the moment of his death as humanly possible, and to assist him in remaining true to his religious conviction until his death, he has requested my ministry in his last moments, including in the execution chamber as he passes from this life to the next.

7.     Confession and true contrition are essential to Confession which I will be prepared to offer to Dustin at the time of death.

8.     Last Rites is no mere ritual but one of the seven holy sacraments: Baptism, Confession, Communion (Eucharist), Confirmation, Marriage, Ordination, Last Rites.  It can only be administered by an ordained Catholic priest.

9.     Catholic doctrine teaches the following:

   a.  Life is eternal, but life on earth is transient.

   b.  At the end of life, Dustin's soul will pass to eternal life, either heaven, hell, or purgatory.

   c.  If Dustin dies upon having made an act of true contrition, with no denunciation of God or wavering in his contrition, he may avail himself of the redemption offered by the sacrifice Jesus made, and Dustin can eventually achieve life eternal with God.

d. Even if he stays contrite and true to his last breath with my ministering to him, he may suffer in purgatory to atone for his sins on earth before joining God in heaven.

10. Catholics are very mindful that even our Lord and Savior, Jesus Christ, approached despair during his state-ordered execution on the Cross, and cried to his Father "Eli Eli Lama Sabachthani?" or "My God, my God, why hast thou forsaken me?"

11. The guidance and accompaniment of a priest, and the Last Rites and the sacraments of the Eucharist and Confession which Dustin seeks, assist the dying to avail themselves of the redemption offered by Jesus for eternal life with God.

12. The administering of Last Rites and the completion of his last confession and recital of a good act of contrition until the moment of death can enable Dustin to achieve eternal salvation. Denying Dustin those sacraments at the time of his death and denying him the spiritual comfort and guidance that only a priest can provide adds jeopardy to his effort to seek redemption.

13. I feel that I have a sacred religious obligation to be present with and minister to Dustin as he faces his own death. I feel morally and spiritually obligated to honor his request, and to allow him, through my presence and ministry at the time of his death, an opportunity to enter into the next life in the full grace of God. This is one of the most important roles that a priest can possibly play in helping a member of the flock achieve salvation.

**COVID-19 CONCERNS**

14. I am 64 years old. I understand that there is a scientific consensus that, due to my age, I am at a high risk of serious complications and even death attendant to the spread of COVID-19, which has intensified in recent days. I understand that, by agreeing to minister to

Dustin at his execution, I have agreed to put my health, and possibly even my life, in danger. I also recognize that those who contract COVID-19 are highly likely to spread the virus to other people, putting those others at grave risk. I do not take these risks lightly, and they cause me serious fear and concern. Nonetheless, my faith and my personal conscience compel me to fulfill Dustin's request for my ministry at the time of his death.

15.    I am devastated by the prospect of exposing myself and others to the risk of COVID-19 infection because the U.S. government chooses to execute Dustin and others in the midst of this pandemic.   I believe the U.S. government could readily postpone Dustin's execution until a time when I would not have to risk health and life to carry out my sacred obligations as a Catholic priest.

16.    I would note that in mid-March of 2020, in direct response to the risks posed by COVID-19 to visitors and to the inmate population, BOP suspended all visits to prisoners, including religious visits. This has prevented me from visiting and ministering to inmates at Terre Haute at this time.

17.    After the prison scheduled executions last month, the prison began permitting spiritual visits for only the four men with execution dates. However, BOP continues to prohibit volunteers like me to visit all other inmate in the prison, out of concern about the potential spread of COVID-19. And yet the prison compels me at the same time to risk health and life in order to practice my religion with Dustin at his execution.

18.    As part of my Catholic ministry, I am the Resident Chaplain at the Carmelite Monastery in Terre Haute. Among other things, I say a daily Mass for the cloistered nuns, at which I provide them with the holy sacrament of Communion. The nuns and I, each of us, have maintained careful protocols at the monastery to protect ourselves from exposure to COVID-19.

Where necessary, I make trips to the pharmacy and grocery store only for myself; likewise, there is one designated nun who shops for the sisters on their behalf to protect them from direct exposure.

19.    It is an essential part of my ministry that I am able to administer Communion to the nuns on a daily basis. There are several nuns over the age of 60 and a few who are over 80 years old. I understand this means they too are at a heightened risk of serious COVID-19 complications, including death, associated with the current pandemic and with the close contact with others that will be inevitable when I attend Dustin's execution.

20.    I have discussed the issue with the sisters, and while they, too, are concerned and profoundly disappointed by the burden this places on our religious exercise, they are nonetheless steadfast that Dustin must be permitted to have his spiritual advisor present with him as he passes from this life to the next (and that they wish to continue to have daily Communion). While I am also steadfast in my commitment to minister to Dustin at the time of his greatest need, as my faith requires, I am nonetheless gravely worried about the risks this creates for me and for those closest to me in the faith. As a religious man, scholar, and citizen, it seems wholly unnecessary that Dustin's execution would be scheduled in the midst of a pandemic the likes of which this country has never seen. That decision places great burdens on the religious exercise of those, like myself, who feel obligated to tend to the souls of all God's children, even those condemned to die by the U.S. government.

21.    By way of background, I have been a parish priest and pastor, educator and author, as follows:

Current: Resident Chaplain of the Carmelite nuns of the Monastery of St. Joseph, Terre Haute, IN
Education:
Current: Professor of Moral Theology, Saint Meinrad Seminary and School of Theology.

BA (Saint Meinrad College, 1978); MA from Indiana University, and an STL and STD (doctorate in sacred theology) from the Catholic University.
Employment history:
Pastor of St. Mary Parish in Huntingburg, IN, from 2008 to August 2012.
1996-2008- President-rector of Saint Meinrad School of Theology from 1996 to 2008.
Publications: a five-book series on the Catholic priesthood including Priestly Wisdom, Priestly Prayer, Priestly Virtues, The Ordination of a Priest and In Persona Christi. Other books include, Becoming Good, Becoming Holy: On the Relationship of Christian Ethics and Spirituality, What Are They Saying About Social Sin?, and Deciding to Be Christian: A Daily Commitment, Love Awakened by Love: The Liberating Ascent of St. John of the Cross.

22.      For the foregoing reasons, I submit this affidavit in support of my claims that the

Bureau of Prisons has arbitrarily and improperly burdened my religious exercise by

putting to me to the choice of risking my health and life, and the health and life of those I

minister to, in order to do what I feel my faith requires, which is to be present to minister

to Dustin at his execution.

**I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the forgoing is true and correct.**

**Signed:** _Father Mark O'Keefe_
Father Mark O'Keefe

**Date:** _7/7/20_