

**U.S. Department of Justice**
**Federal Bureau of Prisons**
*Federal Correctional Complex*

---

Office of the Complex Warden

*4700 Bureau Road South*
*Terre Haute, Indiana 47802*

July 6, 2020

AMENDED MEMORANDUM FOR DUSTIN HONKEN
FEDERAL REGISTER NO. 06951-029

FROM:    T.J. WATSON, COMPLEX WARDEN

SUBJECT:    Spiritual Advisor

You were sentenced to death in 2004. Nearly one year ago, in July 2019, your execution was scheduled for January 15, 2020. As you are aware, preparations to conduct that execution continued until the evening of December 6, 2019. At no point during that lengthy period did you request the presence of a spiritual adviser at your execution.

On June 15, 2020, your execution was rescheduled for July 17, 2020. On June 19, 2020 you sent a request to the Warden asking that your chosen Priest or Bishop be permitted to be in your immediate presence in the execution room before and during your execution. You later revised your request upon submission of your Form A "Requested Witnesses" on June 30, 2020, asking that Fr. Mark O'Keefe, a Roman Catholic Priest, be permitted to provide pastoral care before, during, and after your execution. Although this request is profoundly untimely given your extensive delay, the Federal Bureau of Prisons (BOP) has carefully considered it and determined that it will be granted.

Federal regulations provide that an inmate may have access to a spiritual adviser in the days leading up to an execution, 28 C.F.R. § 26.4(b), and we have approved your access to Fr. O'Keefe during that time. In addition, on the day of your execution, Fr. O'Keefe will be permitted to provide spiritual services to you during your time in the execution facility. After you are transferred to the execution room, he will be escorted into the room for a brief non-contact visit with you in the presence of an assigned BOP staff member, which will provide an opportunity to engage in final prayers or other end-of-life spiritual rites. He will be permitted to remain in the execution room with the assigned BOP staff member during the execution procedure. Any disruptive physical or verbal behavior will result in his immediate removal from the room for the remainder of the procedure. Should any of the confidential staff need to enter the room during the procedure, he will be escorted out of the room while the confidential staff are present. Upon completion of the execution, he will be given brief access to your body to say additional prayers or perform appropriate spiritual rites if you so choose. We will be in contact with Fr. O'Keefe in advance of the execution to further discuss logistical details and answer any questions.

I trust this is responsive to your request.

cc: Timothy Kane
    Shawn Nolan