# PORTLAND.

Last Friday was excuted in this town Thomas Bird, who at the district Court held the first instant, was convicted of the murder of Capt. John Conner, on board the Mary, on the Coast of Affrica. The number of spectators was judged to be not less than three or four thousand, who generally paid a decent attention to the solemn religious exercises of the day. This is supposed to be the first instance of capital punishment under the new national government.

Yesterday forenoon, Peter Lecroix, Joseph Baker and Joseph Berouse, were executed on the island opposite the city, for piracy and murder agreeable to their sentence. The Rev. clergy of different denominations assisted these unhappy persons in devotional exercises previous to their leaving prison. Lacroix was attended to the place of execution by a clergyman of the Presbyterian church; Baker and Berouse were accompanied by Clergymen of the Roman Catholic persuasion.

About eleven o'clock they were brought from prison by the civil officers, and conducted in a cart to market street wharf, where a boat received and conveyed them to the island. Being arrived at the fatal spot, the prisoners kneeled down, and after some time spent in prayer, with much contrition on the part of Berouse and Baker, they were prepared for the conclusion of the awful scene. Lacroix, who though he discovered to the spectators no external marks of penitence, yet in fact had such exercises of mind as to afford to those who conversed with him some grounds for hope, first mounted the scaffold, and declared his peace with all mankind, and hoped for the like disposition towards him, and for the forgiveness of God for all his crimes, said he was ready and resigned to his fate. He shewed throughout, great composures.

The agitation of Baker and Berouse was extreme; and they employed their remaining time in the most earnest supplications to

https://www.newspapers.com/image/543222960

The Times (Streator, Illinois) · Fri, Feb 24, 1956 · Page 1

Downloaded on Jun 30, 2020



# ARTHUR BROWN EXECUTED IN GAS CHAMBER

## Pays With His Life for Slaying of Kansas City Woman

JEFFERSON CITY, Mo. (AP) — Sweating nervously but otherwise showing no emotion, Arthur Ross Brown gulped cyanide gas and died quickly early today, reaching the end he had sought for his crime-filled life.

He was executed in the Missouri prison's gas chamber for kidnaping, robbing, raping and slaying Mrs. Wilma Allen, 34-year-old Kansas City mother, of two, last August.

Brown, 30, readily admitted the crime when he was arrested in San Francisco in November. He pleaded guilty in federal court in Kansas City and welcomed the death penalty because "I couldn't live in prison with that crime on my mind."

On the way to the death chamber Brown told U.S. Marshal Burke Dennis:

"Marshal, I sure thank you. I appreciate all you've done for me and my mother." The mother, Mrs. Mary Brown of Oakland, Calif., had visited her son in the prison.

Two Catholic priests entered the death chamber and recited a prayer while Brown was being strapped into the chair. He joined them in a final "Hail Mary."

James D. Carter, corrections director and acting warden, tripped the lever that released the gas at 12:08 a.m. Prison physicians said Brown was dead three minutes later.

Brown's criminal career began in 1941 when he was convicted of kidnaping in California and was sentenced to 14 months in the reformatory.

In addition, he was wanted in Wyoming, where he allegedly shot Sheriff Willard Marshall of Sheridan, Wyo., last Aug. 31 to escape arrest.

Brown, father of a girl, was divorced by his wife while he was awaiting execution. His wife said she left him in California and went to Kansas City. He followed her there last fall and threatened to kill her, she said.

Copyright © 2020 Newspapers.com. All Rights Reserved.

POWERED BY Newspapers.com