

**From:** Kiersten Orr <kshepherd@bop.gov>
**Sent:** Tuesday, July 7, 2020 8:12 AM
**To:** Fr. Mark O'Keefe <mokeefe@saintmeinrad.edu>
**Subject:** FCC Terre Haute Volunteer Status

Greetings,

We hope you and your family are well.

FCC Terre Haute is <u>NOT</u> allowing volunteer entry the Complex at this time.  Additionally, all training has been postponed.  We will contact you with further information, once it becomes available.

In Service,

**Mrs. Kiersten Orr**
**Religious Services Assistant**
**FCC Terre Haute**
**812-238-1531 extension 3434 FCI Office (Main Office)**
**812-244-4400 extension 4675 USP Office"**