**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| DALE HARTKEMYER (AKA SEIGEN), | : | |
| | : | |
| Plaintiff, | : | Case No. 2:20-CV-00336-JMS-DLP |
| | : | |
| v. | : | |
| | : | |
| WILLIAM P. BARR, in his official capacity as | : | |
| the Attorney General of the United States; | : | |
| MICHAEL CARVAJAL, in his official capacity | : | |
| as the Director of the Federal Bureau of Prisons; | : | |
| and T.J. WATSON, in his official capacity as the | : | |
| Complex Warden for the United States | : | |
| Penitentiary, Terre Haute, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER GRANTING PRELIMINARY INJUNCTION**

Upon consideration of the Motion for Preliminary Injunction filed by Plaintiff Father

Mark O'Keefe, and the entirety of the record in this case, it is now ORDERED that the motion

be, and hereby is, GRANTED.

Specifically, the Court ORDERS that:

(1) Defendants are enjoined from carrying out the execution of Dustin Lee Honken on

July 15, 2020, until the threat to public health posed by the COVID-19 pandemic has

passed; and

(2) Defendants are enjoined from scheduling a new execution date pending further order

of the Court.

Dated: _____

_____
THE HONORABLE JANE MAGNUS-STINSON
United States District Court
Southern District of Indiana