**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | |
|---|---|
| DALE HARTKEMEYER (AKA SEIGEN)    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Case No. 2:20-cv-00336-JMS-DLP |
| ) | |
| WILLIAM P. BARR, in his official    ) | |
| capacity as the Attorney General of the    ) | **ORDER GRANTING PLAINTIFF'S** |
| United States; MICHAEL CARVAJAL, in    ) | **MOTION FOR       LEAVE TO** |
| his official capacity as the Director of the    ) | **FILE REPLY BRIEF IN EXCESS** |
| Federal Bureau of Prisons; and T.J.    ) | **OF 20 PAGES** |
| WATSON, in his official capacity as    ) | |
| Complex Warden for Terre Haute Federal    ) | |
| Correctional Complex,    ) | |
| ) | |
| Defendants.    ) | |
| ) | |

On motion of Plaintiff and for good cause shown, the Court hereby GRANTS Plaintiff's

Motion for Leave to File Reply Brief in Excess of 20 pages [56].

SO ORDERED.

Date: 7/9/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to counsel of record
electronically registered.