## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) <br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correctional Complex, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:20-cv-00336-JMS-DLP |

## AFFIDAVIT OF MAILING

I, JOHN FIGURA, hereby state that on the 6th day of July, 2020, I caused to be deposited in the United States Mail a package containing a copy of the summons and complaint in the above-captioned case, postage prepaid, certified mail, return receipt requested, addressed to the following defendant:

> William P. Barr, Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530

Attached and made a part of this affidavit is the United States Postal Service tracking for certified mail, **No. 7018-3090-0000-7784-0297**, showing delivery to the above-referenced defendant on July 8, 2020.

I declare under penalty of Perjury that the foregoing is true and correct.

Dated: 7/9/2020

_____
John Figura

## ADDITIONAL DOCUMENTS SERVED

- Complaint and Notice of Related Action (Dkt. No. [01])

- Appearance of Counsel David C. Fathi (Dkt. No. [02])

- Summonses for Defendants T.J. Watson, William P. Barr, and Michael Carvajal (Dkt. No. [03])

- Notice, Consent, and Reference of Civil Action to Magistrate Judge (Dkt. No. [04])

- Chief Judge Jane E. Magnus-Stinson's Practices & Procedures (Dkt. No. [05])

- Motion for Preliminary Injunction and Exhibits (Dkt. No. [06])

- Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction (Dkt. No. [07])

- Order Setting July 6, 2020 Telephonic Status Conference (Dkt. No. [08])

- Motions to Appear *Pro Hac Vice* Filed on Behalf of Plaintiff's Attorneys (Dkt. Nos. [10], [11], [12], [13], [14], [15], [16], [24], [25])

- Notice of Related Recent Opinion (Dkt. No. [26])

- Notice of Petition for Reconsideration of Related Recent Opinion (Dkt. No. [27])

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAG…

# USPS Tracking®

FAQs >

## Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 70183090000077840297

Remove ✕

Your item was delivered at 4:46 am on July 8, 2020 in WASHINGTON, DC 20530.

## ⊘ Delivered

July 8, 2020 at 4:46 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ∨

Feedback

---

**Text & Email Updates** ∨

---

**Tracking History** ∨

---

**Product Information** ∧

| | | |
|---|---|---|
| **Postal Product:** Priority Mail® | **Features:** Certified Mail™ Up to $50 insurance included. Restrictions Apply ⓘ | See tracking for related item: **9590940247988344726413 (/go/TrackConfirmAction? tLabels=9590940247988344726413)** |

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**









