# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER (AKA SEIGEN)<br>Plaintiff,<br><br>v.<br><br>WILLIAM P. BARR, in his official<br>capacity as the Attorney General of the<br>United States; MICHAEL CARVAJAL, in<br>his official capacity as the Director of the<br>Federal Bureau of Prisons; and T.J.<br>WATSON, in his official capacity as<br>Complex Warden for Terre Haute Federal<br>Correctional Complex,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:20-cv-00336-JMS-DLP |

## AFFIDAVIT OF MAILING

I, JOHN FIGURA, hereby state that on the 6th day of July, 2020, I caused to be deposited in the United States Mail a package containing a copy of the summons and complaint in the above-captioned case, postage prepaid, certified mail, return receipt requested, addressed to the following defendant:

Michael Carvajal
Acting Director Federal Bureau of Prisons
U.S. Department of Justice
320 First St., NW
Washington, DC 20534

Attached and made a part of this affidavit is the United States Postal Service tracking for certified mail, **No. 7018-3090-0000-7784-0310**, showing delivery to the above-referenced defendant on July 7, 2020.

I declare under penalty of Perjury that the foregoing is true and correct.

Dated: 7/9/2020

John Figura

**ADDITIONAL DOCUMENTS SERVED**

- Complaint and Notice of Related Action (Dkt. No. [01])

- Appearance of Counsel David C. Fathi (Dkt. No. [02])

- Summonses for Defendants T.J. Watson, William P. Barr, and Michael Carvajal (Dkt. No. [03])

- Notice, Consent, and Reference of Civil Action to Magistrate Judge (Dkt. No. [04])

- Chief Judge Jane E. Magnus-Stinson's Practices & Procedures (Dkt. No. [05])

- Motion for Preliminary Injunction and Exhibits (Dkt. No. [06])

- Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction (Dkt. No. [07])

- Order Setting July 6, 2020 Telephonic Status Conference (Dkt. No. [08])

- Motions to Appear *Pro Hac Vice* Filed on Behalf of Plaintiff's Attorneys (Dkt. Nos. [10], [11], [12], [13], [14], [15], [16], [24], [25])

- Notice of Related Recent Opinion (Dkt. No. [26])

- Notice of Petition for Reconsideration of Related Recent Opinion (Dkt. No. [27])

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAGE...

# USPS Tracking®

FAQs >

**Track Another Package +**

Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 70183090000077840310

Remove ✕

Your item was delivered to an individual at the address at 12:06 pm on July 7, 2020 in WASHINGTON, DC 20534.

## ⊘ Delivered

July 7, 2020 at 12:06 pm
Delivered, Left with Individual
WASHINGTON, DC 20534

**Get Updates** ∨

Feedback

| | |
|---|---|
| **Text & Email Updates** | ∨ |
| **Tracking History** | ∨ |
| **Product Information** | ∧ |

| Postal Product: Priority Mail® | Features: Certified Mail™ Up to $50 insurance included. Restrictions Apply ⓘ | See tracking for related item: 9590940247988344726338 (/go/TrackConfirmAction?tLabels=9590940247988344726338) |
|---|---|---|

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**







