## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

DALE HARTKEMEYER (AKA SEIGEN)
Plaintiff,

v.

WILLIAM P. BARR, in his official
capacity as the Attorney General of the
United States; MICHAEL CARVAJAL, in
his official capacity as the Director of the
Federal Bureau of Prisons; and T.J.
WATSON, in his official capacity as
Complex Warden for Terre Haute Federal
Correctional Complex,
Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:20-cv-00336-JMS-DLP

## AFFIDAVIT OF MAILING

I, JOHN FIGURA, hereby state that on the 6th day of July, 2020, I caused to be deposited in the United States Mail a package containing a copy of the summons and complaint in the above-captioned case, postage prepaid, certified mail, return receipt requested, addressed to the following defendant:

> T.J. Watson, Complex Warden
> USP – Terre Haute
> U.S. Penitentiary
> 4700 Bureau Road South
> Terre Haute, IN 47802

Attached and made a part of this affidavit is the United States Postal Service tracking for certified mail, **No. 7018-2290-0001-3682-8601** showing delivery to the above-referenced defendant on July 8, 2020.

I declare under penalty of Perjury that the foregoing is true and correct.

Dated: _____7/9/2020_____          _____
                                         John Figura

## ADDITIONAL DOCUMENTS SERVED

- Complaint and Notice of Related Action (Dkt. No. [01])

- Appearance of Counsel David C. Fathi (Dkt. No. [02])

- Summonses for Defendants T.J. Watson, William P. Barr, and Michael Carvajal (Dkt. No. [03])

- Notice, Consent, and Reference of Civil Action to Magistrate Judge (Dkt. No. [04])

- Chief Judge Jane E. Magnus-Stinson's Practices & Procedures (Dkt. No. [05])

- Motion for Preliminary Injunction and Exhibits (Dkt. No. [06])

- Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction (Dkt. No. [07])

- Order Setting July 6, 2020 Telephonic Status Conference (Dkt. No. [08])

- Motions to Appear *Pro Hac Vice* Filed on Behalf of Plaintiff's Attorneys (Dkt. Nos. [10], [11], [12], [13], [14], [15], [16], [24], [25])

- Notice of Related Recent Opinion (Dkt. No. [26])

- Notice of Petition for Reconsideration of Related Recent Opinion (Dkt. No. [27])

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAG…

## USPS Tracking®

FAQs ›

### Track Another Package  +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=h mepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 70182290000136828601

Remove ✕

Your item was picked up at a postal facility at 7:27 am on July 8, 2020 in TERRE HAUTE, IN 47802.

### ⊘ Delivered

July 8, 2020 at 7:27 am
Delivered, Individual Picked Up at Postal Facility
TERRE HAUTE, IN 47802

**Get Updates** ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌄ |
| Product Information | ⌃ |

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™

Up to $50 insurance included. Restrictions Apply ⓘ

**See tracking for related item:**
**9590940247988344726321**
**(/go/TrackConfirmAction?tLabels=9590940247988344726321)**

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

TERRE HAUTE, IN 47802

| Certified Mail Fee | $3.55 | | 0217 |
| | | $2.85 | 45 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 | |
| Postage | | | |
| $ | $11.55 | | |
| Total Postage and Fees | | | 07/06/2020 |
| $ | $17.95 | | |

Sent To  T. J. Watson, Complex Warden
USP – Terre Haute
Street and Apt. No., or PO Box No.  Penitentiary
4700 Bureau Road South
City, State, ZIP+4®  Terre Haute, IN 47802

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20530

| Certified Mail Fee | $3.55 | | 0217 |
| | | $2.85 | 45 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 | |
| Postage | | | |
| $ | $9.20 | | |
| Total Postage and Fees | | | 07/06/2020 |
| $ | $15.60 | | |

Assistant Attorney General for Administration
Sent To  U.S. Department of Justice
Justice Management Division
Street and Apt. No., or PO Box No.  950 Pennsylvania Avenue, NW
City, State, ZIP+4®  Room 1111
Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

INDIANAPOLIS, IN 46204

| Certified Mail Fee | $3.55 | | 0217 |
| | | $2.85 | 45 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 | |
| Postage | | | |
| $ | $11.55 | | |
| Total Postage and Fees | | | 07/06/2020 |
| $ | $17.95 | | |

Sent To  Civil Process Clerk
United States Attorney's Office
Street and Apt. No., or PO Box No.  Southern District of Indiana
City, State, ZIP+4®  10 West Market St., Suite 2100
Indianapolis, IN 46204

PS Form 3800, April 2015    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20534

| Certified Mail Fee | $3.55 | | 0217 |
| | | $2.85 | 45 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 | |
| Postage | | | |
| $ | $9.20 | | |
| Total Postage and Fees | | | 07/06/2020 |
| $ | $15.60 | | |

Michael Carvajal
Sent To  Acting Director Federal Bureau of Prisons
U.S. Department of Justice
Street and Apt. No., or PO Box No.  320 First St., NW
City, State, ZIP+4®  Washington, DC 20534

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20530

| Certified Mail Fee | $3.55 | | 0217 |
| | | $2.85 | 45 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 | |
| Postage | | | |
| $ | $9.20 | | |
| Total Postage and Fees | | | 07/06/2020 |
| $ | $15.60 | | |

William P. Barr, Attorney General
Sent To  U.S. Department of Justice
Street and Apt. No., or PO Box No.  950 Pennsylvania Avenue, NW
City, State, ZIP+4®  Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions