**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |
|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>WILLIAM P. BARR, in his official )<br>capacity as the Attorney General of the )<br>United States; MICHAEL CARVAJAL, in )<br>his official capacity as the Director of the )<br>Federal Bureau of Prisons; and T.J. )<br>WATSON, in his official capacity as )<br>Complex Warden for Terre Haute Federal )<br>Correctional Complex, )<br>    Defendants. )<br> ) | Case No. 2:20-cv-00336-JMS-DLP |

## AFFIDAVIT OF MAILING

I, JOHN FIGURA, hereby state that on the 6th day of July, 2020, I caused to be deposited in the United States Mail a package containing a copy of the summons and complaint in the above-captioned case, postage prepaid, certified mail, return receipt requested, addressed to the following defendant:

Civil Process Clerk
United States Attorney's Office
Southern District of Indiana
10 W Market St, Suite 2100
Indianapolis, IN 46204

Attached and made a part of this affidavit is the United States Postal Service tracking for certified mail, **No. 7018-2290-0001-3682-8595**, showing delivery to the above-referenced defendant on July 8, 2020.

I declare under penalty of Perjury that the foregoing is true and correct.

Dated: _7/9/2020_            _____
                                          John Figura

## ADDITIONAL DOCUMENTS SERVED

- Complaint and Notice of Related Action (Dkt. No. [01])

- Appearance of Counsel David C. Fathi (Dkt. No. [02])

- Summonses for Defendants T.J. Watson, William P. Barr, and Michael Carvajal (Dkt. No. [03])

- Notice, Consent, and Reference of Civil Action to Magistrate Judge (Dkt. No. [04])

- Chief Judge Jane E. Magnus-Stinson's Practices & Procedures (Dkt. No. [05])

- Motion for Preliminary Injunction and Exhibits (Dkt. No. [06])

- Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction (Dkt. No. [07])

- Order Setting July 6, 2020 Telephonic Status Conference (Dkt. No. [08])

- Motions to Appear *Pro Hac Vice* Filed on Behalf of Plaintiff's Attorneys (Dkt. Nos. [10], [11], [12], [13], [14], [15], [16], [24], [25])

- Notice of Related Recent Opinion (Dkt. No. [26])

- Notice of Petition for Reconsideration of Related Recent Opinion (Dkt. No. [27])

**ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAG…**

# USPS Tracking®

FAQs >

## Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 70182290000136828595

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:34 pm on July 8, 2020 in INDIANAPOLIS, IN 46204.

## ⊘ Delivered

July 8, 2020 at 1:34 pm
Delivered, Front Desk/Reception/Mail Room
INDIANAPOLIS, IN 46204

**Get Updates** ⌄

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌃ |

**Postal Product:** Priority Mail®

**Features:**
Certified Mail™
Up to $50 insurance included. Restrictions Apply ⓘ

**See tracking for related item: 9590940247988344726314 (/go/TrackConfirmAction? tLabels=9590940247988344726314)**

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**









