UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DALE HARTKEMEYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00336-JMS-DLP |
| | ) | |
| WILLIAM P. BARR, | ) | |
| MICHAEL CARVAJAL, | ) | |
| T. J. WATSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| FATHER MARK OKEEFE, | ) | |
| | ) | |
| Intervenor Plaintiff. | ) | |

**AMENDED SCHEDULING ORDER**
**TELEPHONIC STATUS CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The Court, *sua sponte*, hereby **CONVERTS** the July 9, 2020 telephonic

status conference to a settlement conference. Counsel shall attend the conference by

calling the designated telephone number, to be provided by the Court via email

generated by the Court's ECF system.

SO ORDERED.

Date: 7/9/2020

_____
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email