UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER<br>   a/k/a SEIGEN,<br><br>               Plaintiff,<br><br>          v.<br><br>WILLIAM P. BARR,<br>MICHAEL CARVAJAL,<br>T. J. WATSON,<br><br>               Defendants.<br>_____<br><br>FATHER MARK OKEEFE,<br><br>          Intervenor Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:20-cv-00336-JMS-DLP |

**MINUTE ENTRY FOR JULY 8, 2020**
**STATUS CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference on July 8, 2020.

The parties discussed the status of the Motions to Intervene.  The call was held and

concluded.

Date: 7/9/2020

_____
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Kyle R. Freeny
Greenberg Traurip, LLP
2101 L Street, N.W.
Washington, DC 20027

Michael M. Kraus
Greenberg Traurig, LLP
90 South Seventh Street
Suite 3500
Minneapolis, MN 55402