UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DALE HARTKEMEYER (AKA SEIGEN),<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correctional Complex,<br><br>Defendants. | Cause No. 2:20-cv-00336-JMS-MJD |

**NOTICE TO COURT**

The Defendants William Barr, Michael Carvajal, and T.J. Watson, in their official capacities, respectfully notify the Court of factual developments, which have occurred since the Defendants filed their Response In Opposition to Motion for Preliminary Injunction (ECF No. 33) and supporting Exhibit (ECF No. 33-1 (Winter Decl.).) The Defendants have supplemented Paragraph 7 of the Winter Declaration to reflect the change in facts.

JOSH J. MINKLER
United States Attorney

By:   _s/ Shelese Woods_____
Shelese Woods
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2020, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

                                                     s/ *Shelese Woods*
                                                     Shelese Woods
                                                     Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333
(317) 226-6125 [Fax]