UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DALE HARTKEMEYER (AKA SEIGEN), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:20-cv-00336-JMS-DLP |
| | ) | |
| WILLIAM P. BARR, in his official | ) | |
| capacity as the Attorney General of the | ) | |
| United States; MICHAEL CARVAJAL, in | ) | |
| his official capacity as the Director of the | ) | |
| Federal Bureau of Prisons; and T.J. | ) | |
| WATSON, in his official capacity as | ) | |
| Complex Warden for Terre Haute Federal | ) | |
| Correctional Complex, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Defendants William Barr, Michael Carvajal, and T.J. Watson, in their official

capacities, respectfully notify the Court of the Seventh Circuit's decision in *Peterson v. Barr*,

Case No. 20-2252 (final opinion dated July 12, 2020) (district court Cause No. 2:20-cv-00350-

JMS-DLP).

JOSH J. MINKLER
United States Attorney

By:   _s/ Shelese Woods_____
Shelese Woods
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 12, 2020, the foregoing was filed electronically through

ECF/CM.  On this same date, electronic service will be made to all counsel of record through the

Court's ECF/CM system.


<u>s/ *Shelese Woods*</u>
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333
(317) 226-6125 [Fax]