# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

|  |  |
|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM P. BARR, in his official ) <br> capacity as the Attorney General of the ) <br> United States; MICHAEL CARVAJAL, in ) <br> his official capacity as the Director of the ) <br> Federal Bureau of Prisons; and T.J. ) <br> WATSON, in his official capacity as ) <br> Complex Warden for Terre Haute Federal ) <br> Correctional Complex, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:20-cv-00336-JMS-DLP |

## NOTICE OF SUPPLEMENTAL RECORD

Plaintiff, by and through undersigned counsel, submits the following declarations in response to Defendants' July 12, 2020 Notice to the Court [Filing No. 77]: (1) Second Supplemental Declaration of Dr. Joe Goldenson; (2) Supplemental Declaration of Cassandra Stubbs; (3) Supplemental Declaration of Elizabeth Vartkessian, PH.D.

Dated: July 12, 2020

                                              Respectfully submitted,

                                              /s/ *David C. Fathi*

| | |
|---|---|
| Douglas Hallward-Driemeier <br> Maria G. Calvet <br> Michelle H. Behrens | David C. Fathi* <br> Daniel Mach <br> Heather L. Weaver |

<div style="display: flex;">
<div>

John T. Dey  
ROPES & GRAY LLP  
2099 Pennsylvania Avenue NW  
Washington D.C. 20006  
Tel:  (202) 508-4600  
Douglas.Hallward-Driemeier@ropesgray.com  
Maria.Calvet@ropesgray.com  
Michelle.Behrens@ropesgray.com  
John.Dey@ropesgray.com  

</div>
<div>

Jennifer Wedekind  
AMERICAN CIVIL LIBERTIES UNION  
 FOUNDATION  
915 15th Street NW  
Washington, DC 20005  
(202) 548-6603  
dfathi@aclu.org  
dmach@aclu.org  
hweaver@aclu.org  
jwedekind@aclu.org  

Cassandra Stubbs  
Amy Fly  
AMERICAN CIVIL LIBERTIES UNION  
 FOUNDATION  
201 W. Main St., Suite 402  
Durham, NC 27701  
(919) 688-4605  
cstubbs@aclu.org  
afly@aclu.org  

*Not admitted in D.C.; practice limited to federal courts  

*Attorneys for Plaintiff*

</div>
</div>

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 12th day of July, 2020, I caused the foregoing to be filed electronically with the Clerk of the Court via CM/ECF, with all authorized parties being served electronically via CM/ECF.

/s/ *David C. Fathi*_____
David C. Fathi
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org