UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DALE HARTKEMEYER (AKA SEIGEN), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:20-cv-00336-JMS-DLP |
| ) | |
| WILLIAM P. BARR, in his official ) | |
| capacity as the Attorney General of the ) | |
| United States; MICHAEL CARVAJAL, in ) | |
| his official capacity as the Director of the ) | |
| Federal Bureau of Prisons; and T.J. ) | |
| WATSON, in his official capacity as ) | |
| Complex Warden for Terre Haute Federal ) | |
| Correctional Complex, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

The Defendants William Barr, Michael Carvajal, and T.J. Watson, in their official

capacities, respectfully notify the Court of the Supreme Court's decision in *William Barr, et al.*

*v. Daniel Lewis Lee, et al.* (*In Re: Protocol Cases*), Case No. 20A8, 591 U. S. ____ (2020) (final

opinion dated July 14, 2020).

JOSH J. MINKLER
United States Attorney

By:    _s/ Shelese Woods_____
Shelese Woods
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 14, 2020, the foregoing was filed electronically through

ECF/CM. On this same date, electronic service will be made to all counsel of record through the

Court's ECF/CM system.

s/ <u>*Shelese Woods*</u>
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333
(317) 226-6125 [Fax]