**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:20-cv-00336-JMS-DLP |
| WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correctional Complex, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| FATHER MARK OKEEFE, | ) ) ) | |
| Intervenor Plaintiff. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Rev. Dale Hartkemeyer (aka Seigen) and Intervenor Plaintiff Father Mark O'Keefe in the above named case, hereby appeal to the United States Court of Appeals for the 7th Circuit from the Order Denying Motion for Preliminary Inunction entered in this action on the 14th day of July, 2020.

Respectfully submitted,

/s/      *David C. Fathi*

David C. Fathi**
Daniel Mach

Abigail A. Clapp (Ind. Atty. No. 25444-45)

Greenberg Traurig, LLP
77 W. Wacker Dr., Ste. 3100
Chicago, IL 60601
Tel:  (312) 508-4600
Fax  (312) 899-0393
ClappA@gtlaw.com

Edward C. Wallace*
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Tel:  (212) 801-9200
WallaceE@gtlaw.com

Michael M. Krauss (*pro hac vice*)
Greenberg Traurig, LLP
90 South Seventh Street, Suite 3500
Minneapolis, MN 55402
Tel:  (612) 259-9700
KraussM@gtlaw.com

Kyle R. Freeny (*pro hac vice*)
Greenberg Traurig, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Tel:  (202) 331-3100
FreenyK@gtlaw.com

\*_pro hac vice_ motion forthcoming

*Counsel for Plaintiff Intervenor Father Mark O'Keefe, OSB*

Heather L. Weaver
Jennifer Wedekind
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org
dmach@aclu.org
hweaver@aclu.org
jwedekind@aclu.org

Cassandra Stubbs
Amy Fly
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
201 W. Main St., Suite 402
Durham, NC 27701
(919) 688-4605
cstubbs@aclu.org
afly@aclu.org

Douglas Hallward-Driemeier
Maria G. Calvet
Michelle H. Behrens
John T. Dey
ROPES & GRAY LLP
2099 Pennsylvania Avenue NW
Washington D.C. 20006
Tel:  (202) 508-4600
Douglas.Hallward-
  Driemeier@ropesgray.com
Maria.Calvet@ropesgray.com
Michelle.Behrens@ropesgray.com
John.Dey@ropesgray.com

\*\*Not admitted in D.C.; practice limited to federal courts

*Counsel for Plaintiff Dale Hartkemeyer (aka Seigen)*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 14th day of July, 2020, I caused the foregoing to be filed electronically with the Clerk of the Court via CM/ECF, with all authorized parties being served electronically via CM/ECF.

/s/ *David C. Fathi*_____
David C. Fathi
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org
