# UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) and FATHER MARK O'KEEFE<br>　　　Petitioners-Appellants,<br><br>　　v.<br><br>WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correctional Complex,<br><br>　　　Respondents-Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:20-cv-00336-JMS-DLP<br><br>**DEATH PENALTY CASE EXECUTION SCHEDULED FOR JULY 15, 2020** |

## APPELLANTS' DOCKETING STATEMENT

Pursuant to Seventh Circuit Rule 3(c)(1), Petitioners-Appellants Dale Hartkemeyer (aka Seigen) and Father Mark O'Keefe, by and through undersigned counsel, hereby submit this docketing statement for their appeal.

## I.　JURISDICTION OF THE DISTRICT COURT

The District Court had jurisdiction over this matter as a civil action arising under the laws of the United States pursuant to 28 U.S.C. § 1331, with claims arising under the Religious Freedom Restoration Act, 42 U.S.C. § 2000bb *et seq.*, and the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*

## II.    JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the order of the U.S. District Court for the Southern District of Indiana entered on July 14, 2020 by the Honorable Jane Magnus-Stinson denying Petitioners-Appellants' motion for preliminary injunction.  The United States Court of Appeals has jurisdiction to decide this case pursuant to 28 U.S.C. § 1292.  The notice of appeal was filed on July 14, 2020.

## III.    PRIOR OR RELATED APPELLATE PROCEEDINGS

Pursuant to Seventh Circuit Rule 22(a), in "cases involving persons under sentence of capital punishment," "[t]he panel to which a case is assigned will handle all substantial matters pertaining to the case, including . . . stays of execution . . . ."  Wesley Purkey, for whom Petitioner-Appellant Hartkemeyer serves as spiritual advisor, currently has an appeal pending before the U.S. Court of Appeals for the Seventh Circuit.  *See Purkey v. United States*, No. 19-3318, 2020 WL 3958442 (7th Cir. July 13, 2020) (denying Respondents-Appellees' motion for reconsideration).


Respectfully submitted this 14th day of July, 2020.

/s/      *David C. Fathi*

David C. Fathi**
Daniel Mach
Heather L. Weaver
Jennifer Wedekind
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org
dmach@aclu.org
hweaver@aclu.org

Abigail A. Clapp (Ind. Atty. No. 25444-45)
Greenberg Traurig, LLP
77 W. Wacker Dr., Ste. 3100
Chicago, IL 60601
Tel:  (312) 508-4600
Fax  (312) 899-0393
ClappA@gtlaw.com

Edward C. Wallace
Greenberg Traurig, LLP
200 Park Avenue

New York, NY 10166
Tel:  (212) 801-9200
WallaceE@gtlaw.com

Michael M. Krauss
Greenberg Traurig, LLP
90 South Seventh Street, Suite 3500
Minneapolis, MN 55402
Tel:  (612) 259-9700
KraussM@gtlaw.com

Kyle R. Freeny
Greenberg Traurig, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Tel:  (202) 331-3100
FreenyK@gtlaw.com


*Counsel for Petitioner-Appellant Father
Mark O'Keefe*

jwedekind@aclu.org

Cassandra Stubbs
Amy Fly
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
201 W. Main St., Suite 402
Durham, NC 27701
(919) 688-4605
cstubbs@aclu.org
afly@aclu.org

Douglas Hallward-Driemeier
Maria G. Calvet
Michelle H. Behrens
John T. Dey
ROPES & GRAY LLP
2099 Pennsylvania Avenue NW
Washington D.C. 20006
Tel:  (202) 508-4600
Douglas.Hallward-
    Driemeier@ropesgray.com
Maria.Calvet@ropesgray.com
Michelle.Behrens@ropesgray.com
John.Dey@ropesgray.com

**Not admitted in D.C.; practice limited to
federal courts


*Counsel for Petitioner-Appellant Dale
Hartkemeyer (aka Seigen)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 14th day of July, 2020, I caused the foregoing to be

filed electronically with the Clerk of the Court via CM/ECF, with all authorized parties being

served electronically via CM/ECF.

/s/ *David C. Fathi*
David C. Fathi
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org