# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 14, 2020

**To:**    Roger A. G. Sharpe
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 20-2262
>
> Caption:
> DALE HARTKEMEYER,
> Plaintiff - Appellant
>
> and
>
> FATHER MICHAEL O'KEEFE,
> Intervening Plaintiff - Appellant
>
> v.
>
> WILLIAM P. BARR, Attorney General of the United States, et al.,
> Defendants - Appellees
>
> District Court No: 2:20-cv-00336-JMS-DLP
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge Jane Magnus-Stinson
>
> Date NOA filed in District Court: 07/14/2020

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)