UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER<br>a/k/a SEIGEN,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM P. BARR,<br>MICHAEL CARVAJAL,<br>T. J. WATSON,<br><br>Defendants.<br><br>FATHER MARK OKEEFE,<br><br>Intervenor Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:20-cv-00336-JMS-DLP |

**MINUTE ENTRY FOR JULY 9, 2020**
**SETTLEMENT CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference.

A settlement was not achieved.

Date: 7/14/2020

Distribution:

All ECF-registered counsel of record via e

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana