**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-00336-JMS-MJD |
| | ) | |
| WILLIAM P. BARR, in his official | ) | |
| capacity as the Attorney General of the | ) | |
| United States; MICHAEL CARVAJAL, in | ) | |
| his official capacity as the Director of the | ) | |
| Federal Bureau of Prisons; and T.J. | ) | |
| WATSON, in his official capacity as | ) | |
| Complex Warden for Terre Haute Federal | ) | |
| Correctional Complex, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR REFUND**

Heather L. Weaver of the American Civil Liberties Union Foundation hereby moves this court for an Order granting a Motion for Refund. On July 4, 2020, counsel filed two *pro hac vice* motions for Mach and Weaver, respectively. Each motion cost $100. Ms. Weaver was charged $300 rather $200 for the two motions. The receipt numbers are 1165 and 1163 (see Exhibit A). Ms. Weaver requests the court grant a $100 refund for the additional charge.

Dated: July 23, 2020                                        Respectfully submitted,

                                                                    */s/ Heather L. Weaver*
                                                                    Heather L. Weaver
                                                                    AMERICAN CIVIL LIBERTIES
                                                                    UNION FOUNDATION

915 15th Street NW
Washington, DC 20005
(202) 675-2330
hweaver@aclu.org

*Attorney for Plaintiff*

# EXHIBIT A

| | |
|---|---|
| **From:** | Rebekah Farrington |
| **To:** | Ariana Arzani |
| **Subject:** | FW: 2-20-cv-336 Harkemeyer |
| **Date:** | Tuesday, July 14, 2020 1:36:28 PM |
| **Attachments:** | image001.png |
| | image002.png |

Ms. Arzani:

I have confirmed that you were charged $300 rather than $200. Please file a motion for refund, along with a proposed order. Feel free to copy/past this correspondence as an attachment to your motion. Thank you.

Rebekah Farrington

Divisional Operations Manager/

CRD to Magistrate Judge McKee

U.S. District Courthouse

921 Ohio Street

Terre Haute, Indiana 47807

(812) 231-1841

**From:** Richard Krall <Richard_Krall@insd.uscourts.gov>
**Sent:** Tuesday, July 14, 2020 7:43 AM
**To:** Rebekah Farrington <Rebekah_Farrington@insd.uscourts.gov>
**Subject:** RE: 2-20-cv-336 Harkemeyer

**Hey there!**

**Yes they did get charged for three:**

| 2:20-cv-00336-JMS-MJD | Fathi, David C. | 2020-07-04 12:27:51 | Motion to Appear pro hac vice(2:20-cv-00336-JMS-MJD) [motion ltdadm] ( 100.00) | PLASTIC_CARD | 0756-6061163 | $ 100.00 |
|---|---|---|---|---|---|---|
| 2:20-cv-00336-JMS-MJD | Fathi, David C. | 2020-07-04 12:33:06 | Motion to Appear pro hac vice(2:20-cv-00336-JMS-MJD) [motion ltdadm] ( 100.00) | PLASTIC_CARD | 0756-6061164 | $ 100.00 |
| 2:20-cv-00336-JMS-MJD | Fathi, David C. | 2020-07-04 12:35:26 | Motion to Appear pro hac vice(2:20-cv-00336-JMS-MJD) | PLASTIC_CARD | 0756-6061165 | $ 100.00 |

**A simple motion/order for refund and that should do it!**

**Rick Krall**
Director of Financial Services
U.S. District Court - Indiana Southern
46 East Ohio Street
Indianapolis, IN 46204
(317) 229-3918
Richard_Krall@insd.uscourts.gov

---

**From:** Rebekah Farrington <Rebekah_Farrington@insd.uscourts.gov>
**Sent:** Monday, July 13, 2020 8:41 PM
**To:** Richard Krall <Richard_Krall@insd.uscourts.gov>
**Subject:** 2-20-cv-336 Harkemeyer

Hello.

At [24] and [25] counsel filed two pro hac vice motions (Mach and Weaver). Counsel called before I left and indicated that they were charged $300 rather than $200.  The receipt numbers are '1165 and '1163, so is there a '1164 for the missing $100?  Could you please look into this for me tomorrow?  Thank you.

Rebekah Farrington
Divisional Operations Manager/
CRD to Magistrate Judge McKee
U.S. District Courthouse
921 Ohio Street
Terre Haute, Indiana 47807
(812) 231-1841

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-00336-JMS-MJD |
| | ) | |
| WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correctional Complex, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR REFUND**

This cause has come before the Court upon the motion of Heather L. Weaver of the law

firm American Civil Liberties Union, seeking an Order granting a Motion for Refund in the

above-styled cause only. Being fully advised, it is now ORDERED that the motion be, and

hereby is, GRANTED.

Dated: _____                    _____

                                          J.

                                          United States District Court Southern
                                          District of Indiana

Distribution List:
To all registered Counsel by CM/ECF